# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

October 29, 2020

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    *Cruz, et al., v. Bernstein Litowitz*, Case No. 20-CV-8596 (JMF)

Dear Judge Furman:

    This firm represents Plaintiffs Charlie Cruz and Linda Graham in the above-refenced matter. Pursuant to Your Honor's Initial Conference Order, dated October 16, 2020, attached as Exhibit A to this letter is proof that I have notified counsel for the defendant by serving upon him a copy of the Initial Conference Order and the Court's Individual Rules and Practices.

                                                    Respectfully submitted,

                                                     Amy E. Robinson