# EXHIBIT A

1    UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------------------------x

4    CHARLIE CRUZ and LINDA GRAHAM,

5                        Plaintiffs,

6               -against-

7    BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP.

8                        Defendants.

9

10   ------------------------------------------------x

11                                Remote

12

13                                November 30, 2021
                                  10:00  A.M.
14

15

16

17   Deposition of CHARLIE CRUZ, the Plaintiff held

18   remotely, pursuant to Order, taken before a Court

19   Reporter of the State of New York.

20

21

22

23

24

25

1    APPEARANCES:

2

3              GISKAN SOLOTAROFF & ANDERSON LLP.
               Attorneys for Plaintiffs.
4              90 Broad Street - 10th Floor
               New York, New York 10004
5
               BY:  AMY ROBINSON, ESQ.
6

7              COLLAZO & KEIL, ESQS.
               Attorneys for Defendants.
8              747 3rd Avenue
               New York, New york 10017
9
               BY:  JOHN KEIL, ESQ.
10

11
       ALSO PRESENT:
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Charlie Cruz
November 30, 2021                                                    3

```
 1                    STIPULATIONS

 2                    IT IS HEREBY STIPULATED AND AGREED

 3      by and between(among) counsel for the respective

 4      parties hereto, that all rights provided by the

 5      C.P.L.R., including the right to object to any

 6      question, except as to form, or to move to strike

 7      any testimony at this(these) examination(s), are

 8      reserved, and, in addition, the failure to object

 9      to any question or to move to strike any testimony

10      at this(these) examination(s) shall not be a bar or

11      waiver to make such motion at, and is reserved for

12      the trial of this action;

13                    IT IS FURTHER STIPULATED AND AGREED

14      by and between(among) counsel for the respective

15      parties hereto, that this(these) examination(s) may

16      be sworn to by the witness(es) being examined,

17      before a Notary Public other than the Notary Public

18      before whom this(these) examination(s) was(were)

19      begun; but the failure to do so, or to return the

20      original of this(these) examination(s) to counsel,

21      shall not be deemed a waiver of the rights provided

22      by Rules 3116 and 3117 of the C.P.L.R., and shall

23      be controlled thereby;

24                    IT IS FURTHER STIPULATED AND AGREED

25      by and between(among) counsel for the respective
```

Charlie Cruz
November 30, 2021                                    4

1    parties hereto, that this(these) examination(s) may

2    be utilized for all purposes as provided by the

3    C.P.L.R.;

4                        IT IS FURTHER STIPULATED AND AGREED

5    by and between(among) counsel for the respective

6    parties hereto, that the filing and certification

7    of the original of this(these) examination(s) shall

8    be and the same hereby are waived;

9                        IT IS FURTHER STIPULATED AND AGREED

10   by and between(among) counsel for the respective

11   parties hereto, that a copy of the within

12   examination(s) shall be furnished to counsel

13   representing the witness(es) testifying, without

14   charge.

15

16

17                        *       *       *

18

19

20

21

22

23

24

25

Charlie Cruz
November 30, 2021                                              5

```
 1      CHARLIE CRUZ, the Plaintiff, has been duly sworn in

 2      and testified as follows:

 3      EXAMINATION BY

 4      MR. KEIL:

 5                      MR. KEIL:  Good morning,

 6                      Mr. Cruz.  My name is John Keil.  I am

 7                      here on behalf of the defendant,

 8                      Bernstein Litowitz Berger & Grossman

 9                      LLP.

10                      Do you understand that you are

11                      here today?

12                      THE WITNESS: Yes.

13          Q     What does that mean to you?

14          A     That I am going to be telling the

15      truth.

16          Q     Have you ever testified before under

17      any circumstance?

18          A     No.

19          Q     So, have you ever been present for a

20      deposition before?

21          A     No.

22                      MR. KEIL: The way the deposition

23                      works is:  I will be asking you

24                      questions.  Your obligation is to answer

25                      the questions under oath to the best of
```

Charlie Cruz
November 30, 2021                                    6

1          your ability.  Please wait for me to

2          finish my question before you answer.

3          Please answer out loud so the court

4          reporter can record your response.

5                Do you understand that?

6                THE WITNESS: Yes.

7                MR. KEIL:  In order to record

8          your testimony we are going to need you

9          to answer at all times using words that

10         can be transcribed. For example, if you

11         respond to a question that I asked with

12         uh huh, with the accent on a second

13         syllable in stead of yes, that could be

14         very hard for the court reporter to tell

15         the difference, between that and the

16         accent on the first syllable meaning no.

17               Do you understand that?

18               THE WITNESS:  Yes.

19               MR. KEIL:  Also gestures and head

20         movements can be very hard for the court

21         reporter to notice and to interpret.

22         She will not be able to record them.

23         That is another reason we need to use

24         words today.

25               Do you understand that?

Charlie Cruz
November 30, 2021                                    7

```
 1                    THE WITNESS: Yes.

 2                    MR. KEIL: We are conducting this

 3              deposition via zoom video conference, as

 4              a public health precaution.  If I need

 5              to show you some documents I will post

 6              them on the screen for you and I can

 7              also put them in the chat box.  If you

 8              have any trouble viewing one of those

 9              documents, will you let me know?

10                    THE WITNESS: Yes.

11                    MR. KEIL:  At any time, you don't

12              understand a question I have asked, will

13              you let me know?

14                    THE WITNESS: Yes.

15                    MR. KEIL:  If at any time during

16              the deposition you realized that an

17              answer you gave me is incorrect or

18              incomplete, will you let me know?

19                    THE WITNESS: Yes.

20                    MR. KEIL: If you need to take a

21              short break ask that you answer the

22              question, before we take the break,

23              okay?

24                    THE WITNESS: Yes.

25         Q    Are you taking any medication that
```

Charlie Cruz
November 30, 2021                                                    8

```
 1     would interfere with your ability to tell the truth

 2     today?

 3            A     No.

 4            Q     Can you think of any reason you may not

 5     be able to answer my questions truthfully today?

 6            A     No.

 7            Q     Did you speak with anyone regarding the

 8     substance of the testimony you were going to give

 9     today?

10            A     No.

11            Q     Did you review any documents to prepare

12     for your testimony for today?

13            A     Yes, documents.

14            Q     What documents did you review?

15            A     The complaint.

16            Q     Was there anything besides the

17     complaint that you looked at?

18            A     No.

19            Q     Because we are doing this on a video

20     conference, sometimes, very rarely either I have

21     lost temporarily lost the service in a middle of a

22     question or somebody else has either had a dog

23     barking or a power outage, or something like that

24     happening, so if we need to take a break, you have

25     a very good attorney we work well together if
```

Charlie Cruz
November 30, 2021                                              9

1    something like that happens, if there is an

2    interruption, we will resume as quickly as we can,

3    okay?

4           A      Yes.

5           Q      Are you currently employed?

6           A      No.

7           Q      When was the last time that you worked

8    at a job?

9           A      When I worked at, Bernstein Litowitz,

10   in July of 2019, is when I worked.

11          Q      After you stopped working at Bernstein

12   Litowitz, did you look for any other jobs?

13          A      Yes.

14          Q      When did you start looking for another

15   job?

16          A      About two months after I was let go.

17          Q      Was there any reason why you started

18   two months after you let go rather than starting

19   earlier?

20          A      I was kind of depressed trying to get

21   my life back together.

22          Q      So, if that was two months after you

23   were let go from Bernstein Litowitz that you

24   started looking for another job, did you ever start

25   looking around September of 2019?

Charlie Cruz
November 30, 2021                                            10

```
 1           A     Yes.

 2           Q     How many places have you applied for a

 3     job since July of 2019?

 4           A     Give or take, 8 to ten.

 5           Q     When was the last time before today,

 6     that you applied for a job somewhere?

 7           A     I can't remember.

 8           Q     Did you apply for any jobs in the year

 9     2021?

10           A     2021, yes and I was only offered temp

11     positions because of COVID, there wasn't much

12     opened.

13           Q     Where were you offered a job in 2021?

14           A     It was a temp agency.  I can't remember

15     the name, Career Blazer, it was.

16           Q     You said you turned down that offer?

17           A     It was only a two month temporary

18     position.

19           Q     Did you accept it or not?

20           A     No.

21           Q     You rejected the offer because it was

22     temporary?

23           A     It was temporary and it was not enough

24     to pay my bills and my rent.  It wasn't going to

25     turn into something permanent.
```

Charlie Cruz
November 30, 2021                                    11

```
 1            Q      Aside from the one offer you received

 2       at Career Blazer in 2021, did you apply for any

 3       other jobs in the calendar year 2021?

 4            A      Listed my resume online.

 5            Q      Where did you do that?

 6            A      On Monster.com.  I can't remember the

 7       other website.

 8            Q      Now, aside from posting your resume on

 9       some websites, did you submit any employment

10       applications to any specific companies?

11            A      No.

12            Q      Did you apply for any jobs in the

13       calendar year 2020?

14            A      No.

15            Q      Why not?

16            A      Calendar year 2020, yes I did.

17            Q      Where did you apply for a job in the

18       calendar year 2020?

19            A      I don't remember.  I was dealing with a

20       lot of temp agencies that were taking my resume,

21       but there were no openings.

22            Q      So, you say well -- you said there were

23       no openings.  Were there vacant positions that you

24       applied for?

25            A      Yes.
```

Charlie Cruz
November 30, 2021                                                    12

```
 1              Q      And do you remember the names of any of

 2      the companies where you applied for a job?

 3              A      No.

 4              Q      Did you keep any documents reflecting

 5      your efforts to find a job in 2020 or 2021?

 6              A      Yes, but not all, I submitted that to

 7      my attorney.

 8              Q      All the documents you have regarding

 9      your job search since you left Bernstein Litowitz,

10      you gave to your attorney?

11              A      Yes.

12              Q      Did you apply for a job with any

13      companies other then temp agencies, since leaving

14      Bernstein Litowitz?

15              A      No.

16              Q      Why did you only apply at temp

17      agencies?

18              A      When I listed my resume online that was

19      the only ones that were calling back.  I listed, I

20      did apply for a job with Verizon, but never heard

21      back.

22              Q      When did you apply at Verizon?

23              A      2020.

24              Q      What type of job was it that you

25      applied for?
```

Charlie Cruz
November 30, 2021                                          13

```
 1            A     It was, it was they have their own

 2      website and stuff like that.  They accepted my

 3      resume.  It wasn't any particular job.  I just

 4      submitted my resume to them.

 5            Q     Of the 8 to ten places that you applied

 6      for a job since leaving Bernstein Litowitz, did any

 7      of them call you for an interview?

 8            A     No.

 9            Q     How about the temp agency that offered

10      you a two month assignment in 2021, did they

11      interview you?

12            A     The temp interview agency interviewed

13      me just they interviewed me directly, the temp

14      agency.

15            Q     So are you saying that the temp agency

16      interviewed you themselves but you did not

17      interview with the company for where they would

18      place you?

19            A     Yes.

20            Q     Aside from posting your resume on

21      Monster.com and applying for the positions through

22      a temp agency and applying through the website, did

23      you do anything else to look for a job between July

24      of 2019 and today?

25            A     No.
```

Charlie Cruz
November 30, 2021                                          14

```
 1            Q      Aside for jobs you might have looked

 2      for with another company, did you make any efforts

 3      to obtain self employment since July of 2019?

 4            A      No.

 5            Q      Is there any reason why you are unable

 6      to work at another job today?

 7            A      I am dealing with my depression right

 8      now.

 9            Q      Does your depression prevent you from

10      working?

11            A      It hinders it, yes.

12            Q      Does it hinder it or does it prevent

13      it, altogether?

14            A      It prevents it.

15            Q      How long has your depression prevented

16      you from working?

17            A      Over a year.

18            Q      Are you seeing any health care

19      providers who treat you for your depression?

20            A      Yes.

21            Q      What are the names of the health care

22      providers who are treating your depression?

23            A      It is -- Jeffrey Freeman, my

24      psychologist.

25            Q      Is the last name Freeman?
```

Charlie Cruz
November 30, 2021                                          15

```
 1          A      Friedman.  Can't remember if it is

 2     Friedman.  Answered that question, my doctor names

 3     my doctor is Dr. Lubeman, Doctor -- I could look it

 4     up if you like.

 5          Q      Is it Jeffrey Fitzberger?

 6          A      Yes.

 7          Q      And, I am looking at your interrogatory

 8     responses.

 9                 Is Dr. Fitzberger, Jeffrey Fitzberger a

10     psychologist or a psychiatrist?

11          A      Psychologist.

12          Q      Is Jeffrey Fitzberger addressed as Dr.

13     Fitzberger?

14          A      I can look him up on my phone.

15          Q      What do you call him?

16          A      I call him my doctor, my psychologist.

17          Q      How about Ms. Lugo, is that a

18     psychologist or a psychiatrist?

19          A      No, that is my medical doctor.

20          Q      So, how long have you been seeing Dr.

21     Fitzberger?

22          A      Since I left Dr. Bernstein, my doctor

23     wanted me to see him to deal with my depression.

24          Q      Well, when was the first time you saw

25     Dr. Fitzberger?
```

Charlie Cruz
November 30, 2021                                16

```
 1              A    I can't remember.  It was probably a
 2       month after I got to the office, she recommended it
 3       right away.
 4              Q    Has Dr. Fitzberger prescribed you any
 5       medication?
 6              A    Yes.
 7              Q    What have you been prescribed by Dr.
 8       Fitzberger?
 9              A    I have to look at my medication, if you
10       don't mind.
11              Q    You can go ahead and do that.
12              A    One second. B-U-B-R-O-P-I-O-N.  That is
13       what she prescribed to me.
14              Q    Is that the only medication that Dr.
15       Fitzberger has prescribed for you?
16              A    Yes, besides the sleeping medication.
17              Q    And, how do you pronounce it, is it
18       Buproyan; I will call it your medication.
19                   How often do you take that?
20              A    Every day.
21              Q    Do you take it once a day more than
22       once a day?
23              A    Once a day.
24              Q    What is the dosage that you are
25       supposed to take?
```

Charlie Cruz
November 30, 2021                                                17

```
 1              A      Start 30 milligrams, I believe 30.

 2              Q      Have you, is that the dosage that you

 3       have been taking since you started seeing Dr.

 4       Fitzberger?

 5              A      It was a lower dosage.  They increased

 6       it.

 7              Q      Did Dr. Fitzberger give you a diagnosis

 8       for any conditions that you have?

 9              A      I don't understand the question.

10              Q      Well, you described yourself as having

11       depression.

12                     Is that something Dr. Fitzberger told

13       you?

14              A      Yes, that is what he tried the

15       medication, prescribed the medication.

16              Q      Did Dr. Fitzberger tell you, you had

17       another condition besides depression?

18              A      No.

19              Q      Aside from taking this medication, do

20       you receive any other treatment from Dr.

21       Fitzberger?

22              A      I see him, I speak to him, once a

23       month.

24              Q      Is that a medical exam or is that a

25       therapy session, what do you do when you see Dr.
```

Charlie Cruz
November 30, 2021                                    18

```
 1      Fitzberger?

 2          A     It is a therapy session.

 3          Q     Do those therapy sessions take place

 4      over the phone, in person, on video conference or

 5      in some other way?

 6          A     Both.

 7          Q     Video conference and in person.

 8                How long is a typical session you have

 9      with Dr. Fitzberger?

10          A     About an hour, half hour, hour, between

11      an hour.

12          Q     Now, you told me that you believe that

13      your medical condition prevents you from working.

14                Is that something Dr. Fitzberger told

15      you?

16          A     No.

17          Q     Is that something that Dr. Lugo told

18      you?

19          A     No.

20          Q     Has any health care provider told you

21      that you are unable to work?

22          A     No.

23          Q     Has any health care provider told you

24      that you shouldn't work?

25          A     No.
```

Charlie Cruz
November 30, 2021                                    19

```
 1          Q     How long do you believe that you have

 2     been unable to work because of your depression?

 3          A     Two years.

 4          Q     Two years.

 5                Why do you believe that you have been

 6     unable to work for two years?

 7          A     I have been very depressed.

 8                     MR. KEIL: I am going to put a

 9                document on the screen here, we will

10                call this defendant exhibit one.  These

11                are documents that are received by your

12                attorney, Mr. Cruz.

13                     (Marked for Identification,

14                Defendant 1, Document, dated November

15                30, 2021.)

16                     MS. ROBINSON:  Were these marked

17                continuous, John?

18                     MR. KEIL:  They are not marked in

19                any way, Ms.  Robinson.  I received them

20                from you.  If you want to provisionally

21                mark them as continuous, I have no

22                objection to.

23                     MS. ROBINSON:  I didn't think,

24                that is what you were going to show, it

25                is fine.  Sorry for interrupting.
```

Charlie Cruz
November 30, 2021                                            20

```
 1              Q     Mr. Cruz just about 6 or 7 pages.  I am
 2     going to scroll through it quickly.  I can magnify
 3     it so you can see it.  These are documents I
 4     received from your attorney with numbers plaintiffs
 5     27 through plaintiffs 33.  It appears to be, a
 6     multi-page document reflecting correspondence you
 7     received from a state or city agency.
 8                    Do you know what this is?
 9              A     Yes.
10              Q     What is this?
11              A     This is a supplemental, would you
12     consider welfare to help me pay my rent.
13              Q     And?
14              A     And food stamps.
15              Q     Now, did you when did you apply for
16     these benefits for the first time?
17              A     It was in the beginning of 2020.
18              Q     Did you apply for these benefits before
19     or after the COVID-19 pandemic began?
20              A     It was right before, it was in
21     February, it says. I didn't apply for this until my
22     unemployment ran out, so dated July 2018, 2020 that
23     was the year later.
24              Q     Now, did you apply for these benefits,
25     because you are unable to work because of your
```

Charlie Cruz
November 30, 2021                                                21

```
 1    depression, or simply because you needed more

 2    income to live on?

 3         A     My depression, I couldn't find a job.

 4    It was during COVID time and I needed to pay my

 5    rent.

 6         Q     But my further question is:  Did you

 7    tell the benefit agency that you were unable to

 8    work because of depression when you made the

 9    application?

10         A     I don't remember, no.

11         Q     Are you still receiving these benefits

12    today?

13         A     Yes.

14         Q     Is it in the same amounts that we see

15    on the first page of exhibit one, here?

16         A     Yes.

17         Q     Have you been advised these benefits,

18    will end at any specific point in the future?

19         A     These benefits get reviewed every year

20    so no I would have to apply every year.

21         Q     You re-apply every year is that what

22    you said?

23         A     Yes, you have to apply every year.

24         Q     When the year ends for the benefits

25    that we see here?
```

Charlie Cruz
November 30, 2021                                          22

```
1          A      In July.

2          Q      July of, 2022?

3          A      Yes.

4          Q      What is your understanding of the

5    reason why you were let go from Bernstein Litowitz?

6          A      The reason I was let go; I was let go

7    because they it was age discrimination and I dealt

8    with a very homophobic individual that wouldn't

9    speak to me.

10         Q      What were you told when you were let

11   go?

12         A      "It is not working out nothing

13   personal."  That were his words.

14         Q      Who said that to you?

15         A      Robert Shah.

16         Q      Was anyone else in the room with you at

17   the time?

18         A      Kathleen Blessings.

19         Q      Anyone else was there?

20         A      No, that is it.  Just those two.

21         Q      Did you say anything in response to

22   Robert Shah?

23         A      After he said that to me?

24         Q      Yes.

25         A      I said, "You don't speak to somebody
```

Charlie Cruz
November 30, 2021                                   23

```
 1    for 6 months and not cannot be personal."

 2          Q     Is that all you said?

 3          A     Uh huh.

 4          Q     Was this a yes or no?

 5          A     Yes.

 6          Q     What happened next?

 7          A     He left the room and Kathleen Blessings

 8    started to tell me, I questioned her and she

 9    started to tell me, about what you call it, the

10    settlement agreement.

11          Q     Did you say anything to Kathleen

12    Blessings after Robert Shah left the room?

13          A     Yes.

14          Q     What did you say to her?

15          A     I asked her why didn't they give me the

16    training they promised me, and she said she spoke

17    to Natalia.  But, I cut her off and I said, you

18    spoke to Natalia, you didn't speak to me, and then

19    I left.

20          Q     Where did this conversation take place,

21    by the way?

22          A     In the conference room.

23          Q     At the firm?

24          A     Yes.

25          Q     Where did you go after that, after you
```

1    said that to Kathleen Blessings?

2         A    Back to my desk to get my stuff.

3         Q    Did you speak to anybody when you got

4    there?

5         A    Yes, Natalia.

6         Q    What did you say to her?

7         A    I told her I can't believe you sit here

8    and act like you are a friend and you do all his

9    dirty work.  Was very upset and I grabbed my bag

10   and I left.

11        Q    That is all you said to her?

12        A    Yes.

13        Q    Did you say fuck you bitch to Natalia

14   O'Donnell?

15        A    No, I did not.

16        Q    When you said to Ms. O'Donnell  was

17   doing Mr. Shah's dirty work what did you mean by

18   that?

19        A    I said Mr. Shah would talk to her

20   directly and he never speak to me and I felt like

21   all she was doing was dissecting my work to replace

22   me.

23        Q    What was Ms. O'Donnell's job at the

24   firm?

25        A    She was, she was hired as a manager

Charlie Cruz
November 30, 2021                                              25

```
1    just an e-mail just went out.

2         Q    Do you know what her title was?

3         A    Not offhand.

4         Q    Was it accounts payable manager?

5         A    Sound correct.

6         Q    What was your job title?

7         A    We didn't have job titles.  We were

8    accounting department.

9         Q    Do you believe Ms. O'Donnell was

10   involved in any way in the decision to let you go?

11        A    I don't know. I don't know.

12        Q    Did you have any discussions with any

13   partners in the firm about why you were being let

14   go?

15        A    No.

16        Q    Did you have any discussions with, Reed

17   Moritz, about why you were being let go?

18        A    No.

19        Q    Aside from the conversation you just

20   told me about that you had with Kathleen Blessings,

21   did you have any discussions with Kathleen

22   Blessings about the reasons you were let go?

23        A    All I told Blessings, if you are human

24   resources why didn't you speak to me, no one ever

25   spoke to me and told me there was an issue with my
```

Charlie Cruz
November 30, 2021                                              26

1    work performance.

2            Q     Aside from the people that we have

3    mentioned already, was there anyone else at the

4    firm that you spoke to about the reasons why you

5    were let go?

6            A     I left.

7            Q     Have you spoken to anybody at the firm

8    since then?

9            A     Yes.  Did I speak to anyone else at the

10   firm?

11           Q     Yes.

12           A     No.

13           Q     Have you spoken to anybody who is no

14   longer employed at the firm, since you left?

15           A     Yes.

16           Q     Who have you spoken to who used to be

17   employed by the firm?

18           A     Carmen Borderick, Eva Bordoni, and Amy

19   Klein.

20           Q     When was the last time you spoke to

21   Eleanor or Derrick about the reasons why you were

22   let go from the firm?

23           A     Well, that was a long time ago.  We

24   talk as friends now.

25           Q     Well, what did you say to her and

Charlie Cruz
November 30, 2021                                          27

```
1     what did she say to you on the subject of you being

2     let go from the firm?

3          A     She said you know it is no longer the

4     way it used to been.

5          Q     What did you understand her to mean by

6     that?

7          A     The same thing I saw that they were let

8     go of all the workers.

9          Q     Did you Ellen or Derrick talk about

10    anything in connection with your departure from the

11    firm?

12         A     No.

13         Q     When was the last time you spoke to

14    Yvette Badio, regarding your departure from the

15    firm?

16                    MS. ROBINSON:  Objection, if you

17                    spoke with Ms. Badio, and counsel was

18                    present Charlie, and then be mindful of

19                    that.  Don't reveal the substance of

20                    that, if counsel is not present, you may

21                    answer.

22         Q     My question is only regarding

23    conversation you had with Ms. Badio, without your

24    attorneys present.

25         A     Without my attorney's presence?
```

Charlie Cruz
November 30, 2021                                    28

1          Q     Yes, correct.

2          A     Yes, we spoke we spoke on the phone

3     frequently but not about we spoke about when I was

4     let go, and now I speak to her.  She is a friend.

5          Q     When is the last time you spoke to Amir

6     Chan, about the reasons why you were let go from

7     the firm?

8          A     I didn't speak to Amir.  When I was let

9     go Amir Kahn contacted me after he was let go.

10         Q     When was that?

11         A     Had to be maybe 6 months ago, whenever

12    he was let go he contacted me.

13         Q     What did he say to you?

14         A     That he feels like the firm was

15    practicing age discrimination, because he was also

16    let go.

17         Q     Did he say why he thought there was age

18    discrimination?

19         A     No, told me was upset about it.

20         Q     Did Eleanor or Derrick say why she

21    thought there was age discrimination?

22         A     Because they were let go, all the old

23    workers we weren't the first group to be let go.

24         Q     Do you know who Maria DeVilla is?

25         A     Yes.

Charlie Cruz
November 30, 2021                                    29

```
 1              Q     She currently works at the firm,
 2       doesn't she?
 3              A     Yes.
 4              Q     Have you spoken to her about the
 5       reasons why you were let go?
 6              A     No.
 7              Q     Have you spoken to her on any subject?
 8              A     We might text each other see how you
 9       are doing, other than that, no.
10              Q     What is the highest level of education
11       that you have received Mr. Cruz?
12              A     High school.  I graduated high school.
13              Q     Am I correct that you did not graduate
14       from any educational programs, after high school?
15              A     Yes.
16              Q     Did you enroll in educational programs
17       after high school?
18              A     No.
19              Q     When did you first start working at
20       Bernstein Litowitz?
21              A     I don't remember the year.  Has to go
22       close to 25 years ago.
23                    MR. KEIL:  I am going to post
24                    another document on the screen here.  I
25                    think this will be defendants exhibit
```

Charlie Cruz
November 30, 2021                                                30

```
 1                     two.
 2                         (Marked for Identification,
 3                     Defendant Exhibit 2, One Page Document,
 4                     Resume, dated November 30, 2021.)
 5          Q     Mr. Cruz, can you see this document, it
 6     is a one page document provided to me by your
 7     attorney with bates number, plaintiffs one?
 8          A     Yes.
 9          Q     What is it; that is your resume?
10          A     That is my resume.
11          Q     And, when did you prepare this version
12     of your resume?
13          A     It was after I left.
14          Q     To the best of your knowledge, did you
15     prepare it in 2021, 2020 or 2019?
16          A     2019.
17          Q     You told me earlier that you did not
18     believe you have a formal job title.  I see on
19     exhibit two here it gives you a title of accounting
20     clerk.
21                 Where did you get that phrase from?
22          A     Because I was, that was -- that is when
23     I was working on my resume they said basically put,
24     accounting clerk that is what you did, you were a
25     clerk.
```

Charlie Cruz
November 30, 2021                                    31

1          Q     What was your first job when you
2    started working at Bernstein Litowitz?
3          A     I worked in office services.
4          Q     It says mailroom clerk.
5                Do you understand that to mean the same
6    thing?
7          A     No.
8          Q     Okay. So what was your job, what were
9    your job duties when you started working for the
10   firm in about 1994?
11         A     That was a mailroom clerk.  I worked in
12   the mailroom but the responsibilities it was a
13   totally different department then finance.
14         Q     My question is:  The first job you had
15   with the firm and it was your first job at the firm
16   working as a mailroom clerk?
17         A     Yes.
18         Q     And, it says here that in 2001 you
19   started work in the finance department, is that
20   correct?
21         A     Yes.
22         Q     How did it happen that you transferred
23   from the mailroom job to the finance department?
24         A     I started to look for other work and I
25   was offered this position by the firm.

Charlie Cruz
November 30, 2021                                              32

1        Q      Who offered you the position?

2        A      Jeannie Principi.

3        Q      What was her role at the time?

4        A      She was HR.

5        Q      Do you know if other people were

6    applied, let me ask the question another way.

7               Did you apply for the job or did Ms.

8    Principi simply offer it to?

9        A      No, I didn't apply for the job, when

10   Jeannie Principi found out I was looking for other

11   work she wanted to know. I told her, I didn't want

12   to work in the mailroom the rest of my life, and

13   they offered me this position and they said see how

14   it works out in 6 month, and Jeannie working on it.

15       Q      When you started work in the finance

16   department who was your supervisor?

17       A      Tareen Ravel, is the controller. He had

18   another person that was working for him so I took

19   over whatever her responsibilities were.  I don't

20   remember her name.

21       Q      I am going to show you another document

22   here, it is the complaint in this matter and, we

23   can mark it as exhibit three.

24                    (Marked for Identification,

25                    Defendant Exhibit 3, Complaint, dated

1                    November 30, 2021.)

2          Q     Mr. Cruz can you see the document?

3          A     Yes, I can.

4          Q     Is this the complaint in this matter as

5     best you can tell?

6          A     As best I can tell, yes.

7          Q     Okay. And, I just wanted to draw your

8     attention to some specific paragraphs and I have

9     some questions about it.  I will magnify it so it

10    is a little bit easier to see here.

11               Drawing your attention to paragraph 15,

12    it says here in 2001:  "BLBMG offered Mr. Cruz a

13    position in the finance department in order to

14    capitalize on Mr. Cruz's strong quantitative

15    skills."

16               Do you see that?

17         A     Yes.

18         Q     Do you agree with that statement?

19         A     Yes.

20         Q     Do you regard yourself as having strong

21    quantitative skills?

22         A     Yes.

23         Q     What are your quantitative skills?

24               MS. ROBINSON:  Objection, you can

25               answer if you understand the question.

Charlie Cruz
November 30, 2021                                                   34

```
1           A     I don't understand your question.

2           Q     What you said you agree with the

3     statement that you had strong quantitative skills.

4     I am asking what you are agreeing with, what does

5     that mean to have strong quantitative skills, in

6     your case?

7           A     I don't understand the question.

8           Q     Let me ask this again.

9                 The complaint says in paragraph 15:

10    "In 2001 BLBMG offered Mr. Cruz a position in the

11    finance department in order to capitalize on

12    Mr. Cruz's strong quantitative skills."

13                Do you understand what that sentence

14    means?

15          A     No.

16          Q     Did you say no you don't understand

17    what that means?

18          A     No, no they offered me a position

19    because of my skills. I don't understand.

20          Q     Okay. So alright. The same paragraph,

21    paragraph 15, describes your title as controllers

22    assistant.

23                Is that the title that you started out

24    with under Mr. Ravel?

25          A     Yes.
```

Charlie Cruz
November 30, 2021                                          35

```
1          Q     Then it says in that position, your
2     responsible for distributing payroll working with
3     vendors reviewing fee applications and creating
4     reports regarding firm managements and settlements.
5                Do you see that?
6          A     Yes.
7          Q     Is that an accurate description of your
8     job duties when you started in that role?
9          A     We grew into that, gradually.
10         Q     Is that an accurate description of jobs
11    that you had when Robert Shah started working at
12    the firm?
13         A     Yes.
14         Q     So focusing your attention on the time
15    period, when Mr. Ravel left and Mr. Shah started at
16    the firm. And that was about the middle of 2018,
17    correct?
18         A     Ah huh.
19         Q     Is that a yes?
20         A     Yes, that is a yes.
21         Q     It says here your responsibilities
22    included distributing payroll.
23                What did that involve?
24         A     Distributing payroll.
25         Q     What does that mean?
```

Charlie Cruz
November 30, 2021                                        36

```
 1              A      Handing it out to individuals.

 2              Q      Is that physically handing out pay

 3      checks or is this handing out some other?

 4              A      Pay checks or pay stubs.

 5              Q      About how many paychecks or pay stubs

 6      did you hand out in a given payroll period?

 7              A      Depending on the invoice we had.

 8              Q      About how many was that?

 9              A      30 or 40, I can't remember exactly the

10      exact amount how many employees we had at the time.

11              Q      Now, that was a responsibility you had

12      as of the middle of 2018 were you still doing that

13      task, in 2019?

14              A      Yes.

15              Q      Did the task change in any way from

16      2018 to 2019?

17              A      2019 it stopped and, I think they went

18      computerized.

19              Q      When did it stop in 2019?

20              A      I don't remember the date.

21              Q      Was it in January, February, March?

22              A      I don't remember the dates.

23              Q      Was it right around the time you were

24      let go or sometime earlier?

25              A      It was sometime earlier.
```

Charlie Cruz
November 30, 2021                                                37

1          Q     Back around the time when Mr. Shah

2    started with the firm, how long did it take you to

3    distribute the payroll?

4          A     Less than an hour.

5          Q     When that function became computerized,

6    were you given other work to take its place?

7          A     No.

8          Q     Now turning back to paragraph 15, it

9    says that another one of the tasks you had was

10   working with vendors.

11               What did that involve as of the time

12   that Robert Shah started with the firm?

13         A     That was in discrepancies and bills,

14   contact the vendors.

15         Q     So, can you give me an example of that?

16         A     If there was a bill that wasn't paid if

17   there was paid that we just disagree with the,

18   amount of card charges there was a dispute between

19   the card charges and the attorneys and the problem,

20   various other things, I can't remember any

21   discrepancies I record them, to the vendor to fix.

22         Q     Were you also responsible for paying

23   those bills?

24         A     They started to train me on doing

25   checks.

Charlie Cruz
November 30, 2021                              38

```
 1          Q      Who started to train you on doing

 2    checks?

 3          A      Natalia.

 4          Q      When did Natalia O'Donnell started

 5    training you on doing the checks?

 6          A      It wasn't until -- it was the beginning

 7    of the 2019, I am not sure a little bit before

 8    that.

 9          Q      Did there come a time in 2019 where you

10    were, issuing checks on behalf of the firm to pay

11    vendors?

12          A      Yes, I would have them print out and

13    apply the signing and mail them out.

14          Q      Focusing for a moment when Robert Shah

15    started with the firm in the middle of 2018 how

16    much time were you spending in a given week dealing

17    with vendors?

18          A      It depending, it depends when an issue

19    arised.

20          Q      Were there some weeks where you didn't

21    speak to vendors at all?

22          A      Yes.

23          Q      Were there some weeks where you spend

24    more than two or three hours dealing with the

25    vendor?
```

1       A       No.

2       Q       Now another thing that it says here is

3    that it says reviewing fee applications or

4    something for you.

5               Focusing first on around the time that

6    Robert Shah started in the middle of 2018, what did

7    you do with regard to the review of fee

8    applications?

9       A       When any reports coming out of the

10   department through settlements, confirm the

11   charges.

12      Q       So, does that mean, that when the firm

13   is submitting its fee application to the court for

14   award of attorneys fees and expenses you made sure

15   that the entries in that application regarding

16   disbursements or out of pocket expenses were

17   accurate?

18      A       Accurate and that we also had back up

19   for them.

20      Q       You compared the fee application to the

21   invoices you had on file or the receipts?

22      A       Yes.

23      Q       For a given fee application that you

24   worked on, how long did that assignment take?

25      A       Vary.  It would depend on how many

Charlie Cruz
November 30, 2021                                          40

```
 1    charges we had.

 2              Some years one year some years two

 3    years some cases went ten years.

 4         Q    What was the longer amount of time that

 5    you spent reviewing a single fee application?

 6         A    I can't remember, a week depending on

 7    how large the case is.

 8         Q    What is the shortest amount of time you

 9    spent reviewing a fee application?

10         A    I broke up.  I am sorry.  I didn't hear

11    the question.

12         Q    What is the shortest amount of time

13    that you spent reviewing a fee application?

14         A    Two days depending, on if it was a

15    short case.  Some cases settled quicker than

16    others.

17         Q    Now, did the work that you did on the

18    reviewing of fee applications change, after Robert

19    Shah started at the firm?

20         A    No.

21         Q    So, as of the spring of 2019, what you

22    were doing on fee applications was just the same as

23    it was in 2018?

24         A    Yes.

25         Q    Is that a yes?
```

Charlie Cruz
November 30, 2021                                          41

```
 1            A      Yes.

 2            Q      Now, looking again at the complaint at

 3     paragraph 15, it says that another thing that you

 4     did was create reports regarding firm management

 5     and settlements, what does that?

 6            A      Depending on what kind of reports the

 7     settlement department wanted.

 8            Q      What did you do to create a report?

 9            A      Could be depending on what was allowed

10     on the case.  What was not allowed on the case,

11     what was going to be left, you had to create a

12     report under whatever conditions they would ask me

13     to.

14            Q      My question is:  What task did you do

15     to create the report.

16                   Did you do, was this a matter of

17     selecting a report from a drop down menu and having

18     a program generated or something else?

19            A      You had to create a query for exactly

20     what they wanted.

21                   Sometime, it was just everything on the

22     case, sometimes it was asking depending on the fee

23     application, on the some things were let go that

24     they weren't charging, couldn't charge on the case.

25            Q      So, when you were creating these
```

Charlie Cruz
November 30, 2021                                    42

```
 1    reports were you always working with a software

 2    program?

 3         A    I was working with ProLaw.

 4         Q    ProLaw. Within ProLaw, you said you had

 5    to create a query.  Did you select what information

 6    you wanted to be in the report, and then ProLaw

 7    created the report?

 8         A    Yes.

 9         Q    How long on average did it take you to

10    create a report like this?

11         A    To create a report, less than twenty

12    minutes.  It depended on what they exactly wanted.

13         Q    So just wanted to make sure I heard

14    you.  Said less than twenty minutes?

15         A    Yes, click the report my job was

16    required me to make sure all the charges and

17    everything was accurate and up to date on that

18    report.  If I saw a discrepancy, I had to flag it

19    and talk to the federal department about whether

20    this was going to be allowed in the case or not.

21         Q    Now, in the time after Robert Shah

22    started working at the firm, did the work you did

23    creating these reports, change?

24         A    No.

25         Q    So, you were creating the reports in
```

Charlie Cruz
November 30, 2021                                                43

```
 1      exactly the same way in the spring of 2019 as you

 2      had been in the spring of 2018?

 3           A      Yes.

 4           Q      Now, aside from the tasks and functions

 5      that we just talked about listed in paragraph 15 of

 6      your complaint, were there any aspects of your job

 7      that took up a lot of your time?

 8           A      Inputting the work.  You have to input

 9      all my entries into ProLaw.

10           Q      When you say input all your entries,

11      what entries are you talking about?

12           A      The bills.

13           Q      Where were you getting information to

14      make these entries, were those on pieces of paper,

15      were you getting it from somewhere else?

16           A      We were getting them from the bills we

17      paid out and sent out checks weekly.  They would

18      have to be answered, weekly.

19           Q      How much time did you spend on a given

20      day to work on that?

21           A      Depends on how many bills were paid.

22           Q      Was it an hour?

23           A      Could be more than that.

24           Q      Was it ever more than two hours?

25           A      No, it would be two, more than two
```

Charlie Cruz
November 30, 2021                                    44

```
 1    hours would be a lot more bills depending on what

 2    those bills were paid.

 3           Q      Were there some days you didn't do that

 4    at all?

 5           A      No, mostly we input all week long.

 6           Q      Did any aspect of this, as of making

 7    entries into ProLaw, change, during the time that

 8    Robert Shah was at the firm?

 9           A      Yes, because I was doing the checks

10    then, had to be entered differently.

11           Q      How did it change?

12           A      They wanted to be entered in a

13    different part of ProLaw.  There was two sections

14    of ProLaw.

15           Q      Did it take the same amount of time to

16    enter it the new way as it did the former way?

17           A      No, it took a little longer.

18           Q      Were there any aspects of your job that

19    went away, after Robert Shah started at the firm?

20           A      Payroll.

21           Q      Besides payroll aside from payroll, is

22    there anything else that went away?

23           A      No.

24           Q      Are you aware of Robert Shah dealing

25    with a software vendor to change some of the work
```

Charlie Cruz
November 30, 2021                                               45

1       flow in the department?

2            A     No.

3            Q     Was there any part of your job that

4       involved looking up data in one program and

5       transferring it manually to another program?

6            A     No.

7            Q     You never did that?

8            A     No.

9            Q     Looking at paragraph 16 of your

10      complaint, it says:  "As part of his work Mr. Cruz

11      was trained in various accounting programs, and was

12      responsible for training new hires in the finance

13      department."

14                 Do you see that?

15           A     Yes.

16           Q     Do you agree with that statement?

17           A     Yes, I helped set them in when they

18      first start working there.  Explained to them

19      exactly what was what you know -- to get them on,

20      get them ready for what they need to know.

21           Q     What accounting programs if any were

22      you trained on, as part of your work?

23           A     The ProLaw.

24           Q     Was there anything other than ProLaw

25      that you were trained on?

Charlie Cruz
November 30, 2021                                          46

```
 1              A      That is it.

 2              Q      And, who were the new employees, hired

 3       into the finance department that you trained and

 4       settled in?

 5              A      That goes back.  There was an employee,

 6       Bernini, Marie, Felicia, Mika, Eleanor and Natalia.

 7              Q      Natalia O'Donnell started in the firm

 8       in the fall of 2018, correct?

 9              A      Uh huh.

10              Q      That is a yes?

11              A      Yes.

12              Q      And, when did Eleanor Derrick start in

13       the firm?

14              A      That should be 15 years, before 13

15       years.  I don't know how long she was there.

16              Q      Were the other individuals you named

17       people who started working at the firm, before Ms.

18       Derrick?

19              A      The other two, yes.

20              Q      Okay.

21                         (A break was taken at 11:04 a.m.)

22                         (Back on the record at 11:11

23              a.m.)

24              Q      Mr. Cruz, when you were working at the

25       firm you had a dedicated workstation, right?
```

Charlie Cruz
November 30, 2021                                              47

```
 1              A     Yes.

 2              Q     Was that in a cubicle or in an office?

 3              A     Cubicle.

 4              Q     Did the computer in your cubicle, have

 5       a program on it called Microsoft Excel?

 6              A     Yes.

 7              Q     Did anyone at the firm ever tell you

 8       that you should learn how to use Microsoft Excel?

 9              A     Pravini, the controller told me when I

10       started to work for him then.

11              Q     Did anyone else tell you to learn

12       excel?

13              A     No.

14              Q     Did Jeannie Principi tell you to learn

15       excel?

16              A     No.

17              Q     Did you receive year-end reviews at the

18       firm?

19              A     Yes.

20              Q     Who gave you those reviews?

21              A     In the beginning would be Pravini,

22       Edward and Jeannie and then it went from Pravini to

23       Jeannie.

24              Q     You don't remember Jeannie Principi

25       ever tell you on a year end review to learn
```

Charlie Cruz
November 30, 2021                                    48

1      Microsoft Excel?

2           A      Not, that I could recall.

3           Q      Did Robert how ever tell you to learn

4      Microsoft Excel?

5           A      Yes.

6           Q      Did Natalia O'Donnell ever tell you to

7      learn Microsoft Excel?

8           A      She didn't tell me.  She was trying to

9      show me.

10          Q      What did Natalia O'Donnell do to try to

11     tell you to use Microsoft Excel?

12          A      She spent an hour showing me how to

13     transfer a bill over to excel.

14          Q      How many times did Ms. O'Donnell show

15     you how to do something on excel?

16          A      About two, three times.

17          Q      Was anyone else there at the time?

18          A      No.

19          Q      Do you have a co-worker named Luka

20     Krasniqi?

21          A      Yes.

22          Q      Was Ms. Krasniqi present for any of the

23     times that Ms. O'Donnell was showing you how to use

24     excel?

25          A      It was at her desk.

Charlie Cruz
November 30, 2021                                          49

```
 1              Q      At whose desk?

 2              A      Her own desk.  She was right behind

 3       each other.

 4              Q      So your desk was next to Ms. Krasniqi's

 5       and next to Ms. O'Donnell's, is that correct?

 6              A      Yes.

 7              Q      And, was Ms. Krasniqi at her own desk

 8       when Ms. O'Donnell was showing you how to use excel

 9       or was she standing with you?

10              A      No, she was at her own desk doing her

11       own work.

12              Q      Sitting here today, do you know how to

13       do anything on Microsoft Excel?

14              A      No.

15              Q      When Ms. O'Donnell showed you how to

16       use excel on those two or three occasions, did you

17       take any notes?

18              A      Yes.

19              Q      What did you do with those notes?

20              A      They were left on my desk, when I left.

21              Q      Did you ever try to apply the things

22       that Ms. O'Donnell had showed you how to do?

23              A      When I was working, yes.

24              Q      What did you try to do on excel?

25              A      I was trying to convert a bill and they
```

Charlie Cruz
November 30, 2021                                    50

```
 1    wanted me to do petty cash on excel.

 2           Q     Did you ever ask Ms. O'Donnell for help

 3    in using excel?

 4           A     Yes.

 5           Q     How many times?

 6           A     Three or 4 times.

 7           Q     Did she agree to help you?

 8           A     Most of the time unless she was busy.

 9           Q     Aside from converting the bill into

10    excel and doing the petty cash on excel, was there

11    anything else that either Mr. Shah or Ms. O'Donnell

12    or anyone else asked you to do using excel?

13           A     No.

14           Q     Did anyone show you how to do anything

15    on excel other than Ms. O'Donnell?

16           A     No.

17           Q     Aside from people at the firm showing

18    you how to use excel, did you make any effort on

19    your own to use the program?

20           A     I tried to have friends show me how to

21    use excel.

22           Q     Which friends did you ask to help you?

23           A     Friend, John Lombardi

24           Q     When did you ask him to do that?

25           A     It was when I spoke to him.  It was the
```

Charlie Cruz
November 30, 2021                                    51

1      beginning of 2019, and I told him that the firm was

2      going to bring someone in to train me for excel and

3      offered to help me with it.

4            Q      How many times, did you work with

5      Mr. Lombardi, on learning to use excel?

6            A      I did it one time, but I was still

7      waiting for someone to train me.

8            Q      Did you ever go to Kathleen Blessings

9      in human resources and say that you wanted someone

10     to help you learn excel?

11           A      No, there was a reason I came, I didn't

12     go to Kathleen Blessings to ask her when my

13     training would start.

14           Q      When did you do that?

15           A      It was around May.

16           Q      May of 2019?

17           A      Yes, after.

18           Q      After your review?

19           A      Yes, Jeannie and Katherine Blessings

20     said they will be bringing in someone to the firm

21     to not just train me but other people on other

22     departments on excel.

23           Q      When was that review?

24           A      The beginning of that year that was

25     December of 2018.

Charlie Cruz
November 30, 2021                                                    52

```
 1          Q     December of 2018 is when you had your
 2     review?
 3          A     Yes.
 4          Q     So you had your review in December of
 5     2018, and then you went to Katherine Blessings in
 6     May of 2019 and asked when the training was going
 7     to start?
 8          A     Yes.
 9          Q     Did you ever go online to look for your
10     own instructions on how to use excel?
11          A     No.
12          Q     Did you look at YouTube videos on how
13     to use excel?
14          A     No.
15          Q     Did you look for articles on how to use
16     excel?
17          A     No.
18          Q     Why not?
19          A     Just didn't.  I was waiting for my
20     training.
21          Q     Did you regard it as part of your job
22     to try to develop skills to make you better in the
23     finance department?
24          A     They wanted me to learn excel.  I was
25     looking forward to learning excel.  I was happy
```

Charlie Cruz
November 30, 2021                                          53

1      they were going to bring someone in to train me but

2      they did not.

3            Q     But my question is:  Did you feel you

4      had any responsibility to acquire these skills?

5            A     At that point in my job didn't require

6      me to do excel.  I was transferring information.

7            Q     Well, you had been told by Tareen

8      Ravel, that you should learn to use excel, right?

9            A     I have been told that over ten years.

10     Every time, I had a review I was doing a great job

11     had no complaints and moved on.  We weren't allowed

12     to read our reports or read our reviews.  I had

13     been told that for over ten years.

14           Q     I would like to look at another

15     document here.  It will be plaintiff's 4.

16                       (Marked for Identification,

17                       Defendant Exhibit 4, Evaluation Report,

18                       dated November 30, 2021.)

19                       MR. KEIL: It is a two page

20                       document and it is bates numbers,

21                       BLBG417 and 418.

22           Q     Mr. Cruz, can you see this document?

23           A     Yes.

24           Q     Do you know what this is?

25           A     An evaluation report.

Charlie Cruz
November 30, 2021                                    54

```
 1              Q     It looks like an e-mail that you sent
 2       to yourself on December 11, 2018?
 3              A     Yes.
 4              Q     And am I correct that it is a copy and
 5       paste of some portions of your performance
 6       evaluation from that year?
 7              A     Probably is, yes.
 8              Q     Okay. Now, there is I am going to
 9       magnify some of this so we can see it a little bit
10       better.
11                    First of all, did you talk to Robert
12       Shah about this performance review?
13              A     No, it was just during review we spoke.
14              Q     So, he spoke to you but did not show
15       you the papers, is that what you mean?
16              A     No, we see these papers and then you
17       know they call us in the conference room and do a
18       review.
19              Q     And, first of all what did Mr. Shah say
20       in that review?
21              A     That he wanted me to learn excel and I
22       told him fine and then he said they would bring
23       someone in.
24              Q     Did he say why he wanted you to learn
25       excel?
```

Charlie Cruz
November 30, 2021                                        55

```
 1              A      No.

 2              Q      You had received this review, in

 3      advance of your meeting with Mr. Shah, is that

 4      correct?

 5              A      I don't remember if it was before or

 6      the same time.

 7              Q      Now, in the middle of the page in the

 8      middle of the screen here, it says:  "Charlie

 9      doesn't know excel and therefore I am limited in

10      the tasks that I can delegate to him.  I would like

11      Charlie to learn excel and limit his work on pen

12      and paper."

13                     Did you have any conversations with

14      Mr. Shah about that?

15              A      No.

16              Q      In 2018, were you doing your work with

17      pen and paper?

18              A      Not all my work, no.

19              Q      Did you know what Mr. Shah was

20      referring to though when he said:  "He was limited

21      in the tasks he could delegate to you because you

22      didn't know excel?"

23              A      No.

24              Q      Did you ask?

25              A      No.
```

Charlie Cruz
November 30, 2021                                          56

1          Q      Why not?

2          A      I just didn't.  I just did, he never

3    spoke to me.  I did the work waiting for him to

4    give me other work to do.

5          Q      It also says in Mr. Shah's comments

6    here:  "I would also like to see Charlie come to me

7    when he has idle time in his schedule and ask for

8    additional work such as entering invoices, cutting

9    checks or doing account analysis work."

10                Do you see that?

11         A      Yes.

12         Q      Did you ever go to Mr. Shah and ask for

13   additional work?

14         A      No.

15         Q      Why not?

16         A      We spoke about it during my review.

17         Q      This is the review, right?

18         A      Yes.  In other words, we didn't speak.

19   The only time we spoke was during that review.

20         Q      After you received this review, it

21   looks like you created this e-mail at 10:00 in the

22   morning on December 11, 2018.  After that, did you

23   ever go to Mr. Shah, between December 11, 2018, and

24   when you were let go in December of 2019, and say

25   that you had some time and you want additional

Charlie Cruz
November 30, 2021                                    57

1    work?

2         A     I was doing fee applications.

3         Q     So, you never went to Mr. Shah and said

4    that you asked for additional work, correct?

5         A     Mr. Shah wanted me to start doing

6    mortgage Amex charges and entering and I explained

7    to Robert Shah, that Luka does that, take it off of

8    her.  She was, that was her overtime, and he says

9    if you want me to do it, you would have to tell her

10   to give that work over.

11        Q     So you told me Mr. Shah never spoke to

12   you.

13              How did that conversation come about?

14        A     I told you we spoke during our review

15   on this.

16        Q     So, during the review, in December of

17   2018, Mr. Shah told you he wanted you to enter Amex

18   expenses?

19        A     Yes.

20        Q     Okay. And what did you tell him in

21   response?

22        A     That is done by Luka and he will have

23   the assignment to do it because I don't want to

24   offend her and take that work off of her, that was

25   because that was her overtime and it caused a

Charlie Cruz
November 30, 2021                                    58

1    conflict, once when I was doing private for working

2    there I was happy to take work as long as he took

3    it off of her, there would not be a conflict.

4            Q      Were there any other tasks that

5    Mr. Shah said he wanted you to do where you said

6    you know you were concerned that would offend Luka?

7            A      No. That is all during the review, I

8    would be happy to take anything he wanted me to

9    just let me know what he wanted.

10           Q      Did you ever tell Natalia O'Donnell,

11   and Luka Krasniqi to prepare form 1099's?

12           A      No.

13           Q      Why not?

14           A      No one asked me to.

15           Q      Did you know that they were working on

16   it?

17           A      Yes.

18           Q      Was there a lot of work for them to do

19   on that?

20           A      Don't know.  I told Natalia if there is

21   anything can do to help, let me know.

22           Q      What did you say to Ms. O'Donnell?

23           A      Said that to them, all the time any

24   time you need, said it to her said it to Luka.

25           Q      Did she say it to Mr. Shah?

Charlie Cruz
November 30, 2021                                            59

1        A     He was always in his office.  He never

2     spoke to me.

3        Q     Further down on defendants exhibit 4,

4     it says, Mr. Shah says:  "I would like to see him

5     be able to produce invoices in a pinch and perform

6     other reconciliation/analysis duties such as

7     entering Amex, reconciling the experts, document

8     management, litigation fund, and mediation

9     accounts, so transactions match the journals."

10               Do you see that there?

11        A     Yes.

12        Q     Did you ask Mr. Shah or Ms. O'Donnell

13     how to do any of those things?

14        A     No.

15        Q     Did you know how to do any of those

16     things?

17        A     Answering the Amex one, the litigation

18     firm was only assigned to Luka, no.

19        Q     Did you know how to process invoices?

20        A     Yes.

21        Q     Did you know how to do that before your

22     review?

23        A     That is what I told you prior to

24     Natalia, prior to processing checks.

25        Q     So that is what Mr. Shah told you in

Charlie Cruz
November 30, 2021                                          60

```
 1      your review in 2018 that he wanted you to know how

 2      to do that and Ms. O'Donnell started showing you

 3      how to do that in 2019?

 4           A     Yes.

 5           Q     Did you ask anyone to show you who do

 6      any of the other tasks?

 7           A     No.

 8           Q     Why not?

 9           A     Just didn't, I was waiting for the work

10      to be given to me.

11           Q     Why were you waiting for the work to be

12      given to you rather than going and asking for it

13      yourself?

14           A     He is my boss, and I told him he said

15      anything you want me to do let me know.

16           Q     Well, did he said in his review:  "I

17      would also like to see Charlie come to me when he

18      has idle time:

19                 Right, you saw that?

20           A     Uh huh.

21           Q     Yes?

22           A     Yes, I saw it.

23           Q     But you didn't go to Mr. Shah when you

24      had idle time, did you?

25           A     No, I asked Natalia.  I started to do
```

Charlie Cruz
November 30, 2021                                              61

1    other work.

2         Q     What other work did you do?

3         A     I started to do the checks on top of

4    everything else, I was doing.

5         Q     Now, also in this document defendants

6    exhibit 4, Mr. Shah said, in response to the

7    question:  "What is one thing this employee should

8    start doing?"  He responded, "Becoming more

9    efficient in communicating with me on his task more

10   frequently besides me asking him. Charlie also has

11   an opportunity to add more work to his day and I

12   would like him to come to me and ask for additional

13   work."

14              Do you see that?

15        A     Yes.

16        Q     Did you make an effort to communicate

17   more with Mr. Shah besides when he asked you a

18   question, directly?

19        A     Yes.

20        Q     What did you do to improve in that

21   area?

22        A     I tried saying good morning and getting

23   ignored. Robert Shah would not speak to me.  He

24   just would ignore me.

25        Q     Did you see Robert Shah saying good

Charlie Cruz
November 30, 2021                                                    62

```
 1     morning to anybody?

 2          A     For the first 6 months, he didn't say

 3     good morning.  He only started saying good morning

 4     after he hired Natalia?

 5          Q     So, he started saying good morning to

 6     you after he hired Natalia?

 7          A     The whole department was gone.  He said

 8     good morning in general.

 9          Q     He said good morning to the group?

10          A     I guess so.

11          Q     You said several times Mr. Cruz that

12     Mr. Shah refused to speak to you and you also have

13     that language in your complaint.

14                What do you mean when you are saying

15     Mr. Shah refused to speak to you, you spoke to him,

16     during your review?

17          A     Spoke to him during my review.  He made

18     it clear there was a discrepancy on the bill only

19     to let him know right away.

20          Q     So he spoke to you during review and

21     spoke to you when there were discrepancies in the

22     bills?

23          A     Yes, a week after Eleanor did the

24     checks and there was a mistake with the checks and

25     I brought it to his attention.
```

Charlie Cruz
November 30, 2021                                        63

```
 1              Q     Is there any time when you went to
 2        speak to Mr. Shah in his office and he told you to
 3        go away?
 4              A     No, he told me what was the big deal.
 5              Q     And, what do you mean he told you,
 6        "What was the big deal."  Is this something that
 7        happened more than once?
 8              A     No, the checks went out there was a
 9        mistake in checks with the dates.  I brought it to
10        his attention and I told him that the checks have
11        the invoice dates, not the date of the check.  He
12        said what is the big deal and I had to explain to
13        him that it affected the reports that went out.
14              Q     Now, aside from that occasion, were
15        there other times, I mean Mr. Shah spoke to you on
16        that occasion but on other occasions, did you go to
17        Mr. Shah to speak to him and he told you to go
18        away?
19              A     No.
20              Q     Was there ever a time when you asked
21        Mr. Shah for a meeting and he refused to schedule?
22              A     No.
23              Q     Did Mr. Shah ever ask you to do
24        anything in excel?
25              A     No.
```

Charlie Cruz
November 30, 2021                                                64

```
 1              Q     Did you ever tell him that you don't do

 2       excel?

 3              A     When I first started working, yes.

 4              Q     What did you mean by saying you don't

 5       do excel?

 6              A     I never said, I don't do, excel.  I

 7       said, I didn't know excel very well.

 8              Q     Taking a look again at your complaint.

 9       Turn your attention to -- quick scroll here.

10              I want to draw your attention to

11       paragraph 24, where it says "impart," actually no I

12       will just read the whole paragraph.

13              "During that transition period, refers

14       to the transition where Mr. Ravel was departing

15       from the firm.  And, continuing for months

16       thereafter Mr. Shah refused to speak with Mr. Cruz.

17       Mr. Shah only met with Mr. Cruz two times despite

18       being his direct supervisor and would often go

19       entire days without speaking to Mr. Cruz."

20              Do you see that?

21              A     Yes.

22              Q     Okay. So what were the two times that

23       you say that Mr. Shah met with you during this

24       period?

25              A     We met -- the first time in the first
```

Charlie Cruz
November 30, 2021                                        65

1    meeting, initially started working there, and one

2    week before the review time we had a meeting with

3    the department.

4          Q     Tell me about your first meeting with

5    Mr. Shah.

6          A     We spoke, he went, he asked me a couple

7    of questions and asked me if I know excel and I

8    told him I don't know excel very well,

9    and basically he asked me, was it for some reason

10   was I married and I had kids and I told him I was

11   gay. Didn't have any kids.

12         Q     Did Mr. Shah say anything in response?

13         A     Just looked at me and said okay, by.

14         Q     Did you and Mr. Shah say anything else

15   during that first meeting?

16                      (The last question was read back

17               by the Reporter.)

18         A     No.

19         Q     You said there was a second meeting you

20   had with Mr. Shah about a week before your review?

21         A     Yes.

22         Q     What happened in that meeting?

23         A     He was going over settlements and stuff

24   with me, Luka and Natalia and he basically said I

25   really don't know much about what you guys do in

Charlie Cruz
November 30, 2021                                    66

```
 1    review settlements and that we should have monthly

 2    meetings as a department.

 3          Q     Did Mr. Shah start holding monthly

 4    meetings?

 5          A     No.

 6          Q     In paragraph 25 of your complaint, it

 7    says here:  "Mr. Shah openly and obviously treated

 8    Mr. Cruz with disdain."

 9                Do you see that?

10          A     Yes.

11          Q     And, do you agree with that statement?

12          A     Yes.

13          Q     What did Mr. Shah do or say that you

14    thought was treating you with disdain?

15          A     He would ignore me and talk to other

16    colleagues.

17          Q     Is there anything else that Mr. Shah

18    did that you regarded with treating you with

19    disdain?

20          A     He would give me nasty looks.  He could

21    say, I am getting gray hair I am getting old and

22    then look at me like it was funny.

23          Q     So he said about himself that he was

24    getting gray hair and getting old?

25          A     Yes, to Natalia sits right behind me.
```

Charlie Cruz
November 30, 2021                                    67

```
 1          Q     Is there anything else that Mr. Shah

 2    did that you thought was treating you with disdain?

 3          A     Just the incident of me coming back and

 4    pointing at my computer screen and laughing.

 5          Q     Let's talk about that.

 6                So when did that happen?

 7          A     I don't remember the date, exactly.

 8          Q     What year did it happen?

 9          A     It happened, 2018.

10          Q     So, where were you coming from when

11    this happened?

12          A     Bathroom.

13          Q     And, what were Mr. Shah and Ms.

14    O'Donnell, doing?

15          A     Looking at my screen and laughing about

16    it.

17          Q     From where you were standing could you

18    see your own computer screen?

19          A     No, because I am coming from the back

20    opposite direction they are in front of me they

21    were in front.

22          Q     How do you know they were pointing at

23    your computer screen?

24          A     Because my computer screen is directly

25    in front of that last desk, one directly at my desk
```

Charlie Cruz
November 30, 2021                                          68

```
1     at the screen.
2          Q    Well, you saw them pointing in the
3     direction of your desk, right?
4          A    No, they were pointing at my screen.
5          Q    You told me you couldn't see your
6     computer screen because you were coming around the
7     corner?
8          A    If they are coming from behind them
9     Jeannie is right in front of my desk.
10         Q    So how far away from them were you, at
11    the closest point?
12         A    As soon as you walk in right in front
13    of my desk.
14         Q    Now, you told me earlier your work
15    station is a cubicle, right?
16         A    Yes.
17         Q    Are there dividers separating your
18    space from Luka's and Natalia?
19         A    A short divider.
20         Q    How high are they?
21         A    If you were sitting there, about my
22    shoulder.
23         Q    If you are standing about waist height?
24         A    Yes.
25         Q    So as you were coming up to your
```

Charlie Cruz
November 30, 2021                                          69

```
1     cubicle, what happened?

2          A     I said what is so funny.

3          Q     What happened next?

4          A     He looked at me and walked away Robert

5     Shah and Natalia stopped laughing he walked to his

6     office.  I sat in my desk, I said, "What is so

7     funny on my computer?"  And, Jeannie she got up and

8     went to the bathroom.

9          Q     What was on your computer screen?

10         A     The Puerto Rican Flag.

11         Q     Now, what color was the flag?

12         A     A Puerto Rican Flag is the color of the

13    rainbow, with a star.

14         Q     When you say, "the color of the

15    rainbow" are you saying it was red, orange, yellow,

16    red, green, purple?

17         A     Yes, of the rainbow order and one large

18    star.

19         Q     Now, aside from what you told me

20    already, today, is there anything else that Robert

21    Shah did that you considered treating you with

22    disdain?

23         A     Not speaking to me, that is it,

24    ignoring me.

25         Q     You said a couple of times so far today
```

Charlie Cruz
November 30, 2021                                    70

```
 1     that you considered Mr. Shah being homophobic.

 2              Do you remember that?

 3     A     Yes.

 4     Q     Why do you believe that?

 5     A     Looked at me and turning with disgust.

 6     Q     How many times did he look at you with

 7     what you are describing a face with disgust?

 8     A     Every time he walked by me, many times

 9     he would talk to my colleagues, and I would sit

10     there being completely ignored.

11     Q     When you say he had a facial expression

12     of disgust, what do you mean by that?

13     A     He looked at my face when other people

14     he was smiling with me he was just like, just not

15     speak to me anymore.

16     Q     So, I have asked you what the

17     expression was.  You said he wasn't smiling at you.

18              Is there anything else about his facial

19     expression that makes you describe it was an

20     expression of disgust?

21     A     Look at me with disgust.  Just looking

22     at me, can't explain it just doing it, I know it

23     was on me.

24     Q     How do you know it was just with you?

25     A     Because, he looked at me and eye
```

Charlie Cruz
November 30, 2021                                              71

```
 1     contact right before he did it.
 2         Q     Why did you think that had anything to
 3     do with you being gay?
 4         A     He had no problems with anybody else,
 5     he had no problems with my straight co-workers.
 6         Q     Is there any other reason, why you
 7     think this facial expression was because you were
 8     gay?
 9         A     I knew it was because I was gay.
10         Q     How do you know?
11         A     I just felt it the way he was acting
12     towards me.
13         Q     Is there anything that Mr. Shah said or
14     did that made you think that it was because your
15     gay?
16         A     Besides what I said, no.
17         Q     Did Mr. Shah, ever call you a word you
18     didn't like or found offensive?
19         A     No.
20         Q     Did anyone at the firm ever call you a
21     word or a name that you found offensive?
22         A     No.
23         Q     Did Mr. Shah ever make any comments
24     that made you think that he had something against
25     you because of your age?
```

Charlie Cruz
November 30, 2021                                              72

```
 1            A       No.
 2            Q       Did Mr. Shah ever say or do anything
 3     that made you think you were being treated
 4     differently because of your age?
 5            A       No, that was --
 6            Q       What made you think ignoring you was
 7     because of your age?
 8            A       Because of my age -- don't know.  I
 9     don't think it was because of my age and he had a
10     problem with the sexuality but he kept calling me
11     always talking about, I am getting old and old,
12     having a conversation right behind me to Natalia.
13            Q       Mr. Shah was saying that Mr. Shah was
14     getting old, correct?
15            A       Yes.
16            Q       And, you believe that he was referring
17     to you because he was near you when he said it?
18            A       Saying, when I was there?
19            Q       No, if he said it, when you weren't
20     there?
21            A       No.
22            Q       Did anybody at the firm ever tell you
23     that you were treated differently because of the
24     sexual orientation?
25            A       No, they -- they noticed that he would
```

Charlie Cruz
November 30, 2021                                                73

1        just ignore me and not speak to me.

2            Q     You are saying that people at the firm

3        noticed that Mr.  Shah didn't speak to you, right.

4                  Did anyone at the firm tell you that

5        they thought you were being treated differently

6        because of your sexual orientation?

7            A     Yes.

8            Q     Who told you that?

9            A     Ms. Bordello.

10           Q     What did Ms. Bordello tell you?

11           A     Told me he is homophobic, not speaking

12       to me, ignoring me.

13           Q     Did she tell you why he thought that?

14           A     Because of the way he looks at me that

15       is how she felt.  You have to ask her.

16           Q     Did anybody at the firm ever show you

17       pictures or cartoons or images that you found

18       offensive?

19           A     That I found offensive, no.

20           Q     Did anyone at the firm ever tell you

21       any jokes to you, or near you that you found

22       offensive?

23           A     No.

24           Q     Did anyone at the firm express any

25       political views that made you feel uncomfortable?

Charlie Cruz
November 30, 2021                                74

```
 1          A     No.

 2          Q     Did anyone at the firm make any

 3    comments that made you feel that you were unwelcome

 4    because of your sexual orientation?

 5          A     No.

 6          Q     Did anyone at the firm make any

 7    comments that made you feel unwelcome because of

 8    your age?

 9          A     No.

10          Q     Did anyone at the firm ever express

11    mockery or disdain or a lack of respect for the

12    firm's anti-discrimination policy?

13          A     No.

14          Q     Aside from what you have told me

15    already so far today, which you don't have to

16    repeat, the court reporter got it all down.

17                Aside from what you have already told

18    me so far today, did Robert Shah or Natalia

19    O'Donnell, or anyone else at the firm act in a way

20    that made you feel that you were being singled out

21    because of sexual orientation or because of your

22    age?

23          A     Besides what I already said, no, no one

24    else.

25          Q     Look at the complaint again.  Draw your
```

Charlie Cruz
November 30, 2021                                    75

1    attention to paragraph 27, and it says:

2    "Additionally, Mr. Cruz and others about ageing

3    making disparaging remarks about gray hair and

4    quote looking old.  Mr. Cruz has gray hair."

5              Is this the same occasion that you have

6    already testified to or is this another time?

7         A    That is when I testified to.

8         Q    So this is the one and the same

9    occasion that you are talking about?

10        A    Yes.  You are breaking up.

11        Q    Now, it says here in a voice that was

12   audible to Mr. Cruz.

13             Was your back to Mr. Shah as he was --

14             Mr. Shah spoke openly in a voice that

15   was audible to you about aging.

16             On this occasion were you facing

17   Mr. Shah when he was speaking, or was your back to

18   him?

19        A    He was to my right of me, right behind

20   me.

21        Q    To your right behind you?

22        A    Yes.

23        Q    So where were you looking when he was

24   saying this?

25        A    I was on the computer.

Charlie Cruz
November 30, 2021                                    76

```
 1            Q     So you were looking in another
 2     direction, right?
 3            A     Yes.
 4            Q     Okay, how did you know that Mr. Shah
 5     was looking at you when he was saying this?
 6            A     I looked back at him.
 7            Q     You saw him looking at you when you
 8     turned to look at him?
 9            A     He looked right at me, and I looked at
10     him.
11            Q     Further down on the same page of your
12     complaint, it says paragraph 29, in September 20,
13     '18, several of Mr. Cruz's colleagues who were over
14     the age of 50 were terminated.
15                  Do you know who that refers to?
16            A     Yes, there were several employees let
17     go before me.
18            Q     What were their names?
19            A     I will try and remember their name --
20     there was a Carol, Paul.  There was, I don't
21     remember her name, try to remember her name in her
22     department. I have to refresh my memory it was
23     several people let go.  There was a Pedro we called
24     him Pedro. He and his other colleague, in his
25     department were let go.
```

Charlie Cruz
November 30, 2021                                    77

1        Q     Were there any colleagues in the

2    finance department who were let go, at this time?

3        A     No, before that it was Eleanor.

4        Q     It says in paragraph 29:  "The

5    individuals let go over the age of 50, were strong

6    performers."

7              Do you know whether or not they were

8    strong performers?

9        A     Whether or not they were strong

10   performers felt they were good workers but I wasn't

11   their supervisor.

12       Q     Paragraph 30 of the complaint it talks

13   about the meeting you had with Jeannie Principi.

14             Do you remember that meeting?

15       A     Yes.

16       Q     Tell me what happened in that meeting,

17   with Ms. Principi.

18       A     I was called in.  I was told that I was

19   fired because of the attitude. I asked what about

20   Robert Shah's attitude.  I expressed to her what I

21   felt about what was going on in the department.

22   How I felt I was being discriminated against.

23       Q     To the best of your memory, what

24   exactly did you say to Ms. Principi, I know you

25   won't necessarily have the exact words, but tell me

Charlie Cruz
November 30, 2021                                          78

```
 1    as best you can.
 2         A    I asked him what about his attitude
 3    come in here, like making like a house to takeover,
 4    not very nice I told her he is homophobic doesn't
 5    speak to me ignores me and her response to me was,
 6    "We are going to hire Natalia, maybe she will be a
 7    good buffer for you two."
 8         Q    Is that all that Ms. Principi said?
 9         A    Yes.
10         Q    Did you use the word homophobic in
11    speaking to Ms. Principi?
12         A    Yes.
13         Q    How long if you know was Ms. Principi
14    with the firm?
15         A    Had to be there close to 30 years.  She
16    hired me.
17         Q    She was the director of human resources
18    when she hired you, am I right?
19         A    Uh huh.
20         Q    That is a, yes?
21         A    Yes.
22         Q    And she was still the director of human
23    resources at the time of this meeting, right?
24         A    Yes. I mean there were title changes,
25    she was basically the HR person to go to.
```

Charlie Cruz
November 30, 2021                                    79

```
 1          Q       Was this the first time you had ever

 2    spoken to Ms. Principi about a concern in the work

 3    place?

 4          A       No, there was one other time.

 5          Q       When was that other time?

 6          A       It was over twenty years before.

 7          Q       What was that concern about?

 8          A       It was about an employee talking about

 9    Puerto Ricans.

10          Q       How did Ms. Principi respond on that

11    occasion?

12          A       She told me that I want to make her

13    file a complaint and stuff like that, and I told

14    her I just don't want to make a big deal over it

15    and she said she would speak to the individual and

16    just dropped, it was dropped and he apologized for

17    his comments and it was over.  It is okay this is

18    over and done with, it wasn't a big thing.

19          Q       I am sorry, didn't mean to cut you off.

20          A       It wasn't to me so serious to make it

21    such a big deal in the firm and I didn't want

22    someone to lose their job for saying something in

23    general.  So that person could continue working

24    there and I could continue to work there.

25          Q       On that?
```

Charlie Cruz
November 30, 2021                                          80

```
 1          A     That was the only time I spoke to her
 2    about that.
 3          Q     On that prior time, on that prior
 4    occasion you spoke to Ms. Principi, and it is your
 5    understanding that Ms. Principi, asked you if you
 6    wanted to file a complaint, right?
 7          A     Yes, she asked me if I wanted to file a
 8    complaint.
 9          Q     When you said, "no," she spoke to that
10    employee any way and the employee apologized?
11          A     Yes.
12          Q     On this occasion -- well, did you speak
13    to Jeannie Principi in 2018 or 2019?
14          A     It was -- 2018 and it was before it
15    started.
16          Q     Did Ms. Principi ask you if you wanted
17    to file a complaint?
18          A     No.
19          Q     Did she ask to provide a witness
20    statement?
21          A     No.
22          Q     Did she ask about the dates when
23    anything occurred?
24          A     No.
25          Q     Did she ask you if there were any
```

Charlie Cruz
November 30, 2021                                          81

```
1    witnesses you should speak to?

2         A     No.

3         Q     Did she ask you if there were any

4    e-mails or other documents that she would need to

5    look at?

6         A     No.

7         Q     Did she ever get back to you on any

8    findings she had?

9         A     No.

10        Q     Did you ever attend any trainings on

11   the first anti-discrimination policy?

12        A     We had training for sexual harassment.

13        Q     Do you know when that was?

14        A     Not offhand.  It was, it was right

15   after the management took over so it had to be --

16   2018, 2019.

17        Q     Do you remember attending a training in

18   about August of 2018?

19        A     Yes.

20        Q     Was it in a large conference room at

21   the firm?

22        A     I think so, I don't remember.  We did

23   have some.

24        Q     Was there a screen up to show the

25   people in another office who were also
```

Charlie Cruz
November 30, 2021                                                    82

```
 1     participating?

 2          A     Yes.

 3          Q     Do you know who gave the training?

 4          A     I don't remember.

 5          Q     Do you remember if it was me?

 6          A     No, I don't remember if it was you, no.

 7          Q     Did you speak to Jeannie Principi

 8     before or after you attended that meeting?

 9          A     It was -- I don't remember.

10          Q     What do you understand the firm's

11     anti-discrimination policy to be?

12          A     Honestly, I don't understand the

13     question.

14          Q     Well, you said you attended training,

15     around August 2018, right?

16          A     Talking about that antidiscrimination

17     meeting that they had?

18          Q     Yes.

19          A     They had a conference room and it was

20     anti-discrimination yes, it was such a long time

21     and I don't remember.

22          Q     To your knowledge, does the firm have a

23     policy against the discrimination in the workplace?

24          A     Yes.

25          Q     And what?
```

Charlie Cruz
November 30, 2021                                    83

1          A      Always there.

2          Q      To the best of your understanding, what

3     is that policy?

4          A      I am not sure.  What do you want me to

5     say?

6          Q      Am just --

7          A      It was a such a long time, was that

8     meeting.

9          Q      Your understanding whether or not the

10    firm has a position on whether or not

11    discrimination should be in the workplace, is your

12    answer you don't know?

13         A      No.

14         Q      I don't understand your answer, sir.

15                Do you know what the firm policy is on

16    discrimination in the workplace?

17         A      No.

18         Q      Do you know what the firms procedure is

19    if you have a complaint about discrimination in the

20    workplace?

21         A      Bringing up to HR, human resources.

22         Q      Now, in your conversation with Jeannie

23    Principi, do you believe that that is what you were

24    doing?

25         A      Yes.

Charlie Cruz
November 30, 2021                                              84

```
 1           Q      Why do you think that?
 2           A      Because, Jeannie was HR she had to
 3     chose in the firm and if you had a problem it was
 4     known to talk to her.
 5           Q      My question is not whether Jeannie
 6     Principi was the right person to go to.  My
 7     question is:  In that conversation that you had
 8     with Jeannie Principi were you making a complaint
 9     about discrimination?
10           A      Yes.
11           Q      Why do you say that?
12           A      Because I was being discriminated
13     against.
14           Q      Is there anything that you said to
15     Jeannie Principi that you believe should have let
16     her know that you were making a complaint of
17     discrimination?
18           A      Yes, I told her I felt he was
19     homophobic. He ignored me.  I am concerned about
20     losing my job and her words were, let me bring that
21     topic to start and there will be a buffer between
22     you and Shah, and that was it.
23           Q      Would it surprise you Mr. Cruz that
24     Jeannie Principi has a different recollection of
25     this conversation?
```

Charlie Cruz
November 30, 2021                                    85

```
 1              A     I would be surprised, yes.
 2              Q     I am if I may have called you Mr. Shah
 3        by accident.
 4              A     Because you are breaking up.
 5              Q     I apologize Mr. Cruz.
 6                    Didn't you tell Jeannie Principi that
 7        you weren't sure what Robert Shah wanted you to do?
 8                         MS. ROBINSON:  Hold on John, you
 9                    were breaking up. I am not sure.
10              Q     Can you hear me now?
11                         MS. ROBINSON: Yes.
12              Q     I will ask the question again.
13                    Mr. Cruz, didn't you tell Jeannie
14        Principi, that you didn't know what Mr. Shah wanted
15        you to do?
16              A     The work that he wanted me to do, yes
17        he wanted to speak to me.  Don't know what he wants
18        to speak to me.
19              Q     Didn't you tell Jeannie Principi that
20        until you got further instructions you were going
21        to keep doing what you had been doing before?
22              A     No, I was told from Robert Shah
23        continue doing what I was doing there.  Instructed,
24        he said, "Continue doing your work the way you
25        normally did."
```

Charlie Cruz
November 30, 2021                                    86

1           Q      Mr. Shah told you to do that?

2           A      Yes, continue doing your statements.

3           Q      You have mentioned to me Mr. Cruz that

4      one of the reasons why you thought that age was a

5      motivating factor for in you being let go is that

6      some of the people being let go were over 50,

7      right?

8           A      No, everybody was over 50.  Now, most

9      everybody let go was over 50.

10          Q      How old is Luka, do you know?

11          A      Luka is now she probably is 60

12     something.

13          Q      She is older than you?

14          A      Yes, I think.

15          Q      Do you know how old Mr. Shah is?

16          A      No.

17          Q      Now, you said that many of the people

18     who are let go are over 50.

19                 Do you know the ages of the people who

20     stayed behind in these other departments?

21          A      I don't.

22          Q      And, weren't a number of the people who

23     were not let go, also over 50?

24          A      Yes.

25                 MS. ROBINSON: Interject for a

Charlie Cruz
November 30, 2021                                    87

1                      moment.  Is there a plan for taking a

2                      lunch break or what is.

3                              MR. KEIL:  Off the record.

4                          (A discussion was held off the

5                      record.)

6                              (A break was taken at 12:45 p.m.

7                          (Back on the record at 1:00 p.m.)

8           Q     Mr. Cruz, at the beginning of the day

9      today, you expressed an opinion, that maybe it was

10     a feeling that your depression had prevented you

11     from working.

12             Do you remember saying something along

13     those lines?

14          A     Yes.

15          Q     Have you ever applied for disability

16     benefits because of your depression?

17          A     No.

18          Q     When was the first time that you were

19     diagnosed with depression?

20          A     Two months after, well two months after

21     I left the firm is when my medical doctor, Dr. Lugo

22     suggested I go. He said, "After seeing your face, I

23     want you to go see this doctor."

24          Q     Speaking about Dr. Lugo for a moment.

25             Has Dr. Lugo ever treated you for your

Charlie Cruz
November 30, 2021                                                88

```
1    depression other than that referral?

2         A    No, that was the first time she ever

3    referred me.

4         Q    Has doctor, since that time, has Dr.

5    Lugo treated you for depression?

6         A    No, because the other doctors are

7    treating me for that.

8         Q    You mentioned earlier that you were

9    taking sleeping pills.

10              Who prescribed those; is that Dr. Lugo?

11        A    Dr. Lugo and my psychiatrist.

12        Q    It started with Dr. Lugo prescribing it

13   now Dr. Fitzberger prescribes it?

14        A    That is correct.

15        Q    Now, is Dr. Lugo your primary care

16   physician?

17        A    Yes.

18        Q    And aside from what you already told me

19   about your conversations with Dr. Lugo, does she

20   know, to your knowledge anything else about your --

21   from what you have already told me so far today

22   about your conversations with Dr. Lugo, does she

23   know anything else about your claims for emotional

24   damage in this case?

25        A    No.
```

Charlie Cruz
November 30, 2021                                    89

1        Q      All of your other treatment has been
2    with Dr. Fitzberger?
3        A      Yes.
4        Q      Have you complained to either Dr.
5    Fitzberger or Dr. Lugo about any physical ailments
6    after you left the firm?
7        A      Physical ailments, like what?
8        Q      Like headaches or nausea?
9        A      Nausea, not nausea a lot of fatigue.  I
10   was sleeping a lot, depression.
11       Q      Have you sought treatment for any other
12   illnesses since you left working at the firm?
13       A      What do you mean by, medical backround?
14       Q      I am asking about, have you been
15   diagnosed with anything else besides depression
16   since you left the firm?
17       A      No.
18       Q      Had you ever been diagnosed with
19   depression at any time before July of 2019?
20       A      No.
21       Q      Never in your life?
22       A      Never.
23       Q      Did either of your health care
24   providers express an opinion to you as to what
25   caused your depression?

Charlie Cruz
November 30, 2021                                    90

1          A     Their opinion?

2          Q     Yes.

3          A     I think they kind of figured it would

4    be because I was terminated.

5          Q     Did they ever say that to you?

6          A     Don't remember.  I know that she saw it

7    in my face and she wanted me to go see a

8    psychiatrist.

9          Q     Dr. Lugo looked at your face and

10   referred you to Dr. Fitzberger?

11         A     Yes, she said right away.

12         Q     Was there a conversation that you had

13   with her in addition to her looking at your face?

14         A     No, of course I told her what was going

15   on, I need to get whatever since my insurance was

16   cut off, I need to find out what insurance, how do

17   I get insurance to cover all of my conditions and

18   stuff like that.  And during the conversation she

19   said you know I want you to see this doctor.  I am

20   concerned about you.

21         Q     Did other than fatigue and sleeping a

22   lot, did you have any other physical ailments after

23   you left the firm?

24         A     No.

25         Q     Now, is there a time when you stopped

Charlie Cruz
November 30, 2021                                    91

1     sleeping quite so much?

2            A     No, when she directed me to take my

3     regular medication I was sleeping normal and stuff.

4            Q     You told me that you are taking

5     sleeping pills, right?

6            A     Yes.

7            Q     So why were you prescribed sleeping

8     pills?

9            A     Because, I was an insomniac at one

10    time.

11           Q     When were you an insomniac?

12           A     I was during, I have always had

13    problems sleeping.

14           Q     Is that a problem that proceeded July

15    of 2019?

16           A     That proceeded, yes I would say the

17    sleep, before that.

18           Q     After 2019, have you needed to take

19    sleeping pills?

20           A     Yes.

21           Q     But the doses, your dosage for the

22    sleeping pills and the frequency for the sleeping

23    pills after 2019 is the same as before?

24           A     Yes.

25           Q     You mentioned that you have therapy

Charlie Cruz
November 30, 2021                                    92

```
 1    sessions with Dr. Fitzberger, right?

 2          A     Yes.

 3          Q     And you see him about once a month?

 4          A     Once a month.

 5          Q     And you started seeing Dr. Fitzberger,

 6    in the fall of 2019?

 7          A     I think so, yes.

 8          Q     So you see Dr. Fitzberger about 12

 9    times a year?

10          A     Yes, I need to see him again.  Before

11    then, I will request another appointment.

12          Q     Have you ever requested an additional

13    appointment with Dr. Fitzberger?

14          A     Yes.

15          Q     How many times?

16          A     Once.

17          Q     When was that?

18          A     Last month.

19          Q     What was the occasion for you

20    contacting Dr. Fitzberger?

21          A     I was having anxiety.

22          Q     You had an extra session with Dr.

23    Fitzberger?

24          A     Yes.

25          Q     Did Dr. Fitzberger diagnose you with
```

Charlie Cruz
November 30, 2021                                              93

1     anything at that meeting?

2          A     No.

3          Q     About how many times a month would you

4     say you take sleeping pills?

5          A     (No response.)

6          Q     So Mr. Cruz the question I have been

7     trying to ask you was:  In 2021, about how many

8     times a month you need to take sleeping pills to

9     help you sleep?

10         A     I take them at night.

11         Q     At night?

12         A     Yes.

13         Q     And, was that the case in 2018, as

14    well?

15         A     2018, yes I took a pill at night.

16         Q     Alright. Now, I have been asking you

17    these questions because you have made a claim for

18    emotional damages as part of this case.  So far, we

19    have been discussing about medical conditions.

20               Now, I would like to ask you:  Do you

21    have any claims for emotional injuries that are

22    based on things other than medical conditions?

23         A     No.

24         Q     Okay.

25               I am going to go back to questions, I

Charlie Cruz
November 30, 2021                                      94

1    asked you about earlier today.

2                 What I am focusing on, I am not asking

3    you to repeat anything.

4                 Re-visit some things we have talked

5    about earlier today, Mr. Cruz, I am not asking you

6    to repeat anything that you said before, that is

7    already part of the record.  I want to make sure I

8    haven't missed anything.

9        A    Okay.

10       Q    Aside from what you have already told

11   me today, is there anything else that happened to

12   you, while you were at the firm, that you believe

13   was a matter of you being treated differently

14   because of your sexual orientation or your age?

15       A    You have to re-ask the question.

16       Q    Combined a couple of times.

17                 MS. ROBINSON:  So you can answer,

18                 Charlie.

19       A    Yes, that was it.  Nothing else.

20       Q    That was everything, okay.

21       A    Yes.

22       Q    Do you know of anybody else who worked

23   at the firm who was gay, lesbian?

24       A    Yes.

25       Q    Who are you aware of?

Charlie Cruz
November 30, 2021                                              95

```
 1          A      Robert Lugo, Amy Akin.  Both also

 2    terminated.

 3          Q      Do you know who Patrick DeCarlo is?

 4          A      Yes, I forgot that is Max Berger's

 5    secretary.

 6          Q      And Mr. DeCarlo is still at the firm as

 7    far as you know, right?

 8          A      As far as I know, yes.

 9          Q      Now, are you aware of anybody at the

10    firm ever calling you or any other person, a slur

11    based sexual orientation?

12          A      Can you repeat that question?

13          Q      Are you aware of anybody at the firm,

14    calling you or any other gay or lesbian employee of

15    the firm a slur or an insult based on sexual

16    orientation?

17          A      No.

18          Q      I want to make sure I understand your

19    earlier testimony, when you have described Robert

20    Shah as homophobic, that is based on your

21    impression, is that correct?

22          A      You froze up again.

23          Q      Let me ask it this way.

24                 What has Robert Shah done that has led

25    you to conclude that he is homophobic?
```

Charlie Cruz
November 30, 2021                                              96

```
 1            A     I think, I answered that already.

 2            Q     Well you told me about a facial

 3      expression that you saw.

 4                  Is there anything else that he did?

 5            A     I think, I answered.  My computer

 6      screen --

 7            Q     Those are the facial expressions and

 8      what you described with your computer screen, that

 9      is everything?

10            A     Yes.

11            Q     Okay.

12                  What was your working relationship with

13      Natalia O'Donnell, like?

14            A     You broke up again sir.

15            Q     I asked you to describe your working

16      relationship with Natalia O'Donnell?

17            A     It was -- friendly, cordial.

18            Q     I am going to show a document on the

19      screen here.

20                  Mr. Cruz this is a document I produced

21      in discovery to your attorneys, bates number BLBG

22      1343. It appears to be a screen shot of a text

23      message.

24                  Have you ever seen this before?

25            A     No.
```

Charlie Cruz
November 30, 2021                                     97

1          Q      Okay. Represent to you that a large
2    number of employees at the firm received text
3    messages like this and other ones at the time that
4    your lawsuit was filed.
5                 Do you know, who sent text messages to
6    someone at the firm?
7          A      No, I have no knowledge of that.
8          Q      Okay, there is a phone number here:
9    (917)268-2170.
10                Do you recognize that phone number?
11         A      No, I do not.
12         Q      Did you ever ask anybody to send text
13   messages to employees at the firm?
14         A      No.
15         Q      Did you ever have a copy of the firm's
16   telephone directory?
17         A      It was personal phone numbers?
18         Q      Right.
19         A      No.
20         Q      Okay. And you never gave a copy of the
21   firm and telephone directory to anybody else?
22         A      No.
23                     MR. KEIL: I may be just about
24                done. Look over my notes and see if we
25                can wrap up.

Charlie Cruz
November 30, 2021                                              98

```
 1                      (A 15 minute break was taken at

 2              1:30 p.m.)

 3                      (Back on the record at 1:27 p.m.

 4              MR. KEIL:) A couple of more

 5              documents and we should be able to wrap

 6              up here.

 7        Q     First like to show you I would like to

 8    show you an e-mail, it is a one page document bates

 9    number 1554, Defendant 5.

10                      (Marked for Identification

11              Defendant Exhibit 5, One page E-mail

12              Exchange dated November 30, 2021.)

13        Q     Mr. Cruz, this appears to be an e-mail

14    exchange, between yourself and Maria DeVilla, in

15    May of 2017.

16              Do you recognize this e-mail?

17        A     I don't remember if this came from me.

18        Q     Yea.

19              Now, there is a comment that Ms.

20    DeVilla makes in the middle of the page: "P.S, you

21    are going to see an e-mail from Edward and you are

22    going to be surprised. I wasn't able to tell you

23    beforehand but I will explain once it is out." You

24    replied, "I heard something."

25              Do you remember what the subject matter
```

Charlie Cruz
November 30, 2021                                                99

```
1    of that is that Ms. DeVilla is talking about?

2         A    Honestly, don't remember.  It is such a

3    long time ago.

4                   MR. KEIL: Okay. And, defendants

5                   6.  This is a multi-page and it,

6                   continues through BLBG2020.

7                   (Marked for Identification

8                   Defendant Exhibit 6, Summary of job

9                   duties document, dated November 30,

10                  2021.)

11                  Mr. Cruz, am I correct in

12                  assuming that, have you ever seen this

13                  document before?

14        A    No, I never seen this document before.

15        Q    I will represent to you that I believe

16   this was prepared by Natalia O'Donnell at some

17   point during your employment.

18                  And it looks like it is a summary of

19   your job duties, at some point when you were there.

20                  Can you just take a look at it, as I

21   scroll through it and tell me whether this is an

22   accurate description of your job tasks as of the

23   end of 2018 and the first part of 2019.

24                  Let me know when you are ready for me

25   to keep going.
```

Charlie Cruz
November 30, 2021                                    100

1          A     Keep going.  Somewhat, yes some things
2     were left out. Go down, yes.
3          Q     Is there anything, defendants 6, is
4     that an accurate description of your job when your
5     job overlapped with Ms. O'Donnell's?
6          A     There were some other things too.
7          Q     Okay. What was left out?
8          A     I was also had to check the reports as
9     Luka gave them to me.  In other words, we would
10    enter the reports first just in case the job was
11    required we had to go back and add charges that
12    were not sent to us yet and verify those charges,
13    we it would be entered twice entered once and then
14    corrected it.
15         Q     Was there anything else?
16         A     Not, that I can think of anymore.
17         Q     Was there anything else that should
18    have been on that summary; I haven't asked the
19    question yet.
20               I asked you if there was anything else.
21    I think you said, no?
22         A     No, not that I can think of, no.
23         Q     Last thing I want to ask a couple of
24    more things in the complaint.
25               Drawing your attention to paragraph 22

Charlie Cruz
November 30, 2021                                                    101

```
 1     of the complaint. And it says, "Shortly thereafter
 2     Mr. Ravel the controller who was in his 70's
 3     announced he would be leaving the firm. It is
 4     Mr. Cruz's understanding that Mr. Ravel has been
 5     voluntarily pushed out."
 6          A     I don't see it.
 7          Q     Let he show you zoom -- see it now?
 8          A     Okay, paragraph?
 9          Q     Paragraph 22.
10          A     Yes, sir.
11          Q     I am interested in the sentence:  "It
12     is Mr. Cruz's understanding that Mr. Ravel was
13     involuntarily pushed out."
14          A     Yes.
15          Q     Is that your understanding?
16          A     Yes.
17          Q     Why is that your understanding?
18          A     He the principal came to my desk, and
19     talking to Pravini told me she was upset that --
20     and Max had the disagreement about doing nothing,
21     that is not right.
22          Q     So, you got this understanding from a
23     conversation you had with Jeannie Principi?
24          A     Jeannie came to my desk and told me
25     that, yes.
```

1          Q     And what is your understanding is the

2     reason why Mr. Ravel was pushed out?

3          A     She said she understands that because I

4     had Max's disagreement. He goes, it is not right

5     for them to be pushing out Pravini.

6          Q     Did Mr. Ravel leave at the same time as

7     Edward Grossman?

8          A     Yes.

9          Q     Do you know why Edward Grossman left

10    the firm?

11         A     I understood it that him and Max had a

12    disagreement.

13         Q     Do you believe that Mr. Ravel leaving

14    the firm had anything to do with his age?

15         A     No, it didn't to do with -- I am not

16    sure no as far as I know Jeannie said is what she

17    told me.

18         Q     Did you ever need to work overtime

19    while you were at the firm?

20         A     No.

21         Q     Did you work any overtime in 2019?

22         A     2019, no overtime was cut.

23         Q     Did you work any overtime in 2018?

24         A     I don't remember if I did.  It had to

25    be approved.  I am not sure if it was required, but

1    I can't remember.  I know that overtime was capped

2    and but I can't remember maybe I worked a couple of

3    hours.  I don't know it wasn't if it was needed, I

4    would work.

5         Q    Well, was there a change in the amount

6    of work you had to do between 2018 and 2019?

7         A    It was reduction.  I was working on the

8    settlements.

9         Q    So your workload went down from 2018 to

10   2019?

11        A    Yes, it would depend how many cases

12   were settling.

13        Q    But do I understand you to be saying

14   that -- (broke up.)

15             Was the amount of work you had to do

16   primarily as a result of whether or not the firm

17   was settling cases?

18        A    Depending on that too. Depends on how

19   many cases we were settling. I didn't have a

20   schedule.  I was told these are the next cases that

21   are settling, start on them.

22        Q    Taking a look at paragraph 39 of the

23   complaint. It says, "During the spring of 2019 it

24   became clear to Mr. Cruz that Ms. O'Donnell a woman

25   in her mid 30's who had replaced Ms. Derrick was

Charlie Cruz
November 30, 2021                                              104

```
1     being trained to perform some of Mr. Cruz's tasks."

2               Do you see that?

3     A     Yes.

4     Q     What tasks of yours did you believe Ms.

5     O'Donnell was being trained to take over?

6     A     My work, she was not trained she was

7     learning my job, and was learning it from my

8     secretary.

9               Mr. KEIL: I am going to ask the

10              court reporter.

11              (Last answer read back by the

12              Reporter.)

13    A     Through a secretary.

14    Q     You are saying Ms. O'Donnell, was

15    learning about your job from a secretary?

16    A     Yes, she was learning from a secretary

17    how to prepare reports, stuff like that.

18    Q     Who is this secretary?

19    A     Karen Foster.

20    Q     So, was Karen Foster showing her job

21    task?

22    A     Yes, was showing the payroll section

23    they work on.

24    Q     Okay. But you are not the only employee

25    on the firm who used ProLaw, right?
```

```
1        A     There were different sections of
2    ProLaw.  There was one just for the checking.
3    There was one from inputting.  There was one for
4    the time, different sections on ProLaw,
5    transactions is usually what I worked on.
6        Q     And do you know what Ms. Foster was
7    showing Ms. O'Donnell?
8        A     No, I just saw, transaction on the
9    computer screen when I walked by her desk.
10                   MR. KEIL: Thank you. I have no
11              further questions.
12                 (Time noted: 2:10  p.m.)
13
14
15
16                        CHARLIE CRUZ
17
18   Sworn and subscribed to
19   before me this     day
20   of            , 2021.
21   NOTARY PUBLIC
22
23
24
25
```

Charlie Cruz
November 30, 2021                                           106

```
1                      I N D E X

2     WITNESS              EXAMINATION BY          PAGE

3     Mr. Cruz             Mr. Keil                  5

4

5                      E X H I B I T S

6

7     DEFENDANT              DESCRIPTION          PAGE

8     1                      Document              19

9     2            One Page Document, Resume       30

10    3                      Complaint             32

11    4                 Evaluation Report          53

12    5                One page E-mail Exchange     98

13    6          Summary of job duties document    99

14

15    R E Q U E S T E D    I N F O R M A T I O N

16    DESCRIPTION                              PAGE

17                      R U L I N G S

18                      None.

19    Names that are phonetic are: Dr. Lugo, Dr.

20    Fitzberger, Kathleen Blessings, Maria DeVilla,

21    Tareen Ravel, Jeannie Principi, Eleanor Derrick,

22    Pravini, John Lombardi, Carmen Borderick, Eva

23    Bordoni, and Amy Klein, Bernini, Marie, Felicia,

24    Mika, Patrick DeCarlo.

25
```

```
1    C E R T I F I C A T E

2    STATE OF NEW YORK)
                     ) ss.:
3    COUNTY OF KINGS)

4

5         I, SHEA SORENSEN, a Notary Public in and

6    for the County of Kings, State of New York, do

7    hereby certify that the foregoing examination of

8    CHARLIE CRUZ, was taken on the 30th day of

9    November 2021, pursuant to Order and recorded

10   stenographically by me; and that the foregoing

11   examination is a correct and accurate transcript

12   of my stenographic notes.

13        I further certify that the witness was

14   duly sworn by me, prior to testifying, to tell

15   the truth, the whole truth, and nothing but the

16   truth.

17        I further certify that I am not an

18   attorney or counsel for any parties or any of the

19   attorneys in this action, and that I am not

20   financially interested in this action.

21        IN WITNESS WHEREOF, I have hereunto set

22   my hand this 30th day of November, 2021.

23

24                    Shea Sorensen

25                    SHEA SORENSEN
```

Charlie Cruz
November 30, 2021                                      1

**Exhibits**

**EX 0001 Charl
ie Cruz 11302
1**
  106:8
**EX 0002 Charl
ie Cruz 11302
1**
  30:3 106:9
**EX 0003 Charl
ie Cruz 11302
1**
  32:25 106:10
**EX 0004 Charl
ie Cruz 11302
1**
  53:17 59:3
61:6 106:11
**EX 0005 Charl
ie Cruz 11302
1**
  98:11 106:12
**EX 0006 Charl
ie Cruz 11302
1**
  99:8 106:13

**1**

**1**
  19:14 106:8
**1099's**
  58:11
**10:00**
  56:21
**11**
  54:2 56:22,
23
**11:04**
  46:21
**11:11**
  46:22
**12**
  92:8

**12:45**
  87:6
**13**
  46:14
**1343**
  96:22
**15**
  33:11 34:9,
21 37:8 41:3
43:5 46:14
98:1
**1554**
  98:9
**16**
  45:9
**18**
  76:13
**19**
  106:8
**1994**
  31:10
**1:00**
  87:7
**1:27**
  98:3
**1:30**
  98:2

**2**

**2**
  30:3 106:9
**20**
  76:12
**2001**
  31:18 33:12
34:10
**2017**
  98:15
**2018**
  20:22 35:16
36:12,16
38:15 39:6
40:23 43:2
46:8 51:25
52:1,5 54:2
55:16 56:22,

23 57:17
60:1 67:9
80:13,14
81:16,18
82:15 93:13,
15 99:23
102:23
103:6,9
**2019**
  9:10,25 10:3
13:24 14:3
30:15,16
36:13,16,17,
19 38:7,9
40:21 43:1
51:1,16 52:6
56:24 60:3
80:13 81:16
89:19 91:15,
18,23 92:6
99:23
102:21,22
103:6,10,23
**2020**
  11:13,16,18
12:5,23
20:17,22
30:15
**2021**
  10:9,10,13
11:2,3 12:5
13:10 19:15
30:4,15 33:1
53:18 93:7
98:12 99:10
105:19
107:9,22
**2022**
  22:2
**22**
  100:25 101:9
**24**
  64:11
**25**
  29:22 66:6
**27**
  20:5 75:1

**29**
  76:12 77:4
**2:10**
  105:12

**3**

**3**
  32:25 106:10
**30**
  17:1 19:15
30:4 33:1
36:9 53:18
77:12 78:15
98:12 99:9
106:9
**30's**
  103:25
**30th**
  107:8,22
**32**
  106:10
**33**
  20:5
**39**
  103:22

**4**

**4**
  50:6 53:15,
17 59:3 61:6
106:11
**40**
  36:9
**418**
  53:21

**5**

**5**
  98:9,11
106:3,12
**50**
  76:14 77:5
86:6,8,9,18,

23

**53**
  106:11

---

**6**

**6**
  20:1 23:1
  28:11 32:14
  62:2 99:5,8
  100:3 106:13
**60**
  86:11

---

**7**

**7**
  20:1
**70's**
  101:2

---

**8**

**8**
  10:4 13:5

---

**9**

**917 268-2170**
  97:9
**98**
  106:12
**99**
  106:13

---

**A**

**a.m.**
  46:21,23
**ability**
  6:1 8:1
**able**
  6:22 8:5
  59:5 98:5,22
**accent**
  6:12,16

**accept**
  10:19
**accepted**
  13:2
**accident**
  85:3
**account**
  56:9
**accounting**
  25:8 30:19,
  24 45:11,21
**accounts**
  25:4 59:9
**accurate**
  35:7,10
  39:17,18
  42:17 99:22
  100:4 107:11
**acquire**
  53:4
**act**
  24:8 74:19
**acting**
  71:11
**action**
  107:19,20
**add**
  61:11 100:11
**addition**
  90:13
**additional**
  56:8,13,25
  57:4 61:12
  92:12
**Additionally**
  75:2
**addressed**
  15:12
**advance**
  55:3
**advised**
  21:17
**affected**
  63:13
**age**
  22:7 28:15,
  17,21 71:25

72:4,7,8,9
  74:8,22
  76:14 77:5
  86:4 94:14
  102:14
**ageing**
  75:2
**agencies**
  11:20 12:13,
  17
**agency**
  10:14 13:9,
  12,14,15,22
  20:7 21:7
**ages**
  86:19
**aging**
  75:15
**ago**
  26:23 28:11
  29:22 99:3
**agree**
  33:18 34:2
  45:16 50:7
  66:11
**agreeing**
  34:4
**agreement**
  23:10
**ahead**
  16:11
**ailments**
  89:5,7 90:22
**Akin**
  95:1
**allowed**
  41:9,10
  42:20 53:11
**alright**
  34:20 93:16
**altogether**
  14:13
**Amex**
  57:6,17
  59:7,17
**Amir**
  28:5,8,9

**amount**
  36:10 37:18
  40:4,8,12
  44:15 103:5,
  15
**amounts**
  21:14
**Amy**
  26:18 95:1
  106:23
**analysis**
  56:9
**announced**
  101:3
**answer**
  5:24 6:2,3,9
  7:17,21 8:5
  27:21 33:25
  83:12,14
  94:17 104:11
**answered**
  15:2 43:18
  96:1,5
**Answering**
  59:17
**anti-
discriminatio
n**
  74:12 81:11
  82:11,20
**antidiscrimin
ation**
  82:16
**anxiety**
  92:21
**anybody**
  24:3 26:7,13
  62:1 71:4
  72:22 73:16
  94:22 95:9,
  13 97:12,21
**anymore**
  70:15 100:16
**anyone**
  8:7 22:16,19
  26:3,9 47:7,
  11 48:17

Charlie Cruz
November 30, 2021                                              3

50:12,14
60:5 71:20
73:4,20,24
74:2,6,10,19
**apologize**
85:5
**apologized**
79:16 80:10
**appears**
20:5 96:22
98:13
**application**
21:9 39:13,
15,20,23
40:5,9,13
41:23
**applications**
11:10 35:3
39:3,8
40:18,22
57:2
**applied**
10:2,6 11:24
12:2,25 13:5
32:6 87:15
**apply**
10:8 11:2,
12,17 12:12,
16,20,22
20:15,18,21,
24 21:20,23
32:7,9 38:13
49:21
**applying**
13:21,22
**appointment**
92:11,13
**approved**
102:25
**area**
61:21
**arised**
38:19
**around**
9:25 36:23
37:1 39:5
51:15 68:6

82:15
**articles**
52:15
**asked**
6:11 7:12
23:15 50:12
52:6 57:4
58:14 60:25
61:17 63:20
65:6,7,9
70:16 77:19
78:2 80:5,7
94:1 96:15
100:18,20
**asking**
5:23 34:4
41:22 60:12
61:10 89:14
93:16 94:2,5
**aspect**
44:6
**aspects**
43:6 44:18
**assigned**
59:18
**assignment**
13:10 39:24
57:23
**assistant**
34:22
**assuming**
99:12
**attend**
81:10
**attended**
82:8,14
**attending**
81:17
**attention**
33:8,11
35:14 62:25
63:10 64:9,
10 75:1
100:25
**attitude**
77:19,20
78:2

**attorney**
8:25 12:7,10
19:12 20:4
30:7 107:18
**attorney's**
27:25
**attorneys**
27:24 37:19
39:14 96:21
107:19
**audible**
75:12,15
**August**
81:18 82:15
**average**
42:9
**award**
39:14
**aware**
44:24 94:25
95:9,13

_____

                    **B**
_____

**B-U-B-R-O-P-
I-O-N**
16:12
**back**
9:21 12:19,
21 24:2
37:1,8 39:18
46:5,22
65:16 67:3,
19 75:13,17
76:6 81:7
87:7 93:25
98:3 100:11
104:11
**backround**
89:13
**Badio**
27:14,17,23
**bag**
24:9
**barking**
8:23

**based**
93:22 95:11,
15,20
**basically**
30:23 65:9,
24 78:25
**bates**
30:7 53:20
96:21 98:8
**bathroom**
67:12 69:8
**began**
20:19
**beginning**
20:17 38:6
47:21 51:1,
24 87:8
**behalf**
5:7 38:10
**behind**
49:2 66:25
68:8 72:12
75:19,21
86:20
**believe**
17:1 18:12
19:1,5 24:7
25:9 30:18
70:4 72:16
83:23 84:15
94:12 99:15
102:13 104:4
**benefit**
21:7
**benefits**
20:16,18,24
21:11,17,19,
24 87:16
**Berger**
5:8
**Berger's**
95:4
**Bernini**
46:6 106:23
**Bernstein**
5:8 9:9,11,
23 12:9,14

Charlie Cruz
November 30, 2021
4

13:6 15:22
22:5 29:20
31:2
**besides**
8:16 16:16
17:17 44:21
61:10,17
71:16 74:23
89:15
**best**
5:25 30:14
33:5,6 77:23
78:1 83:2
**better**
52:22 54:10
**big**
63:4,6,12
79:14,18,21
**bill**
37:16 48:13
49:25 50:9
62:18
**bills**
10:24 37:13,
23 43:12,16,
21 44:1,2
62:22
**bit**
33:10 38:7
54:9
**bitch**
24:13
**Blazer**
10:15 11:2
**BLBG**
96:21
**BLBG2020**
99:6
**BLBG417**
53:21
**BLBMG**
33:12 34:10
**Blessings**
22:18 23:7,
12 24:1
25:20,22,23
51:8,12,19

**Bordello**
73:9,10
**Borderick**
26:18 106:22
**Bordoni**
26:18 106:23
**boss**
60:14
**box**
7:7
**break**
7:21,22 8:24
46:21 87:2,6
98:1
**breaking**
75:10 85:4,9
**bring**
51:2 53:1
54:22 84:20
**bringing**
51:20 83:21
**broke**
40:10 96:14
103:14
**brought**
62:25 63:9
**buffer**
78:7 84:21
**Buproyan**
16:18
**busy**
50:8

————————

C

————————

**calendar**
11:3,13,16,
18
**call**
13:7 15:15,
16 16:18
19:10 23:9
54:17 71:17,
20
**called**
47:5 76:23

77:18 85:2
**calling**
12:19 72:10
95:10,14
**capitalize**
33:14 34:11
**capped**
103:1
**card**
37:18,19
**care**
14:18,21
18:20,23
88:15 89:23
**Career**
10:15 11:2
**Carmen**
26:18 106:22
**Carol**
76:20
**cartoons**
73:17
**case**
34:6 40:7,15
41:10,22,24
42:20 88:24
93:13,18
100:10
**cases**
40:3,15
103:11,17,
19,20
**cash**
50:1,10
**caused**
57:25 89:25
**certify**
107:7,13,17
**Chan**
28:6
**change**
36:15 40:18
42:23 44:7,
11,25 103:5
**changes**
78:24

**charge**
41:24
**charges**
37:18,19
39:11 40:1
42:16 57:6
100:11,12
**charging**
41:24
**Charlie**
5:1 27:18
55:8,11 56:6
60:17 61:10
94:18 105:15
107:8
**chat**
7:7
**check**
63:11 100:8
**checking**
105:2
**checks**
36:3,4 37:25
38:2,5,10
43:17 44:9
56:9 59:24
61:3 62:24
63:8,9,10
**chose**
84:3
**circumstance**
5:17
**city**
20:7
**claim**
93:17
**claims**
88:23 93:21
**clear**
62:18 103:24
**clerk**
30:20,24,25
31:4,11,16
**click**
42:15
**close**
29:22 78:15

Charlie Cruz
November 30, 2021                                                5

closest
  68:11
co-worker
  48:19
co-workers
  71:5
colleague
  76:24
colleagues
  66:16 70:9
  76:13 77:1
color
  69:11,12,14
Combined
  94:16
come
  38:9 56:6
  57:13 60:17
  61:12 78:3
comment
  98:19
comments
  56:5 71:23
  74:3,7 79:17
communicate
  61:16
communicating
  61:9
companies
  11:10 12:2,
  13
company
  13:17 14:2
compared
  39:20
complained
  89:4
complaint
  8:15,17
  32:22,25
  33:4 34:9
  41:2 43:6
  45:10 62:13
  64:8 66:6
  74:25 76:12
  77:12 79:13
  80:6,8,17

83:19 84:8,
16 100:24
101:1 103:23
106:10
complaints
  53:11
completely
  70:10
computer
  47:4 67:4,
  18,23,24
  68:6 69:7,9
  75:25 96:5,8
  105:9
computerized
  36:18 37:5
concern
  79:2,7
concerned
  58:6 84:19
  90:20
conclude
  95:25
condition
  17:17 18:13
conditions
  17:8 41:12
  90:17 93:19,
  22
conducting
  7:2
conference
  7:3 8:20
  18:4,7 23:22
  54:17 81:20
  82:19
confirm
  39:10
conflict
  58:1,3
connection
  27:10
consider
  20:12
considered
  69:21 70:1

contact
  37:14 71:1
contacted
  28:9,12
contacting
  92:20
continue
  79:23,24
  85:23,24
  86:2
continues
  99:6
continuing
  64:15
continuous
  19:17,21
controller
  32:17 47:9
  101:2
controllers
  34:21
conversation
  23:20 25:19
  27:23 57:13
  72:12 83:22
  84:7,25
  90:12,18
  101:23
conversations
  55:13 88:19,
  22
convert
  49:25
converting
  50:9
copy
  54:4 97:15,
  20
cordial
  96:17
corner
  68:7
correct
  25:5 28:1
  29:13 31:20
  35:17 46:8
  49:5 54:4

55:4 57:4
72:14 88:14
95:21 99:11
107:11
corrected
  100:14
correspondenc
e
  20:6
counsel
  27:17,20
  107:18
County
  107:3,6
couple
  65:6 69:25
  94:16 98:4
  100:23 103:2
course
  90:14
court
  6:3,14,20
  39:13 74:16
  104:10
cover
  90:17
COVID
  10:11 21:4
COVID-19
  20:19
create
  41:4,8,11,
  15,19 42:5,
  10,11
created
  42:7 56:21
creating
  35:3 41:25
  42:23,25
Cruz
  5:1,6 19:12
  20:1 29:11
  30:5 33:2,12
  34:10 45:10
  46:24 53:22
  62:11 64:16,
  17,19 66:8

75:2,4,12
84:23 85:5,
13 86:3 87:8
93:6 94:5
96:20 98:13
99:11 103:24
105:15 106:3
107:8
**Cruz's**
33:14 34:12
76:13 101:4,
12 104:1
**cubicle**
47:2,3,4
68:15 69:1
**cut**
23:17 79:19
90:16 102:22
**cutting**
56:8

———————————————

**D**

———————————————

**damage**
88:24
**damages**
93:18
**data**
45:4
**date**
36:20 42:17
63:11 67:7
**dated**
19:14 20:22
30:4 32:25
53:18 98:12
99:9
**dates**
36:22 63:9,
11 80:22
**day**
16:20,21,22,
23 43:20
61:11 87:8
107:8,22
**days**
40:14 44:3

64:19
**deal**
15:23 63:4,
6,12 79:14,
21
**dealing**
11:19 14:7
38:16,24
44:24
**dealt**
22:7
**Decarlo**
95:3,6
106:24
**December**
51:25 52:1,4
54:2 56:22,
23,24 57:16
**decision**
25:10
**dedicated**
46:25
**defendant**
5:7 19:10,14
30:3 32:25
53:17 98:9,
11 99:8
106:7
**defendants**
29:25 59:3
61:5 99:4
100:3
**delegate**
55:10,21
**departing**
64:14
**department**
25:8 31:13,
19,23 32:16
33:13 34:11
39:10 41:7
42:19 45:1,
13 46:3
52:23 62:7
65:3 66:2
76:22,25
77:2,21

**departments**
51:22 86:20
**departure**
27:10,14
**depend**
39:25 103:11
**depended**
42:12
**depending**
36:7 38:18
40:6,14
41:6,9,22
44:1 103:18
**depends**
38:18 43:21
103:18
**deposition**
5:20,22 7:3,
16
**depressed**
9:20 19:7
**depression**
14:7,9,15,
19,22 15:23
17:11,17
19:2 21:1,3,
8 87:10,16,
19 88:1,5
89:10,15,19,
25
**Derrick**
26:21 27:9
28:20 46:12,
18 103:25
106:21
**describe**
70:19 96:15
**described**
17:10 95:19
96:8
**describes**
34:21
**describing**
70:7
**description**
35:7,10
99:22 100:4

106:7,16
**desk**
24:2 48:25
49:1,2,4,7,
10,20 67:25
68:3,9,13
69:6 101:18,
24 105:9
**develop**
52:22
**Devilla**
28:24 98:14,
20 99:1
106:20
**diagnose**
92:25
**diagnosed**
87:19 89:15,
18
**diagnosis**
17:7
**difference**
6:15
**different**
31:13 44:13
84:24 105:1,
4
**differently**
44:10 72:4,
23 73:5
94:13
**direct**
64:18
**directed**
91:2
**direction**
67:20 68:3
76:2
**directly**
13:13 24:20
61:18 67:24,
25
**director**
78:17,22
**directory**
97:16,21

Charlie Cruz
November 30, 2021

7

**dirty**
24:9,17
**disability**
87:15
**disagree**
37:17
**disagreement**
101:20
102:4,12
**disbursements**
39:16
**discovery**
96:21
**discrepancies**
37:13,21
62:21
**discrepancy**
42:18 62:18
**discriminated**
77:22 84:12
**discrimination**
22:7 28:15,
18,21 82:23
83:11,16,19
84:9,17
**discussing**
93:19
**discussion**
87:4
**discussions**
25:12,16,21
**disdain**
66:8,14,19
67:2 69:22
74:11
**disgust**
70:5,7,12,
20,21
**disparaging**
75:3
**dispute**
37:18
**dissecting**
24:21
**distribute**
37:3

**distributing**
35:2,22,24
**divider**
68:19
**dividers**
68:17
**doctor**
15:2,3,16,
19,22 87:21,
23 88:4
90:19
**doctors**
88:6
**document**
19:9,14 20:6
29:24 30:3,
5,6 32:21
33:2 53:15,
20,22 59:7
61:5 96:18,
20 98:8
99:9,13,14
106:8,9,13
**documents**
7:5,9 8:11,
13,14 12:4,8
19:11 20:3
81:4 98:5
**dog**
8:22
**doing**
8:19 24:17,
21 29:9
36:12 37:24
38:1,5 40:22
44:9 49:10
50:10 53:10
55:16 56:9
57:2,5 58:1
61:4,8 67:14
70:22 83:24
85:21,23,24
86:2 101:20
**dosage**
16:24 17:2,5
91:21
**doses**
91:21

**draw**
33:7 64:10
74:25
**Drawing**
33:11 100:25
**drop**
41:17
**dropped**
79:16
**duly**
5:1 107:14
**duties**
31:9 35:8
59:6 99:9,19
106:13

─────────────

**E**

─────────────

**e-mail**
25:1 54:1
56:21 98:8,
11,13,16,21
106:12
**e-mails**
81:4
**earlier**
9:19 30:17
36:24,25
68:14 88:8
94:1,5 95:19
**easier**
33:10
**education**
29:10
**educational**
29:14,16
**Edward**
47:22 98:21
102:7,9
**efficient**
61:9
**effort**
50:18 61:16
**efforts**
12:5 14:2
**either**
8:20,22

50:11 89:4,
23
**Eleanor**
26:21 28:20
46:6,12
62:23 77:3
106:21
**Ellen**
27:9
**emotional**
88:23 93:18,
21
**employed**
9:5 26:14,17
**employee**
46:5 61:7
79:8 80:10
95:14 104:24
**employees**
36:10 46:2
76:16 97:2,
13
**employment**
11:9 14:3
99:17
**end**
21:18 47:25
99:23
**ends**
21:24
**enroll**
29:16
**enter**
44:16 57:17
100:10
**entered**
44:10,12
100:13
**entering**
56:8 57:6
59:7
**entire**
64:19
**entries**
39:15 43:9,
10,11,14
44:7

**Eva**
26:18 106:22
**evaluation**
53:17,25
54:6 106:11
**everybody**
86:8,9
**exact**
36:10 77:25
**exactly**
36:9 41:19
42:12 43:1
45:19 67:7
77:24
**exam**
17:24
**examination**
5:3 106:2
107:7,11
**excel**
47:5,8,12,15
48:1,4,7,11,
13,15,24
49:8,13,16,
24 50:1,3,
10,12,15,18,
21 51:2,5,
10,22 52:10,
13,16,24,25
53:6,8
54:21,25
55:9,11,22
63:24 64:2,
5,6,7 65:7,8
**exchange**
98:12,14
106:12
**exhibit**
19:10 21:15
29:25 30:3,
19 32:23,25
53:17 59:3
61:6 98:11
99:8
**expenses**
39:14,16
57:18

**experts**
59:7
**explain**
63:12 70:22
98:23
**explained**
45:18 57:6
**express**
73:24 74:10
89:24
**expressed**
77:20 87:9
**expression**
70:11,17,19,
20 71:7 96:3
**expressions**
96:7
**extra**
92:22
**eye**
70:25

---

### F

**face**
70:7,13
87:22 90:7,
9,13
**facial**
70:11,18
71:7 96:2,7
**facing**
75:16
**factor**
86:5
**fall**
46:8 92:6
**far**
68:10 69:25
74:15,18
88:21 93:18
95:7,8
102:16
**fatigue**
89:9 90:21
**February**
20:21 36:21

**federal**
42:19
**fee**
35:3 39:3,7,
13,20,23
40:5,9,13,
18,22 41:22
57:2
**feel**
53:3 73:25
74:3,7,20
**feeling**
87:10
**feels**
28:14
**fees**
39:14
**Felicia**
46:6 106:23
**felt**
24:20 71:11
73:15 77:10,
21,22 84:18
**figured**
90:3
**file**
39:21 79:13
80:6,7,17
**filed**
97:4
**finance**
31:13,19,23
32:15 33:13
34:11 45:12
46:3 52:23
77:2
**financially**
107:20
**find**
12:5 21:3
90:16
**findings**
81:8
**fine**
19:25 54:22
**finish**
6:2

**fired**
77:19
**firm**
23:23 24:24
25:13 26:4,
7,10,14,17,
22 27:2,11,
15 28:7,14
29:1 31:10,
15,25 35:4,
12,16 37:2,
12 38:10,15
39:12 40:19
41:4 42:22
44:8,19
46:7,13,17,
25 47:7,18
50:17 51:1,
20 59:18
64:15 71:20
72:22 73:2,
4,16,20,24
74:2,6,10,19
78:14 79:21
81:21 82:22
83:10,15
84:3 87:21
89:6,12,16
90:23 94:12,
23 95:6,10,
13,15 97:2,
6,13,21
101:3
102:10,14,19
103:16
104:25
**firm's**
74:12 82:10
97:15
**firms**
83:18
**first**
6:16 15:24
20:16 21:15
28:23 29:19
31:1,14,15
39:5 45:18
54:11,19

Charlie Cruz
November 30, 2021

9

62:2 64:3,25
65:4,15 79:1
81:11 87:18
88:2 98:7
99:23 100:10
**Fitzberger**
15:5,9,12,
13,21,25
16:4,8,15
17:4,7,12,
16,21 18:1,
9,14 88:13
89:2,5 90:10
92:1,5,8,13,
20,23,25
106:20
**fix**
37:21
**flag**
42:18 69:10,
11,12
**flow**
45:1
**focusing**
35:14 38:14
39:5 94:2
**follows**
5:2
**food**
20:14
**foregoing**
107:7,10
**forgot**
95:4
**form**
58:11
**formal**
30:18
**forward**
52:25
**Foster**
104:19,20
105:6
**found**
32:10 71:18,
21 73:17,19,
21

**Freeman**
14:23,25
**frequency**
91:22
**frequently**
28:3 61:10
**Friedman**
15:1,2
**friend**
24:8 28:4
50:23
**friendly**
96:17
**friends**
26:24 50:20,
22
**front**
67:20,21,25
68:9,12
**froze**
95:22
**fuck**
24:13
**function**
37:5
**functions**
43:4
**fund**
59:8
**funny**
66:22 69:2,7
**future**
21:18

---

**G**

---

**gave**
7:17 12:10
47:20 82:3
97:20 100:9
**gay**
65:11 71:3,
8,9,15 94:23
95:14
**general**
62:8 79:23

**generated**
41:18
**gestures**
6:19
**getting**
43:13,15,16
61:22 66:21,
24 72:11,14
**give**
8:8 10:4
17:7 23:15
37:15 56:4
57:10 66:20
**given**
36:6 37:6
38:16 39:23
43:19 60:10,
12
**goes**
46:5 102:4
**going**
5:14 6:8 8:8
10:24 19:8,
24 20:2
29:23 32:21
41:11 42:20
51:2 52:6
53:1 54:8
60:12 65:23
77:21 78:6
85:20 90:14
93:25 96:18
98:21,22
99:25 100:1
104:9
**good**
5:5 8:25
61:22,25
62:3,5,8,9
77:10 78:7
**grabbed**
24:9
**gradually**
35:9
**graduate**
29:13
**graduated**

29:12
**gray**
66:21,24
75:3,4
**great**
53:10
**green**
69:16
**grew**
35:9
**Grossman**
5:8 102:7,9
**group**
28:23 62:9
**guess**
62:10
**guys**
65:25

---

**H**

---

**hair**
66:21,24
75:3,4
**half**
18:10
**hand**
36:6 107:22
**handing**
36:1,2,3
**happen**
31:22 67:6,8
**happened**
23:6 63:7
65:22 67:9,
11 69:1,3
77:16 94:11
**happening**
8:24
**happy**
52:25 58:2,8
**harassment**
81:12
**hard**
6:14,20

Charlie Cruz
November 30, 2021
10

head
  6:19
headaches
  89:8
health
  7:4 14:18,21
  18:20,23
  89:23
hear
  40:10 85:10
heard
  12:20 42:13
  98:24
height
  68:23
held
  87:4
help
  20:12 50:2,
  7,22 51:3,10
  58:21 93:9
helped
  45:17
hereunto
  107:21
high
  29:12,14,17
  68:20
highest
  29:10
hinder
  14:12
hinders
  14:11
hire
  78:6
hired
  24:25 46:2
  62:4,6
  78:16,18
hires
  45:12
Hold
  85:8
holding
  66:3

homophobic
  22:8 70:1
  73:11 78:4,
  10 84:19
  95:20,25
Honestly
  82:12 99:2
hour
  18:10,11
  37:4 43:22
  48:12
hours
  38:24 43:24
  44:1 103:3
house
  78:3
HR
  32:4 78:25
  83:21 84:2
human
  25:23 51:9
  78:17,22
  83:21

───────────

**I**

───────────

Identificatio
n
  19:13 30:2
  32:24 53:16
  98:10 99:7
idle
  56:7 60:18,
  24
ignore
  61:24 66:15
  73:1
ignored
  61:23 70:10
  84:19
ignores
  78:5
ignoring
  69:24 72:6
  73:12
illnesses
  89:12

images
  73:17
impart
  64:11
impression
  95:21
improve
  61:20
incident
  67:3
included
  35:22
income
  21:2
incomplete
  7:18
incorrect
  7:17
increased
  17:5
individual
  22:8 79:15
individuals
  36:1 46:16
  77:5
information
  42:5 43:13
  53:6
initially
  65:1
injuries
  93:21
input
  43:8,10 44:5
inputting
  43:8 105:3
insomniac
  91:9,11
Instructed
  85:23
instructions
  52:10 85:20
insult
  95:15
insurance
  90:15,16,17

interested
  101:11
  107:20
interfere
  8:1
Interject
  86:25
interpret
  6:21
interrogatory
  15:7
interrupting
  19:25
interruption
  9:2
interview
  13:7,11,12,
  17
interviewed
  13:12,13,16
invoice
  36:7 63:11
invoices
  39:21 56:8
  59:5,19
involuntarily
  101:13
involve
  35:23 37:11
involved
  25:10 45:4
issue
  25:25 38:18
issuing
  38:10

───────────

**J**

───────────

January
  36:21
Jeannie
  32:2,10,14
  47:14,22,23,
  24 51:19
  68:9 69:7
  77:13 80:13
  82:7 83:22

Charlie Cruz
November 30, 2021
11

84:2,5,8,15,
24 85:6,13,
19 101:23,24
102:16
106:21
**Jeffrey**
14:23 15:5,
9,12
**job**
9:8,15,24
10:3,6,13
11:17 12:2,
5,9,12,20,24
13:3,6,23
14:6 21:3
24:23 25:6,7
30:18 31:1,
8,9,14,15,23
32:7,9 35:8
42:15 43:6
44:18 45:3
52:21 53:5,
10 79:22
84:20 99:8,
19,22 100:4,
5,10 104:7,
15,20 106:13
**jobs**
9:12 10:8
11:3,12 14:1
35:10
**John**
5:6 19:17
50:23 85:8
106:22
**jokes**
73:21
**journals**
59:9
**July**
9:10 10:3
13:23 14:3
20:22 22:1,2
89:19 91:14

---

**K**

---

**Kahn**
28:9
**Karen**
104:19,20
**Katherine**
51:19 52:5
**Kathleen**
22:18 23:7,
11 24:1
25:20,21
51:8,12
106:20
**keep**
12:4 85:21
99:25 100:1
**Keil**
5:4,5,6,22
6:7,19 7:2,
11,15,20
19:8,18
29:23 53:19
87:3 97:23
98:4 99:4
104:9 105:10
106:3
**kept**
72:10
**kids**
65:10,11
**kind**
9:20 41:6
90:3
**Kings**
107:3,6
**Klein**
26:19 106:23
**knew**
71:9
**know**
7:9,13,18
20:8 25:2,11
27:3 28:24
32:5,11
45:19,20

46:15 49:12
53:24 54:17
55:9,19,22
58:6,9,15,
20,21 59:15,
19,21 60:1,
15 62:19
64:7 65:7,8,
25 67:22
70:22,24
71:10 72:8
76:4,15
77:7,24
78:13 81:13
82:3 83:12,
15,18 84:16
85:14,17
86:10,15,19
88:20,23
90:6,19
94:22 95:3,
7,8 97:5
99:24 102:9,
16 103:1,3
105:6
**knowledge**
30:14 82:22
88:20 97:7
**known**
84:4
**Krasniqi**
48:20,22
49:7 58:11
**Krasniqi's**
49:4

---

**L**

---

**lack**
74:11
**language**
62:13
**large**
40:7 69:17
81:20 97:1
**laughing**
67:4,15 69:5

**lawsuit**
97:4
**learn**
47:8,11,14,
25 48:3,7
51:10 52:24
53:8 54:21,
24 55:11
**learning**
51:5 52:25
104:7,15,16
**leave**
102:6
**leaving**
12:13 13:6
101:3 102:13
**led**
95:24
**left**
12:9 15:22
23:7,12,19
24:10 26:6,
14 30:13
35:15 41:11
49:20 87:21
89:6,12,16
90:23 100:2,
7 102:9
**lesbian**
94:23 95:14
**level**
29:10
**life**
9:21 32:12
89:21
**limit**
55:11
**limited**
55:9,20
**lines**
87:13
**listed**
11:4 12:18,
19 43:5
**litigation**
59:8,17

Charlie Cruz
November 30, 2021                                                  12

Litowitz
  5:8 9:9,12,
  23 12:9,14
  13:6 22:5
  29:20 31:2
little
  33:10 38:7
  44:17 54:9
live
  21:2
LLP
  5:9
Lombardi
  50:23 51:5
  106:22
long
  14:15 15:20
  18:8 19:1
  26:23 37:2
  39:24 42:9
  44:5 46:15
  58:2 78:13
  82:20 83:7
  99:3
longer
  26:14 27:3
  40:4 44:17
look
  9:12 13:23
  15:3,14 16:9
  31:24 52:9,
  12,15 53:14
  64:8 66:22
  70:6,21
  74:25 76:8
  81:5 97:24
  99:20 103:22
looked
  8:17 14:1
  65:13 69:4
  70:5,13,25
  76:6,9 90:9
looking
  9:14,24,25
  15:7 32:10
  41:12 45:4,9
  52:25 67:15
  70:21 75:4,

  23 76:1,5,7
  90:13
looks
  54:1 56:21
  66:20 73:14
  99:18
lose
  79:22
losing
  84:20
lost
  8:21
lot
  11:20 43:7
  44:1 58:18
  89:9,10
  90:22
loud
  6:3
lower
  17:5
Lubeman
  15:3
Lugo
  15:17 18:17
  87:21,24,25
  88:5,10,11,
  12,15,19,22
  89:5 90:9
  95:1 106:19
Luka
  48:19 57:7,
  22 58:6,11,
  24 59:18
  65:24 86:10,
  11 100:9
Luka's
  68:18
lunch
  87:2

_____

      M

_____

made
  21:8 39:14
  62:17 71:14,
  24 72:3,6

  73:25 74:3,
  7,20 93:17
magnify
  20:2 33:9
  54:9
mail
  38:13
mailroom
  31:4,11,12,
  16,23 32:12
make
  14:2 42:13,
  16 43:14
  50:18 52:22
  61:16 71:23
  74:2,6
  79:12,14,20
  94:7 95:18
makes
  70:19 98:20
making
  44:6 75:3
  78:3 84:8,16
management
  41:4 59:8
  81:15
managements
  35:4
manager
  24:25 25:4
manually
  45:5
March
  36:21
Maria
  28:24 98:14
  106:20
Marie
  46:6 106:23
mark
  19:21 32:23
marked
  19:13,16,18
  30:2 32:24
  53:16 98:10
  99:7

married
  65:10
match
  59:9
matter
  32:22 33:4
  41:16 94:13
  98:25
Max
  95:4 101:20
  102:11
Max's
  102:4
mean
  5:13 24:17
  27:5 31:5
  34:5 35:25
  39:12 54:15
  62:14 63:5,
  15 64:4
  70:12 78:24
  79:19 89:13
meaning
  6:16
means
  34:14,17
mediation
  59:8
medical
  15:19 17:24
  18:13 87:21
  89:13 93:19,
  22
medication
  7:25 16:5,9,
  14,16,18
  17:15,19
  91:3
meeting
  55:3 63:21
  65:1,2,4,15,
  19,22 77:13,
  14,16 78:23
  82:8,17 83:8
  93:1
meetings
  66:2,4

Charlie Cruz
November 30, 2021                                                    13

| | | | |
|---|---|---|---|
| **memory** | **Monster.com.** | **Natalia** | **notice** |
| 76:22 77:23 | 11:6 | 23:17,18 | 6:21 |
| **mentioned** | **month** | 24:5,13 | **noticed** |
| 26:3 86:3 | 10:17 13:10 | 38:3,4 46:6, | 72:25 73:3 |
| 88:8 91:25 | 16:2 17:23 | 7 48:6,10 | **November** |
| **menu** | 32:14 92:3, | 58:10,20 | 19:14 30:4 |
| 41:17 | 4,18 93:3,8 | 59:24 60:25 | 33:1 53:18 |
| **message** | **monthly** | 62:4,6 65:24 | 98:12 99:9 |
| 96:23 | 66:1,3 | 66:25 68:18 | 107:9,22 |
| **messages** | **months** | 69:5 72:12 | **number** |
| 97:3,5,13 | 9:16,18,22 | 74:18 78:6 | 30:7 86:22 |
| **met** | 23:1 28:11 | 96:13,16 | 96:21 97:2, |
| 64:17,23,25 | 62:2 64:15 | 99:16 | 8,10 98:9 |
| **Microsoft** | 87:20 | **nausea** | **numbers** |
| 47:5,8 48:1, | **Moritz** | 89:8,9 | 20:4 53:20 |
| 4,7,11 49:13 | 25:17 | **necessarily** | 97:17 |
| **mid** | **morning** | 77:25 | |
| 103:25 | 5:5 56:22 | **need** | |
| **middle** | 61:22 62:1, | 6:8,23 7:4, | **O** |
| 8:21 35:16 | 3,5,8,9 | 20 8:24 | |
| 36:12 38:15 | **mortgage** | 45:20 58:24 | **O'DONNELL** |
| 39:6 55:7,8 | 57:6 | 81:4 90:15, | 24:14,16 |
| 98:20 | **motivating** | 16 92:10 | 25:9 38:4 |
| **Mika** | 86:5 | 93:8 102:18 | 46:7 48:6, |
| 46:6 106:24 | **moved** | **needed** | 10,14,23 |
| **milligrams** | 53:11 | 21:1,4 91:18 | 49:8,15,22 |
| 17:1 | **movements** | 103:3 | 50:2,11,15 |
| **mind** | 6:20 | **never** | 58:10,22 |
| 16:10 | **multi-page** | 12:20 24:20 | 59:12 60:2 |
| **mindful** | 20:6 99:5 | 45:7 56:2 | 67:14 74:19 |
| 27:18 | | 57:3,11 59:1 | 96:13,16 |
| **minute** | | 64:6 89:21, | 99:16 103:24 |
| 98:1 | **N** | 22 97:20 | 104:5,14 |
| **minutes** | | 99:14 | 105:7 |
| 42:12,14 | **name** | **nice** | **O'Donnell's** |
| **missed** | 5:6 10:15 | 78:4 | 24:23 49:5 |
| 94:8 | 14:25 32:20 | **night** | 100:5 |
| **mistake** | 71:21 76:19, | 93:10,11,15 | **oath** |
| 62:24 63:9 | 21 | **normal** | 5:25 |
| **mockery** | **named** | 91:3 | **objection** |
| 74:11 | 46:16 48:19 | **Notary** | 19:22 27:16 |
| **moment** | **names** | 105:21 107:5 | 33:24 |
| 38:14 87:1, | 12:1 14:21 | **noted** | **obligation** |
| 24 | 15:2 76:18 | 105:12 | 5:24 |
| **Monster.com** | 106:19 | **notes** | **obtain** |
| 13:21 | **nasty** | 49:17,19 | 14:3 |
| | 66:20 | 97:24 107:12 | **obviously** |
| | | | 66:7 |

Charlie Cruz
November 30, 2021

14

occasion
  63:14,16
  75:5,9,16
  79:11 80:4,
  12 92:19
occasions
  49:16 63:16
occurred
  80:23
offend
  57:14 58:6
offensive
  71:18,21
  73:18,19,22
offer
  10:16,21
  11:1 32:8
offered
  10:10,13
  13:9 31:25
  32:1,13
  33:12 34:10,
  18 51:3
offhand
  25:3 81:14
office
  16:2 31:3
  47:2 59:1
  63:2 69:6
  81:25
okay
  7:23 9:3
  31:8 33:7
  34:20 46:20
  54:8 57:20
  64:22 65:13
  76:4 79:17
  93:24 94:9,
  20 96:11
  97:1,8,20
  99:4 100:7
  101:8 104:24
older
  86:13
once
  16:21,22,23
  17:22 58:1

63:7 92:3,4,
16 98:23
100:13
one
  7:8 11:1
  16:12 19:10
  21:15 25:24
  30:3,6,7
  37:9 40:2
  45:4 51:6
  58:14 59:17
  61:7 65:1
  67:25 69:17
  74:23 75:8
  79:4 86:4
  91:9 98:8,11
  105:2,3
  106:9,12
ones
  12:19 97:3
online
  11:4 12:18
  52:9
opened
  10:12
openings
  11:21,23
openly
  66:7 75:14
opinion
  87:9 89:24
  90:1
opportunity
  61:11
opposite
  67:20
orange
  69:15
order
  6:7 33:13
  34:11 69:17
  107:9
orientation
  72:24 73:6
  74:4,21
  94:14 95:11,
  16

outage
  8:23
overlapped
  100:5
overtime
  57:8,25
  102:18,21,
  22,23 103:1

—————————

P

—————————

p.m.
  87:6,7 98:2,
  3 105:12
P.s
  98:20
page
  21:15 30:3,6
  53:19 55:7
  76:11 98:8,
  11,20 106:2,
  7,9,16
pages
  20:1
paid
  37:16,17
  43:17,21
  44:2
pandemic
  20:19
paper
  43:14 55:12,
  17
papers
  54:15,16
paragraph
  33:11 34:9,
  20,21 37:8
  41:3 43:5
  45:9 64:11,
  12 66:6 75:1
  76:12 77:4,
  12 100:25
  101:8,9
  103:22
paragraphs
  33:8

part
  44:13 45:3,
  10,22 52:21
  93:18 94:7
  99:23
participating
  82:1
particular
  13:3
parties
  107:18
partners
  25:13
paste
  54:5
Patrick
  95:3 106:24
Paul
  76:20
pay
  10:24 20:12
  21:4 36:2,4,
  5 38:10
payable
  25:4
paychecks
  36:5
paying
  37:22
payroll
  35:2,22,24
  36:6 37:3
  44:20,21
  104:22
Pedro
  76:23,24
pen
  55:11,17
people
  26:2 32:5
  46:17 50:17
  51:21 70:13
  73:2 76:23
  81:25 86:6,
  17,19,22
perform
  59:5 104:1

Charlie Cruz
November 30, 2021                                    15

performance
  26:1 54:5,12
performers
  77:6,8,10
period
  35:15 36:6
  64:13,24
permanent
  10:25
person
  18:4,7 32:18
  78:25 79:23
  84:6 95:10
personal
  22:13 23:1
  97:17
petty
  50:1,10
phone
  15:14 18:4
  28:2 97:8,
  10,17
phonetic
  106:19
phrase
  30:21
physical
  89:5,7 90:22
physically
  36:2
physician
  88:16
pictures
  73:17
pieces
  43:14
pill
  93:15
pills
  88:9 91:5,8,
  19,22,23
  93:4,8
pinch
  59:5
place
  13:18 18:3
  23:20 37:6

79:3
places
  10:2 13:5
Plaintiff
  5:1
plaintiff's
  53:15
plaintiffs
  20:4,5 30:7
plan
  87:1
Please
  6:1,3
pocket
  39:16
point
  21:18 53:5
  68:11 99:17,
  19
pointing
  67:4,22
  68:2,4
policy
  74:12 81:11
  82:11,23
  83:3,15
political
  73:25
portions
  54:5
position
  10:18 31:25
  32:1,13
  33:13 34:10,
  18 35:1
  83:10
positions
  10:11 11:23
  13:21
post
  7:5 29:23
posting
  11:8 13:20
power
  8:23
practicing
  28:15

Pravini
  47:9,21,22
  101:19 102:5
  106:22
precaution
  7:4
prepare
  8:11 30:11,
  15 58:11
  104:17
prepared
  99:16
prescribed
  16:4,7,13,15
  17:15 88:10
  91:7
prescribes
  88:13
prescribing
  88:12
presence
  27:25
present
  5:19 27:18,
  20,24 48:22
prevent
  14:9,12
prevented
  14:15 87:10
prevents
  14:14 18:13
primarily
  103:16
primary
  88:15
principal
  101:18
Principi
  32:2,8,10
  47:14,24
  77:13,17,24
  78:8,11,13
  79:2,10
  80:4,5,13,16
  82:7 83:23
  84:6,8,15,24
  85:6,14,19

101:23
  106:21
print
  38:12
prior
  59:23,24
  80:3 107:14
private
  58:1
probably
  16:1 54:7
  86:11
problem
  37:19 72:10
  84:3 91:14
problems
  71:4,5 91:13
procedure
  83:18
proceeded
  91:14,16
process
  59:19
processing
  59:24
produce
  59:5
produced
  96:20
program
  41:18 42:2
  45:4,5 47:5
  50:19
programs
  29:14,16
  45:11,21
Prolaw
  42:3,4,6
  43:9 44:7,
  13,14 45:23,
  24 104:25
  105:2,4
promised
  23:16
pronounce
  16:17

Charlie Cruz
November 30, 2021

16

provide
80:19
provided
30:6
provider
18:20,23
providers
14:19,22
89:24
provisionally
19:20
psychiatrist
15:10,18
88:11 90:8
psychologist
14:24 15:10,
11,16,18
public
7:4 105:21
107:5
Puerto
69:10,12
79:9
purple
69:16
pursuant
107:9
pushed
101:5,13
102:2
pushing
102:5
put
7:7 19:8
30:23

Q

quantitative
33:14,21,23
34:3,5,12
query
41:19 42:5
question
6:2,11 7:12,
22 8:22 15:2
17:9 21:6

27:22 31:14
32:6 33:25
34:1,7 40:11
41:14 53:3
61:7,18
65:16 82:13
84:5,7 85:12
93:6 94:15
95:12 100:19
questioned
23:8
questions
5:24,25 8:5
33:9 65:7
93:17,25
105:11
quick
64:9
quicker
40:15
quickly
9:2 20:2
quite
91:1
quote
75:4

R

rainbow
69:13,15,17
ran
20:22
rarely
8:20
Ravel
32:17 34:24
35:15 53:8
64:14 101:2,
4,12 102:2,
6,13 106:21
re-apply
21:21
re-ask
94:15
Re-visit
94:4

read
53:12 64:12
65:16 104:11
ready
45:20 99:24
realized
7:16
reason
6:23 8:4
9:17 14:5
22:5,6 51:11
65:9 71:6
102:2
reasons
25:22 26:4,
21 28:6 29:5
86:4
recall
48:2
receipts
39:21
receive
17:20 47:17
received
11:1 19:11,
19 20:4,7
29:11 55:2
56:20 97:2
receiving
21:11
recognize
97:10 98:16
recollection
84:24
recommended
16:2
reconciliatio
n/analysis
59:6
reconciling
59:7
record
6:4,7,22
37:21 46:22
87:3,5,7
94:7 98:3

recorded
107:9
red
69:15,16
reduction
103:7
Reed
25:16
referral
88:1
referred
88:3 90:10
referring
55:20 72:16
refers
64:13 76:15
reflecting
12:4 20:6
refresh
76:22
refused
62:12,15
63:21 64:16
regard
33:20 39:7
52:21
regarded
66:18
regarding
8:7 12:8
27:14,22
35:4 39:15
41:4
regular
91:3
rejected
10:21
relationship
96:12,16
remarks
75:3
remember
10:7,14
11:6,19 12:1
15:1 16:1
21:10 29:21
32:20 36:9,

Charlie Cruz
November 30, 2021                                      17

20,22 37:20
40:6 47:24
55:5 67:7
70:2 76:19,
21 77:14
81:17,22
82:4,5,6,9,
21 87:12
90:6 98:17,
25 99:2
102:24
103:1,2

**rent**
10:24 20:12
21:5

**repeat**
74:16 94:3,6
95:12

**replace**
24:21

**replaced**
103:25

**replied**
98:24

**report**
41:8,12,15,
17 42:6,7,
10,11,15,18
53:17,25
106:11

**reporter**
6:4,14,21
65:17 74:16
104:10,12

**reports**
35:4 39:9
41:4,6 42:1,
23,25 53:12
63:13 100:8,
10 104:17

**represent**
97:1 99:15

**request**
92:11

**requested**
92:12

**require**
53:5

**required**
42:16 100:11
102:25

**resources**
25:24 51:9
78:17,23
83:21

**respect**
74:11

**respond**
6:11 79:10

**responded**
61:8

**response**
6:4 22:21
57:21 61:6
65:12 78:5
93:5

**responses**
15:8

**responsibilit
ies**
31:12 32:19
35:21

**responsibilit
y**
36:11 53:4

**responsible**
35:2 37:22
45:12

**rest**
32:12

**result**
103:16

**resume**
9:2 11:4,8,
20 12:18
13:3,4,20
30:4,9,10,
12,23 106:9

**reveal**
27:19

**review**
8:11,14 39:7
47:25 51:18,

23 52:2,4
53:10 54:12,
13,18,20
55:2 56:16,
17,19,20
57:14,16
58:7 59:22
60:1,16
62:16,17,20
65:2,20 66:1

**reviewed**
21:19

**reviewing**
35:3 39:3
40:5,9,13,18

**reviews**
47:17,20
53:12

**Rican**
69:10,12

**Ricans**
79:9

**right**
14:7 16:3
20:20 36:23
46:25 49:2
53:8 56:17
60:19 62:19
66:25 68:3,
9,12,15 71:1
72:12 73:3
75:19,21
76:2,9
78:18,23
80:6 81:14
82:15 84:6
86:7 90:11
91:5 92:1
95:7 97:18
101:21 102:4
104:25

**Robert**
22:15,22
23:12 35:11
37:12 38:14
39:6 40:18
42:21 44:8,
19,24 48:3

54:11 57:7
61:23,25
69:4,20
74:18 77:20
85:7,22
95:1,19,24

**Robinson**
19:16,19,23
27:16 33:24
85:8,11
86:25 94:17

**role**
32:3 35:8

**room**
22:16 23:7,
12,22 54:17
81:20 82:19

───────────

                S

**sat**
69:6

**saying**
13:15 61:22,
25 62:3,5,14
64:4 69:15
72:13,18
73:2 75:24
76:5 79:22
87:12 103:13
104:14

**says**
20:21 31:4,
18 33:12
34:9 35:1,21
37:9 39:2,3
41:3 45:10
55:8 56:5
57:8 59:4
64:11 66:7
75:1,11
76:12 77:4
101:1 103:23

**schedule**
56:7 63:21
103:20

**school**

Charlie Cruz
November 30, 2021

18

29:12,14,17
**screen**
 7:6 19:9
 29:24 55:8
 67:4,15,18,
 23,24 68:1,
 4,6 69:9
 81:24 96:6,
 8,19,22
 105:9
**scroll**
 20:2 64:9
 99:21
**search**
 12:9
**second**
 6:12 16:12
 65:19
**secretary**
 95:5 104:8,
 13,15,16,18
**section**
 104:22
**sections**
 44:13 105:1,
 4
**see**
 15:23 17:22,
 25 20:3
 21:14,25
 29:8 30:5,18
 32:13 33:2,
 10,16 35:5
 45:14 53:22
 54:9,16
 56:6,10
 59:4,10
 60:17 61:14,
 25 64:20
 66:9 67:18
 68:5 87:23
 90:7,19
 92:3,8,10
 97:24 98:21
 101:6,7
 104:2
**seeing**
 14:18 15:20

17:3 87:22
 92:5
**select**
 42:5
**selecting**
 41:17
**send**
 97:12
**sentence**
 34:13 101:11
**separating**
 68:17
**September**
 9:25 76:12
**serious**
 79:20
**service**
 8:21
**services**
 31:3
**session**
 17:25 18:2,8
 92:22
**sessions**
 18:3 92:1
**set**
 45:17 107:21
**settled**
 40:15 46:4
**settlement**
 23:10 41:7
**settlements**
 35:4 39:10
 41:5 65:23
 66:1 103:8
**settling**
 103:12,17,
 19,21
**several**
 62:11 76:13,
 16,23
**sexual**
 72:24 73:6
 74:4,21
 81:12 94:14
 95:11,15

**sexuality**
 72:10
**Shah**
 22:15,22
 23:12 24:19
 35:11,15
 37:1,12
 38:14 39:6
 40:19 42:21
 44:8,19,24
 50:11 54:12,
 19 55:3,14,
 19 56:12,23
 57:3,5,7,11,
 17 58:5,25
 59:4,12,25
 60:23 61:6,
 17,23,25
 62:12,15
 63:2,15,17,
 21,23 64:16,
 17,23 65:5,
 12,14,20
 66:3,7,13,17
 67:1,13
 69:5,21 70:1
 71:13,17,23
 72:2,13 73:3
 74:18 75:13,
 14,17 76:4
 84:22 85:2,
 7,14,22
 86:1,15
 95:20,24
**Shah's**
 24:17 56:5
 77:20
**SHEA**
 107:5,25
**short**
 7:21 40:15
 68:19
**shortest**
 40:8,12
**Shortly**
 101:1
**shot**
 96:22

**shoulder**
 68:22
**show**
 7:5 19:24
 32:21 48:9,
 14 50:14,20
 54:14 60:5
 73:16 81:24
 96:18 98:7,8
 101:7
**showed**
 49:15,22
**showing**
 48:12,23
 49:8 50:17
 60:2 104:20,
 22 105:7
**signing**
 38:13
**simply**
 21:1 32:8
**single**
 40:5
**singled**
 74:20
**sir**
 83:14 96:14
 101:10
**sit**
 24:7 70:9
**sits**
 66:25
**sitting**
 49:12 68:21
**skills**
 33:15,21,23
 34:3,5,12,19
 52:22 53:4
**sleep**
 91:17 93:9
**sleeping**
 16:16 88:9
 89:10 90:21
 91:1,3,5,7,
 13,19,22
 93:4,8

Charlie Cruz
November 30, 2021

19

slur
  95:10,15
smiling
  70:14,17
software
  42:1 44:25
SORENSEN
  107:5,25
sought
  89:11
Sound
  25:5
space
  68:18
speak
  8:7 17:22
  22:9,25
  23:18 24:3,
  20 25:24
  26:9 28:4,8
  38:21 56:18
  61:23 62:12,
  15 63:2,17
  64:16 70:15
  73:1,3 78:5
  79:15 80:12
  81:1 82:7
  85:17,18
speaking
  64:19 69:23
  73:11 75:17
  78:11 87:24
specific
  11:10 21:18
  33:8
spend
  38:23 43:19
spending
  38:16
spent
  40:5,9,13
  48:12
spoke
  23:16,18
  25:25 26:4,
  20 27:13,17
  28:2,3,5

50:25 54:13,
14 56:3,16,
19 57:11,14
59:2 62:15,
17,20,21
63:15 65:6
75:14 80:1,
4,9
spoken
  26:7,13,16
  29:4,7 79:2
spring
  40:21 43:1,2
  103:23
ss
  107:2
stamps
  20:14
standing
  49:9 67:17
  68:23
star
  69:13,18
start
  9:14,24 17:1
  29:19 45:18
  46:12 51:13
  52:7 57:5
  61:8 66:3
  84:21 103:21
started
  9:17,24 17:3
  23:8,9 31:2,
  9,19,24
  32:15 34:23
  35:8,11,15
  37:2,12,24
  38:1,4,15
  39:6 40:19
  42:22 44:19
  46:7,17
  47:10 60:2,
  25 61:3
  62:3,5 64:3
  65:1 80:15
  88:12 92:5
starting
  9:18

state
  20:7 107:2,6
statement
  33:18 34:3
  45:16 66:11
  80:20
statements
  86:2
station
  68:15
stayed
  86:20
stead
  6:13
stenographic
  107:12
stenographica
lly
  107:10
stop
  36:19
stopped
  9:11 36:17
  69:5 90:25
straight
  71:5
strong
  33:14,20
  34:3,5,12
  77:5,8,9
stubs
  36:4,5
stuff
  13:2 24:2
  65:23 79:13
  90:18 91:3
  104:17
subject
  27:1 29:7
  98:25
submit
  11:9
submitted
  12:6 13:4
submitting
  39:13

subscribed
  105:17
substance
  8:8 27:19
suggested
  87:22
summary
  99:8,18
  100:18
  106:13
supervisor
  32:16 64:18
  77:11
supplemental
  20:11
supposed
  16:25
sure
  38:7 39:14
  42:13,16
  83:4 85:7,9
  94:7 95:18
  102:16,25
surprise
  84:23
surprised
  85:1 98:22
sworn
  5:1 105:17
  107:14
syllable
  6:13,16

_____

T

take
  7:20,22 8:24
  10:4 16:19,
  21,25 18:3
  23:20 37:2,6
  39:24 42:9
  44:15 49:17
  57:7,24
  58:2,8 91:2,
  18 93:4,8,10
  99:20 104:5

Charlie Cruz
November 30, 2021                                          20

taken
  46:21 87:6
  98:1 107:8
takeover
  78:3
taking
  7:25 11:20
  17:3,19 64:8
  87:1 88:9
  91:4 103:22
talk
  24:19 26:24
  27:9 42:19
  54:11 66:15
  67:5 70:9
  84:4
talked
  43:5 94:4
talking
  43:11 72:11
  75:9 79:8
  82:16 99:1
  101:19
talks
  77:12
Tareen
  32:17 53:7
  106:21
task
  36:13,15
  41:14 61:9
  104:21
tasks
  37:9 43:4
  55:10,21
  58:4 60:6
  99:22 104:1,
  4
telephone
  97:16,21
tell
  6:14 8:1
  17:16 21:7
  23:8,9 33:5,
  6 47:7,11,
  14,25 48:3,
  6,8,11 57:9,

  20 58:10
  64:1 65:4
  72:22 73:4,
  10,13,20
  77:16,25
  85:6,13,19
  98:22 99:21
  107:14
telling
  5:14
temp
  10:10,14
  11:20 12:13,
  16 13:9,12,
  13,15,22
temporarily
  8:21
temporary
  10:17,22,23
ten
  10:4 13:5
  40:3 53:9,13
terminated
  76:14 90:4
  95:2
testified
  5:2,16 75:6,
  7
testifying
  107:14
testimony
  6:8 8:8,12
  95:19
text
  29:8 96:22
  97:2,5,12
Thank
  105:10
therapy
  17:25 18:2,3
  91:25
thing
  27:7 31:6
  39:2 41:3
  61:7 79:18
  100:23

things
  37:20 41:23
  49:21 59:13,
  16 93:22
  94:4 100:1,
  6,24
think
  8:4 19:23
  29:25 36:17
  71:2,7,14,24
  72:3,6,9
  81:22 84:1
  86:14 90:3
  92:7 96:1,5
  100:16,21,22
this         day
  105:18
thought
  28:17,21
  66:14 67:2
  73:5,13 86:4
three
  32:23 38:24
  48:16 49:16
  50:6
time
  7:11,15 9:7
  10:5 15:24
  20:16 21:4
  22:17 26:20,
  23 27:13
  28:5 32:3
  35:14 36:10,
  23 37:1,11
  38:9,16 39:5
  40:4,8,12
  42:21 43:7,
  19 44:7,15
  48:17 50:8
  51:6 53:10
  55:6 56:7,
  19,25 58:23,
  24 60:18,24
  63:1,20
  64:25 65:2
  70:8 75:6
  77:2 78:23
  79:1,4,5

  80:1,3 82:20
  83:7 87:18
  88:2,4 89:19
  90:25 91:10
  97:3 99:3
  102:6 105:4,
  12
times
  6:9 48:14,
  16,23 50:5,6
  51:4 62:11
  63:15 64:17,
  22 69:25
  70:6,8 92:9,
  15 93:3,8
  94:16
title
  25:2,6
  30:18,19
  34:21,23
  78:24
titles
  25:7
today
  5:11 6:24
  8:2,5,9,12
  10:5 13:24
  14:6 21:12
  49:12 69:20,
  25 74:15,18
  87:9 88:21
  94:1,5,11
told
  17:12 18:12,
  14,17,20,23
  22:10 24:7
  25:20,23,25
  28:19 30:17
  32:11 47:9
  51:1 53:7,9,
  13 54:22
  57:11,14,17
  58:20 59:23,
  25 60:14
  63:2,4,5,10,
  17 65:8,10
  68:5,14
  69:19 73:8,

Charlie Cruz
November 30, 2021

21

11 74:14,17
77:18 78:4
79:12,13
84:18 85:22
86:1 88:18,
21 90:14
91:4 94:10
96:2 101:19,
24 102:17
103:20

**top**
61:3

**topic**
84:21

**totally**
31:13

**train**
37:24 38:1
51:2,7,21
53:1

**trained**
45:11,22,25
46:3 104:1,
5,6

**training**
23:16 38:5
45:12 51:13
52:6,20
81:12,17
82:3,14

**trainings**
81:10

**transaction**
105:8

**transactions**
59:9 105:5

**transcribed**
6:10

**transcript**
107:11

**transfer**
48:13

**transferred**
31:22

**transferring**
45:5 53:6

**transition**
64:13,14

**treat**
14:19

**treated**
66:7 72:3,23
73:5 87:25
88:5 94:13

**treating**
14:22 66:14,
18 67:2
69:21 88:7

**treatment**
17:20 89:1,
11

**trouble**
7:8

**truth**
5:15 8:1
107:15,16

**truthfully**
8:5

**try**
48:10 49:21,
24 52:22
76:19,21

**trying**
9:20 48:8
49:25 93:7

**turn**
10:25 64:9

**turned**
10:16 76:8

**turning**
37:8 70:5

**twenty**
42:11,14
79:6

**twice**
100:13

**two**
9:16,18,22
10:17 13:10
19:3,4,6
22:20 30:1,
19 38:24
40:2,14

43:24,25
44:13 46:19
48:16 49:16
53:19 64:17,
22 78:7
87:20

**type**
12:24

**typical**
18:8

_____

**U**

_____

**uh**
6:12 23:3
46:9 60:20
78:19

**unable**
14:5 18:21
19:2,6 20:25
21:7

**uncomfortable**
73:25

**understand**
5:10 6:5,17,
25 7:12 17:9
27:5 31:5
33:25 34:1,
7,13,16,19
82:10,12
83:14 95:18
103:13

**understanding**
22:4 80:5
83:2,9
101:4,12,15,
17,22 102:1

**understands**
102:3

**understood**
102:11

**unemployment**
20:22

**unwelcome**
74:3,7

**upset**
24:9 28:19

101:19

_____

**V**

_____

**vacant**
11:23

**various**
37:20 45:11

**Vary**
39:25

**vendor**
37:21 38:25
44:25

**vendors**
35:3 37:10,
14 38:11,17,
21

**verify**
100:12

**Verizon**
12:20,22

**version**
30:11

**video**
7:3 8:19
18:4,7

**videos**
52:12

**viewing**
7:8

**views**
73:25

**voice**
75:11,14

**voluntarily**
101:5

_____

**W**

_____

**waist**
68:23

**wait**
6:1

**waiting**
51:7 52:19
56:3 60:9,11

Charlie Cruz
November 30, 2021

22

walk
  68:12
walked
  69:4,5 70:8
  105:9
want
  19:20 32:11
  56:25 57:9,
  23 60:15
  64:10 79:12,
  14,21 83:4
  87:23 90:19
  94:7 95:18
  100:23
wanted
  15:23 32:11
  33:7 41:7,20
  42:6,12,13
  44:12 50:1
  51:9 52:24
  54:21,24
  57:5,17
  58:5,8,9
  60:1 80:6,7,
  16 85:7,14,
  16,17 90:7
way
  5:22 18:5
  19:19 23:21
  25:10 27:4
  32:6 36:15
  43:1 44:16
  71:11 73:14
  74:19 80:10
  85:24 95:23
website
  11:7 13:2,22
websites
  11:9
week
  38:16 40:6
  44:5 62:23
  65:2,20
weekly
  43:17,18
weeks
  38:20,23

welfare
  20:12
went
  25:1 36:17
  40:3 44:19,
  22 47:22
  52:5 57:3
  63:1,8,13
  65:6 69:8
  103:9
WHEREOF
  107:21
witness
  5:12 6:6,18
  7:1,10,14,
  19,24 80:19
  106:2
  107:13,21
witnesses
  81:1
woman
  103:24
word
  71:17,21
  78:10
words
  6:9,24 22:13
  56:18 77:25
  84:20 100:9
work
  8:25 14:6
  18:21,24
  19:2,6 20:25
  21:8 24:9,
  17,21 26:1
  31:19,24
  32:11,12,15
  37:6 40:17
  42:22 43:8,
  20 44:25
  45:10,22
  47:10 49:11
  51:4 55:11,
  16,18 56:3,
  4,8,9,13
  57:1,4,10,24
  58:2,18
  60:9,11

61:1,2,11,13
68:14 79:2,
24 85:16,24
102:18,21,23
103:4,6,15
104:6,23
worked
  9:7,9,10
  31:3,11
  39:24 94:22
  103:2 105:5
workers
  27:8 28:23
  77:10
working
  9:11 14:10,
  16 18:13
  22:12 29:19
  30:23 31:2,
  9,16 32:14,
  18 35:2,11
  37:10 42:1,
  3,22 45:18
  46:17,24
  49:23 58:1,
  15 64:3 65:1
  79:23 87:11
  89:12 96:12,
  15 103:7
workload
  103:9
workplace
  82:23 83:11,
  16,20
works
  5:23 29:1
  32:14
workstation
  46:25
wrap
  97:25 98:5

─────────────
        Y
─────────────

Yea
  98:18

year
  10:8 11:3,
  13,16,18
  14:17 20:23
  21:19,20,21,
  23,24 29:21
  40:2 47:25
  51:24 54:6
  67:8 92:9
year-end
  47:17
years
  19:3,4,6
  29:22 40:2,3
  46:14,15
  53:9,13
  78:15 79:6
yellow
  69:15
York
  107:2,6
Youtube
  52:12
Yvette
  27:14

─────────────
        Z
─────────────

zoom
  7:3 101:7