# EXHIBIT B

Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    CASE NO: 1:20-cv-08596
     ----------------------------------------X
4

     CHARLIE CRUZ and LINDA GRAHAM,
5

6                         Plaintiffs,
7

                 vs.
8

9    BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP,
10                        Defendant.
11   ----------------------------------------X
12

13                        November 10, 2021
14                        10:01 a.m.
15

16

17        Deposition of ROBERT SHAH, held
18   via Virtual Zoom, New York, New York,
19   pursuant to Agreement, before Wendy D.
20   Boskind, a Registered Professional
21   Reporter and Notary Public of the State
22   of New York.
23

24

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   GISKAN, SOLOTAROFF & ANDERSON LLP
 5   Attorneys for Plaintiffs
 6        90 Broad Street
 7        10th Floor
 8        New York, New York 10004
 9   BY:  JASON L. SOLOTAROFF, ESQ.
10              -and-
11        AMY E. ROBINSON, ESQ.
12        (646) 964-9609
13        jsolotaroff@gslawny.com
14        arobinson@gslawny.com
15
16   COLLAZO & KEIL LLP
17   Attorneys for Defendant
18        747 Third Avenue
19        Floor 25
20        New York, New York 10017
21   BY:  JOHN P. KIEL, ESQ.
22        (212) 758-7862
23        jkeil@collazokeil.com
24
25
```

Page 3

1

2  A P P E A R A N C E S:   (Cont'd)

3

4  ALSO PRESENT:

5         MEGHAN BROPHY,

6         Paralegal

7         Giskan, Solotaroff & Anderson LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2          IT IS HEREBY STIPULATED AND

3      AGREED by and between counsel for the

4      respective parties hereto, that the

5      filing, sealing and certification of

6      the within deposition shall be and

7      the same are hereby waived;

8          IT IS FURTHER STIPULATED AND

9      AGREED that all objections, except as

10     to the form of the question, shall be

11     reserved to the time of trial;

12         IT IS FURTHER STIPULATED AND

13     AGREED that the within deposition may

14     be signed before any Notary Public

15     with the same force and effect as if

16     signed and sworn to before the Court.

17         IT IS FURTHER STIPULATED by

18     the attorneys that the court reporter

19     may administer the oath to the

20     witness via Zoom.

21

22

23

24

25

Page 5

```
 1
 2   R O B E R T    S H A H ,
 3        having been first duly sworn by a
 4        notary public of the State of
 5        New York, (Wendy D. Boskind, RPR),
 6        was examined and testified as
 7        follows:
 8
 9   EXAMINATION
10   BY MR. SOLOTAROFF:
11        Q.    Good morning, Mr. Shah.
12        A.    Good morning.
13        Q.    Have you ever been deposed
14   before?
15        A.    I have not.
16        Q.    So, let me give you some
17   ground rules for how things are going to
18   proceed today.
19              I'll be asking you a series
20   of questions.  And, in answering my
21   questions, I'd ask you to keep a few
22   things in mind.
23              The first is to make sure you
24   understand my question, before you answer
25   it.  If you don't understand it, tell me
```

```
                                          Page 6

 1                        Shah
 2    you don't understand it, and I'll try to
 3    rephrase it in a way that you will
 4    understand.   Okay?
 5          A.     Okay.
 6          Q.     Number two, you need to
 7    answer with words, verbally, rather than
 8    with nods, shakes of the head, shrugs,
 9    and so on.   Okay?
10          A.     Okay.
11          Q.     The third is -- this is for
12    the benefit of the court reporter, and
13    especially because we're doing this over
14    Zoom -- please make sure that you wait
15    for me to finish asking my question
16    before you start answering it.
17    Similarly, I'll wait until you finish
18    answering your question before I ask you
19    another question.   Okay?
20          A.     Okay.
21          Q.     The last is that we can take
22    a break whenever you want, just tell me
23    that you need a break.
24                 The only time that we can't
25    take a break is when a question is
```

```
 1                    Shah
 2   pending.  Okay?
 3        A.    Okay.
 4        Q.    All right.  So you said that
 5   you've never been deposed before.
 6              Have you ever given any
 7   testimony, in any other kind of
 8   proceeding?
 9        A.    I have not.
10        Q.    Have you ever been a
11   plaintiff or a defendant in a lawsuit?
12        A.    I have not.
13        Q.    Have you ever been a
14   defendant in a criminal proceeding?
15        A.    No.
16        Q.    Okay.  Could you give me
17   your -- well, actually, before we do
18   that.
19              How did you prepare for your
20   deposition today?
21        A.    I just looked over the case,
22   some documents, that my lawyer sent me.
23        Q.    Okay, what documents were
24   those?
25        A.    Just the Complaint.
```

```
                                        Page 8
 1                    Shah
 2        Q.    Did you look at any of the
 3   discovery documents that were produced in
 4   this case?
 5        A.    Only the ones that my lawyers
 6   sent me.
 7        Q.    Okay.
 8             MR. KEIL:  And, Mr.
 9        Solotaroff, I will represent,
10        everything that he's referring to
11        is a document that's been produced
12        to your firm as part of the
13        discovery in this case.
14             MR. SOLOTAROFF:  Okay.
15   BY MR. SOLOTAROFF:
16        Q.    Did you meet with your
17   attorney to prepare for your deposition
18   today?
19        A.    Not in person.
20        Q.    Over Zoom or over the phone?
21        A.    Over Zoom.
22        Q.    And when was that?
23        A.    It was yesterday.
24        Q.    All right.  And about how
25   long were you on Zoom with -- and was it
```

```
                                    Page 9
 1                    Shah
 2   with Mr. Keil here?
 3        A.    Yes.
 4        Q.    Was anyone else present?
 5        A.    No.
 6        Q.    And about how long did the
 7   Zoom meeting take?
 8        A.    Between one and two hours.
 9        Q.    All right.  Have you spoken
10   to anyone at the Bernstein Litowitz firm
11   about your testimony today?
12        A.    I have not, not in detail,
13   no.
14        Q.    Have you talked to anyone at
15   Bernstein Litowitz about this case?
16        A.    Only Reid and Catherine,
17   since they set up the deposition, so they
18   knew I would be here.
19        Q.    And Reid is Reid Horovitz?
20        A.    Correct.
21        Q.    And Catherine is Catherine
22   Blessing?
23        A.    Correct.
24        Q.    All right.  Could you give me
25   your educational background, beginning
```

```
                                    Page 10
 1                    Shah
 2     with your graduation from high school.
 3          A.    I went to the University of
 4     Buffalo, graduated with a degree in
 5     Accounting, with a concentration in
 6     Finance.
 7          Q.    Did you have any other
 8      education after that?
 9          A.    No.
10          Q.    Are you a CPA?
11          A.    I have passed the exam, but I
12     am not certified.
13          Q.    Okay.  Have you ever been
14      certified?
15          A.    I have not.
16          Q.    All right.  After graduating
17      from Buffalo, did you start working in
18      the accounting area?
19          A.    Yes.
20          Q.    And what was your first job?
21          A.    I was a staff accountant, at
22     Simpson Thacher & Bartlett.
23          Q.    In New York City?
24          A.    Correct.
25          Q.    And, so, just when did you
```

```
                                        Page 11
 1                       Shah
 2    get that job?
 3                What year?
 4        A.     I believe it was November
 5    1991.
 6        Q.     And how long did you stay at
 7    Simpson Thacher?
 8        A.     14-1/2 years, or so.
 9        Q.     So that gets us to -- what,
10    2005?
11                Or is my math wrong?
12        A.     2006.
13                Your math is wrong.
14        Q.     Oh, 2006.
15        A.     Yes.
16        Q.     And what was your next job,
17    after that?
18        A.     I worked at McCarter &
19    English.
20        Q.     Was that in New York or New
21    Jersey?
22        A.     New Jersey.
23        Q.     And what was your position at
24    McCarter & English?
25        A.     I was a controller there.
```

```
                                      Page 12
 1                    Shah
 2        Q.    And how long did you stay at
 3    McCarter & English?
 4        A.    Three-and-a-half years, or
 5    so.
 6        Q.    And why did you leave that
 7    position?
 8        A.    Actually, winding down my
 9    position, due to the economic credit
10    crisis, so I was let go.
11        Q.    All right.
12        A.    They didn't need my position.
13        Q.    And what was your next job?
14        A.    I got a position at Tannenbaum
15    Helpern.
16        Q.    Is that a law firm?
17        A.    Yes.
18        Q.    Where is that located?
19        A.    New York City.
20        Q.    And what was your position
21    there?
22        A.    I was the CFO.
23        Q.    And how long did you stay at
24    that firm?
25        A.    About three years.
```

```
                                        Page 13
 1                     Shah
 2        Q.    All right.  And why did you
 3   leave there?
 4        A.    I got a much better
 5   opportunity.
 6        Q.    And what was that?
 7        A.    A position at Grais &
 8   Ellsworth LLP.
 9        Q.    Sorry, could you say the name
10   of the firm again?
11        A.    Grais & Ellsworth.
12        Q.    Okay.  Where are they
13   located?
14        A.    New York City.
15        Q.    What was your position at
16   that firm?
17        A.    Director of finance.
18        Q.    And how long did you stay
19   there?
20        A.    I was there -- maybe five
21   years.
22        Q.    And why did you leave that
23   role?
24        A.    I left because the firm was
25   winding down -- in the process of winding
```

```
                                        Page 14
 1                        Shah
 2   down.
 3          Q.    And what was your next role,
 4    after that?
 5          A.    I worked at Kasowitz Benson,
 6   as a director of finance.
 7          Q.    For how long?
 8          A.    About five months.
 9          Q.    And why did you leave that
10    role?
11          A.    It just wasn't the right fit
12   for me.
13          Q.    Have anything to do with Mr.
14    Kasowitz?
15          A.    No comment.
16          Q.    Okay.  And then, what was the
17    next role, after that?
18          A.    I started working here, at
19   BLB&G.
20          Q.    And when was that?
21          A.    I believe it was late May
22    2018.
23          Q.    All right.  And what role
24    were you hired for, at Bernstein
25    Litowitz?
```

```
                                          Page 15
 1                      Shah
 2        A.     Director of finance.
 3        Q.     How did you learn about the
 4   opportunity, at Bernstein Litowitz?
 5        A.     Um -- actually, a colleague
 6   of mine told me about it -- not a
 7   colleague, a person who I know through my
 8   group, network, told me about it.
 9        Q.     And, so, you applied for the
10   position?
11        A.     Correct.
12        Q.     Were you interviewed?
13        A.     Yes.
14        Q.     Who interviewed you?
15        A.     Reid and some partners and
16   Genie Principe.
17        Q.     Was Ms. Principe the former
18   head of human resources at Bernstein
19   Litowitz?
20        A.     Yes.
21        Q.     And, just for the record,
22   what's Mr. Horovitz's position?
23        A.     He is the chief operating
24   officer.
25        Q.     At the time you were
```

```
 1                      Shah
 2    interviewing, did you know how long Mr.
 3    Horovitz had been in his role?
 4         A.    Yes.
 5         Q.    About how long?
 6         A.    About a month or so.
 7         Q.    So he had just started.
 8               What, if anything, were you
 9    told during your interviews about the
10    operations of the existing Bernstein
11    Litowitz finance department?
12         A.    Nothing specific, that they
13    just wanted to hire a director of
14    finance.
15         Q.    Was there someone who had
16    been in that role previously?
17         A.    Not in the director of
18    finance, no.
19         Q.    All right.  Who had -- so you
20    were the first director of finance at
21    Bernstein Litowitz?
22         A.    Correct.
23         Q.    Do you know who headed up
24    finance prior to your arrival there?
25         A.    I met him after I started the
```

```
                                        Page 17
 1                      Shah
 2   job, yes.
 3          Q.     What was his name?
 4          A.     Pravin Ravel.
 5          Q.     And did you guys overlap?
 6          A.     Yes.
 7          Q.     All right.   What was his
 8    role?
 9          A.     I believe his title was
10   controller.
11          Q.     How long did he stay employed
12    after you joined the firm?
13          A.     I believe he stayed until the
14   end of June.
15          Q.     End of what?
16          A.     End of June.
17          Q.     And did he leave -- do you
18    know the circumstances of his departure
19    from the firm?
20          A.     He told me he was retiring.
21          Q.     And was he replaced, as
22    controller?
23          A.     No.
24          Q.     Essentially, you began to
25    exercise the responsibilities that he had
```

Page 18

```
 1                    Shah
 2   exercised; is that right?
 3       A.    And then some.
 4       Q.    Okay.  What were the
 5   additional responsibilities that you
 6   exercised, as director of finance?
 7       A.    I was involved in the partner
 8   capital accounts, overseeing strategy,
 9   making changes to the department,
10   overseeing the firm's software needs for
11   accounting and billing, travel, T&E,
12   software budgeting, anything -- I was,
13   basically, upgrading the department.
14       Q.    And that hadn't been your
15   predecessor's responsibility?
16       A.    I can't answer that, by the
17   way, like I said it was never done.
18       Q.    Okay.  When you started
19   there, how many employees were you
20   supervising?
21       A.    Three.
22       Q.    Okay, and who were those
23   people?
24       A.    It was Lumka Krasniqi,
25   Charlie Cruz, and Eleanor -- Derrick, I
```

```
                                         Page 19
 1                     Shah

 2   think her name was.

 3        Q.    And are any of those three

 4   people still employed at Bernstein

 5   Litowitz?

 6        A.    Yes.

 7        Q.    Who?

 8        A.    Lumka Krasniqi.

 9        Q.    When did Eleanor leave the

10   firm?

11        A.    Sometime in 2018.  Middle of

12   the year, I think it was.

13              I don't have the exact date.

14        Q.    Okay.  So how long after --

15   and was she terminated or did she leave

16   voluntarily?

17        A.    She was terminated.

18        Q.    All right.  And was that your

19   decision?

20        A.    Yes.

21        Q.    So how long after you got

22   there was she terminated?

23        A.    Maybe three months or so.

24        Q.    And approximately how old was

25   she?
```

```
                                            Page 20

 1                     Shah
 2          A.    I have no idea.
 3          Q.    How old are you?
 4          A.    52.
 5          Q.    Did she appear to be older
 6    than you or younger than you?
 7          A.    Um -- we are probably the
 8    same age, I would say.
 9          Q.    Was she replaced?
10          A.    Yes.
11          Q.    Who replaced her?
12          A.    Natalia O'Donnell.
13          Q.    And how old was Ms. O'Donnell?
14          A.    I have no idea.
15          Q.    Is Ms. O'Donnell older than
16    you or younger than you?
17          A.    She seems younger.
18          Q.    Does she appear to be under
19    the age of 40?
20          A.    I can't answer that.
21          Q.    Let me just share my screen
22    for a second.
23                (Whereupon, Deposition
24          Plaintiffs' Exhibit 1, Document,
25          with a list of names, was marked
```

Page 21

```
 1                      Shah
 2        for purposes of identification, as
 3        of this date.)
 4        Q.    Mr. Shah, do you see a list
 5   of names on --
 6        A.    Yes.
 7        Q.    -- the screen?
 8        A.    Yes.
 9        Q.    Have you ever seen this
10   document before?
11        A.    It wasn't part of the
12   package, but -- my lawyer sent me, but I
13   didn't look at it in detail.
14        Q.    Okay.  So, do you know what
15   the names of this document -- the names
16   on this document represent?  Well,
17   withdrawn.
18              Do you know how the names on
19   this document were selected?
20        A.    I do not.
21        Q.    Do you see Ms. O'Donnell --
22   do you see my cursor?
23        A.    Yes.
24        Q.    Do you see Ms. O'Donnell
25   there?
```

```
 1                      Shah
 2         A.    Yes.
 3         Q.    Okay.  And it says A/P
 4    manager?
 5         A.    Correct.
 6         Q.    And what does that stand for,
 7    accounts payable?
 8         A.    Correct.
 9         Q.    Do you see there that Ms.
10    O'Donnell is 36 years old?
11         A.    Yes.
12         Q.    Now, at some point, Mr. Cruz
13    was terminated; correct?
14         A.    Correct.
15         Q.    And who was hired to replace
16    Mr. Cruz?
17         A.    We hired somebody, but it was
18    not in the same capacity.
19         Q.    Who is that person?
20         A.    Laura via Touro.
21         Q.    Laura -- how do you pronounce
22    the last name?
23         A.    V-I-L-L-A-T-O-R-O.
24         Q.    There she is, second from the
25    top; right?
```

```
                                        Page 23
 1                      Shah
 2              Do you see my cursor?
 3         A.    Yes.
 4         Q.    And you see there that, Ms.
 5    Villatoro, it says that she's 22 years
 6    old; is that right?
 7         A.    Yes.
 8         Q.    And you said that she was
 9    hired for -- I don't know exactly how you
10    put it, but a different role than Mr.
11    Cruz had held?
12         A.    Correct.
13         Q.    How were roles different?
14         A.    Her responsibilities were
15    different.
16         Q.    How?
17         A.    She was going to work,
18    primarily, on a new trial with the
19    payment software that we had -- we were
20    going to institute.
21              She was going to enter
22    invoices, put codes on there, she was
23    going to assist with year-end 1099s, and
24    do some account analysis.  And it was
25    different, you know, responsibilities
```

1                    Shah

2    that an accountant would have, somebody

3    with a degree.

4         Q.    What's Ms. Villatoro's

5     educational background?

6         A.    I believe she has a

7    bachelor's degree, in accounting.

8         Q.    And, after Mr. Cruz's

9     departure, who exercised the

10    responsibilities that he had exercised,

11    when he had been employed?

12        A.    Whatever responsibilities

13    that were there, they were divided

14    amongst Lumka and Natalia.

15        Q.    Okay.

16             MR. SOLOTAROFF:  Stop the

17        share.

18        Q.    Now, did you have any

19    communications regarding Mr. Cruz during

20    your interview process?

21        A.    No.

22        Q.    So you weren't told about Mr.

23    Cruz prior to joining the firm.

24        A.    No.

25        Q.    Okay.  Were you told about

Page 25

                              Shah
1
2    anyone -- any of the existing employees
3    in the finance department, prior to
4    joining the firm?
5         A.    No.
6         Q.    What did you do -- when you
7    first joined the firm, what did you do to
8    familiarize yourself with the employees
9    who were there?
10        A.    The first thing I did was
11   asked Pravin the skill set of everybody,
12   you know, who was more qualified to do
13   additional or more technical work, and
14   who was more -- doing more of a clerical
15   role.
16        Q.    And what did he tell you?
17        A.    He, basically, said
18   (indicating) they're all the same.
19              I remember him making a hand
20   gesture, going across, saying they were
21   all the same.
22        Q.    Did you ask him what he meant
23    by that?
24        A.    No.  I understood what he
25   meant.

```
                                    Page 26

 1                  Shah

 2        Q.    What did you understand?

 3        A.    I understand that there was

 4   no hierarchical structure in the

 5   department, and it was him and three

 6   clerks.

 7        Q.    After you had that

 8    conversation with Pravin, what did you do

 9    next to familiarize yourself with the way

10    the department was operating?

11        A.    I met with each of the -- my

12   employees, to go over their

13   responsibilities and get a sense of what

14   it is they were doing and to get an idea

15   of what their skill set is.

16        Q.    And do you remember the date

17    that you met with Mr. Cruz for that

18    purpose?

19        A.    I do not.

20        Q.    Do you know what month it

21    would have been in?

22        A.    Probably late May or early

23   June.

24        Q.    Okay.  And that's 2018;

25    right?
```

```
                                        Page 27
 1                    Shah
 2               Just so we're on the same
 3    page; right?
 4         A.     Correct.
 5         Q.     What do you recall of your
 6    meeting, of that meeting, that you had
 7    with Mr. Cruz?
 8         A.     Nothing specific, other than
 9    we just went over what he did at the firm
10    and what his responsibilities were.
11         Q.     Okay.  Did you -- do you
12    remember taking any notes of that
13    conversation?
14         A.     Yes, yes, to write down what
15    his responsibilities were.
16         Q.     Do you still have those
17    notes?
18         A.     I do not.
19         Q.     What would have happened to
20    them?
21         A.     Probably throw them out,
22    because, once I knew what he did, it
23    didn't seem relevant to hold on to it.
24         Q.     Now, did you know, at any
25    point, that Mr. Cruz is gay?
```

```
                                        Page 28

 1                     Shah
 2        A.     I did not.
 3        Q.     Did you ever think he was
 4   gay?
 5        A.     I did not.
 6        Q.     Did he ever tell you that he
 7   was gay?
 8        A.     He did not.
 9        Q.     Did anyone ever tell you that
10   Mr. Cruz was gay?
11        A.     No.
12        Q.     Did Mr. Cruz ever -- was
13   there anything, among Mr. Cruz's personal
14   belongings that he kept at the firm, that
15   related to LGBTQ or other gay symbols or
16   gay messages?
17        A.     Nothing that stood out.
18        Q.     Okay.  Did you ever see, on
19   Mr. Cruz's computer, a symbol that was
20   some combination of the Puerto Rican flag
21   and the -- and symbols associated with
22   the LGBTQ community?
23        A.     All I recall was a Puerto
24   Rican flag.
25        Q.     And when did you see the
```

```
                                           Page 29
 1                      Shah
 2     Puerto Rican flag on Mr. Cruz's computer?
 3          A.    I can't say with specificity
 4     when it was.
 5          Q.    Did you sea it own more than
 6     one occasion?
 7          A.    I would assume so, yes.
 8          Q.    Was it a screen saver or was
 9     it like a piece of paper, that it was
10     actually on his computer?
11          A.    I believe it was wallpaper.
12          Q.    It was -- what?
13          A.    Screen wallpaper, computer
14     screen wallpaper.
15          Q.    Okay -- I got it, okay.
16                Did you ever have a reaction
17     to the Puerto Rican flag on Mr. Cruz's
18     computer?
19          A.    No.
20          Q.    How often -- did you have any
21     other meetings with Mr. Cruz during,
22     let's say, the first three months of your
23     tenure at Bernstein Litowitz?
24          A.    I'm sure I have had other
25     meetings with him and the rest of my
```

```
                                         Page 30

 1                      Shah

 2    group.

 3          Q.    What do you remember about

 4     any other meetings that you would have

 5     had with him?

 6          A.     Nothing specifically, other

 7    than something to do work-related, we

 8    needed to get some information, or we

 9    were going to change the way things are

10    done within the department.

11                 Just mostly policies,

12    procedures, and improvements.

13          Q.    And were those meetings -- I

14     mean, it didn't seem like you were sure,

15     but, were those meetings meetings with

16     just Mr. Cruz or meetings with the whole

17     finance staff?

18          A.     A combination.

19          Q.     But you don't know how many

20     meetings there were, say, within -- and

21     let's just expand it, let's say all of

22     2018.

23                 How many meetings do you

24     think you had with Mr. Cruz?

25          A.     No, I can't put a number on
```

```
                                      Page 31
 1                    Shah
 2    it.
 3         Q.    Okay.  Do you think it was
 4    more than five meetings that you had with
 5    him?
 6         A.    It's possible, yes.
 7         Q.    Okay.  And, again, were those
 8    individual -- did you have individual
 9    meetings, one-on-one meetings, with him
10    or were those meetings with others, as
11    well?
12         A.    As I said earlier, it was a
13    combination.
14         Q.    So do you recall actually
15    having a one-on-one meeting with Mr. Cruz
16    in 2018, other than the one that you
17    already testified about?
18         A.    Yes, I'm sure.
19         Q.    Do you have any sense of when
20    that would have been?
21         A.    No.
22         Q.    Do you have any sense about
23    what would have been discussed?
24         A.    No.
25         Q.    When was Ms. O'Donnell hired?
```

```
                                        Page 32
 1                    Shah
 2         A.     I believe it was September of
 3    2018.
 4         Q.     After Ms. O'Donnell was
 5     hired, did you have meetings with her?
 6         A.     Yes.
 7         Q.     Did you meet with Ms.
 8    O'Donnell more than you met -- more often
 9    than you met with Mr. Cruz?
10         A.     Yes.
11         Q.     Okay.  And that would have
12    been -- let's just, for a timeframe -- in
13    2018, you would have met with Ms.
14    O'Donnell more often?
15         A.     Correct.
16                And she was the manager of
17   accounts payable and, basically, my
18   second-in-command.  So, yes, I met with
19   her more often.
20         Q.     Was she Mr. Cruz's supervisor?
21         A.     Yes.
22         Q.     Because one of his jobs was
23     paying bills; right?
24         A.     Entering information into the
25   system.
```

```
                                     Page 33
 1                    Shah
 2        Q.     Now, did you have any social
 3    interaction with members of the finance
 4    department?
 5        A.     Outside of work or you mean
 6    in the office?
 7        Q.     Well, let's do both, but
 8    let's start in the office.
 9        A.     On occasion, I would stop by
10   in the cubicle, and stand in the middle,
11   and just say a few words, you know, but
12   it wasn't regular, no.
13        Q.     Did you have social
14    interactions with Ms. O'Donnell?
15        A.     No.
16        Q.     Let's just say at the firm.
17        A.     No.
18        Q.     What about outside of the
19    firm, did you have any social
20    interactions with any members of the
21    finance department?
22        A.     No.
23        Q.     Was there a regular staff
24    meeting in the accounting department?
25        A.     No.
```

```
                                              Page 34
 1                      Shah
 2         Q.     When you came in to work in
 3     the morning, did you have a habit of
 4     greeting anyone?
 5         A.     I just walk by and say good
 6     morning.
 7         Q.     Do you recall saying good
 8     morning to Mr. Cruz directly?
 9         A.     I would just say -- recall
10     saying good morning.
11         Q.     Was Mr. Cruz's cubicle --
12     well, first, did Mr. Cruz have a cubicle?
13         A.     Yes, he did.
14         Q.     Okay.  And was his cubicle
15     near the other members of the finance
16     department?
17         A.     Yes.
18         Q.     Where was your office in
19     relation to Mr. Cruz's cubicle?
20         A.     Do you want me to say
21     direction?  Do you want me to say --
22         Q.     That's fine.
23                How far away was he, like in
24     terms of feet?
25         A.     20 to 25 feet.
```

Page 35

1                        Shah
2         Q.     Did you ever talk in the
3     office about the ageing process?
4         A.     No.
5         Q.     Did you ever say anything
6     about gray hair?
7         A.     (Gesturing) -- if I did, I
8     was talking about myself.
9         Q.     Well, what do you recall
10    saying about gray hair with reference to
11    yourself, or anyone else?
12        A.     I believe I may have said:  I
13    am working so hard and I am so stressed
14    (indicating) that my hair is getting
15    grayer than normal.
16        Q.     Did you ever say anything
17    about looking -- about people's
18    appearances, that they looked old?
19        A.     Never.
20        Q.     Did you ever learn that Mr.
21    Cruz had complained about you to Ms.
22    Principe?
23        A.     I did not.
24        Q.     Did Ms. Principe ever talk to
25    you about Mr. Cruz?

```
                                              Page 36
 1                       Shah
 2          A.     She did not.
 3          Q.     So she never told you that
 4    Mr. Cruz had complained that you were
 5    discriminating against him because he is
 6    gay?
 7          A.     Never.
 8          Q.     Okay.  Now, did there come a
 9    time -- at some point, did you decide
10    that Mr. Cruz did not have the
11    appropriate skills to continue to be
12    employed in Bernstein Litowitz's finance
13    department?
14          A.     Yes.
15          Q.     And when did you decide that?
16          A.     Do you want the time?
17          Q.     Yeah.
18          A.     Date?
19                 Somewhere in 2019, early
20    2020.
21          Q.     So throughout 2018, you
22    thought that Mr. Cruz did have the skills
23    to continue his employment at Bernstein
24    Litowitz?
25          A.     I believe, since I've been
```

Page 37

```
 1                       Shah
 2   there a short time, that my evaluation at
 3   that point was incomplete.
 4         Q.    Let's just take 2018 as one
 5    time period.
 6               What was your evaluation of
 7    Mr. Cruz's skills in 2018?
 8         A.    Um -- I believed he was
 9   substandard to the position, he didn't
10   have anything substantive to do, and we
11   could ask more of him, and have him do
12   more work.
13         Q.    That was in 2018, that you
14    made those conclusions.
15         A.    Correct.
16         Q.    Right?
17         A.    Yes.
18         Q.    And what did you do in 2018
19    to try to remedy those issues that you
20    testified about?
21         A.    Well, I hired a manager of
22   accounts payable, somebody to work with
23   him, mentor him, tutor him, show him, and
24   expand his skill set.
25         Q.    And that's Ms. O'Donnell;
```

```
                                        Page 38
 1                      Shah
 2   right?
 3        A.     Correct.
 4        Q.     And what did you tell -- did
 5   you have specific conversations with Ms.
 6   O'Donnell about what she could do to
 7   improve Mr. Cruz's performance?
 8        A.     Yes.
 9        Q.     All right.  And how many
10   conversations do you believe you had with
11   her about that?
12        A.     I can't say, I can't give you
13   a number.
14        Q.     Can you tell me how often
15   those conver-- did you meet with her
16   weekly about Mr. Cruz, monthly, or
17   neither of those intervals?
18        A.     When we met, we didn't
19   specifically talk about Mr. Cruz, but
20   there was I'm sure, in some of those
21   meetings, a discussion about how to
22   improve his skill set.
23        Q.     Do you remember exactly the
24   things that you told Ms. O'Donnell she
25   should address with Mr. Cruz?
```

```
                                      Page 39

 1                    Shah
 2        A.    General stuff, and even
 3   specific, like show him Excel, teach him,
 4   work with him, expand his horizons, give
 5   him more work to do, and to, you know,
 6   evaluate his work.
 7        Q.    With respect to Excel, is
 8    Excel a program that people receive
 9    training in?
10        A.    No, not -- I can't say with
11   specificity what it is.
12              I never got training on it.
13        Q.    But you're proficient in
14    Excel, I would assume; right?
15        A.    Yes.
16              And it's -- I believe most
17   colleges, you know, use it, and you learn
18   it, so -- every place -- every work I've
19   worked with, I've hired, they all knew
20   Excel.  So I can't really say how they
21   learned it, but they know it, people know
22   it.
23        Q.    All right.
24        A.    It's needed for the position.
25        Q.    Is it possible to purchase an
```

```
                                            Page 40
 1                      Shah
 2    Excel training program -- or --
 3    withdrawn.
 4             Are you aware of any Excel
 5    training programs or classes?
 6         A.    No.
 7         Q.    Did you ever look to see
 8    whether there were any classes available
 9    to teach people how to use Excel?
10         A.    I didn't personally, no.
11         Q.    Did you ever ask anyone else
12    to do that?
13         A.    I don't recall if I did.
14         Q.    Did you ever arrange for Mr.
15    Cruz to receive -- to attend a training
16    program in Excel?
17         A.    I did not, but I believe he
18    was given the opportunity to learn it
19    previously and after -- by Natalia.
20         Q.    I'm sorry, what's the last
21    thing you said?
22         A.    He was given the opportunity,
23    before I was at the firm, to learn it,
24    and when Natalia, also, on multiple
25    occasions, tried to show him how to use
```

```
                                          Page 41
 1                      Shah
 2    Excel.
 3         Q.    Do you know if Ms. O'Donnell --
 4    well, okay.
 5               How do you know that he was
 6    given -- prior to your arrival, how do
 7    you know that Mr. Cruz was offered any
 8    training in Excel?
 9         A.    I believe I heard it.
10         Q.    From who?
11         A.    Oh, from the previous
12    administration.
13         Q.    So, from Pravin?
14         A.    Uh -- either Pravin or, you
15    know, H R.
16         Q.    Did you ever review Mr.
17    Cruz's evaluations from the time period
18    prior to your arrival at the firm?
19         A.    No.
20         Q.    Now, Ms. O'Donnell, is she
21    someone who has any experience in
22    training other persons in how to use
23    Excel?
24         A.    I can't answer that.
25         Q.    Do you know of anyone that
```

```
                                        Page 42
 1                      Shah
 2    Ms. O'Donnell has taught to use Excel?
 3          A.     Yes.
 4          Q.     Who?
 5          A.     Lumka, the other person in
 6    the department.
 7          Q.     And when did Ms. O'Donnell
 8    teach Lumka how to use Excel?
 9          A.     I do not know.
10          Q.     Is Lumka now proficient in
11    Excel?
12          A.     Yes.
13          Q.     And when did she become
14    proficient?
15          A.     I do not know.
16          Q.     How do you know she's
17    proficient?
18          A.     Because Natalia said she is.
19          Q.     Going back to the Puerto
20    Rican flag on Mr. Cruz's screen saver,
21    did you notice that it was rainbow color?
22          A.     No.
23          Q.     Do you know that the rainbow
24    colors are associated with the gay pride
25    movement?
```

```
                                        Page 43
 1                     Shah
 2          A.     I know now.
 3          Q.     Well, when did you know that?
 4          A.     When it was brought up to me,
 5    that, you know -- when Charlie left the
 6    firm, and they found out that he was
 7    filing a discrimination suit based on
 8    sexual orientation.
 9          Q.     So that was the first time
10     that you knew that the rainbow colors are
11     associated with the gay pride movement?
12          A.     No, but in this particular
13    instance.
14          Q.     In what particular instance?
15          A.     I didn't know he was gay.  So
16    if I see a rainbow -- my son draws
17    rainbows, but it doesn't mean anything.
18          Q.     So, in looking back, does
19     that refresh your recollection that the
20     flag on Mr. Cruz's computer was rainbow
21     colored?
22          A.     I don't recall the flag being
23    rainbow colored.
24          Q.     Do you recall a situation
25     where you and Ms. O'Donnell were looking
```

```
1                        Shah
2      at Mr. Cruz's screen saver and reacting
3      to it and Mr. Cruz asked you what you
4      were reacting to?
5           A.    I have no recollection of
6      that.
7                 (Whereupon, Deposition
8            Plaintiffs' Exhibit 2, Document,
9            the first bullet point mentions The
10           Breakers, was marked for purposes
11           of identification, as of this
12           date.)
13          Q.    Do you see this document up
14     on the screen, Mr. Shah?
15          A.    Yes.
16          Q.    Do you recognize it?
17                I mean, I can page down, if
18     that would be helpful to you.
19          A.    Can you scroll down and go to
20     the very beginning?
21          Q.    Sure, of course.  Sorry.
22                Just tell me when you want me
23     to move up.
24          A.    (Pause.)
25                MR. KEIL:  Is the question
```

```
                                        Page 45
 1                      Shah
 2          whether the witness recognizes the
 3          document?
 4                  MR. SOLOTAROFF:  Yes.
 5          A.     No, I don't.
 6                  I have never seen this
 7     before.
 8          Q.     It's the first bullet point,
 9      have you ever been to The Breakers?
10          A.     What is that?
11          Q.     I think it's a hotel in
12      Florida.
13          A.     No.
14          Q.     Okay.  Well, have you ever
15      been at a presentation at which Mr.
16      Horovitz or someone else discussed the
17      operations of the firm?
18          A.     No.
19          Q.     Let me just go down a little
20      bit.
21                  Did you ever talk to Mr.
22      Horovitz about Mr. Cruz?
23          A.     (Gesturing) -- I'm sure I
24      did.
25          Q.     What do you recall telling
```

1                     Shah
2     him about Mr. Cruz?
3          A.    It depends on the situation
4     and what the context was and what -- you
5     know, what time -- I mean, it's such a
6     general question, I don't really know how
7     to answer that.
8          Q.    All right.  Well, just tell
9      me about what you recall about
10      conversations with Mr. Horovitz about Mr.
11      Cruz.
12          A.    Just that, you know, we had
13     changed the position, there was -- a lot
14     of his work went away, and he didn't have
15     much to do, and he -- we tried to get him
16     to improve his skill set, and he didn't
17     seem interested in doing anything.
18          Q.    And when would you have had
19      that conversation with Mr. Horovitz?
20          A.    Sometime in May of 2019.
21          Q.    May 2019?
22          A.    Yeah.
23          Q.    Would that have been shortly
24      before Mr. Cruz was terminated?
25          A.    Yes.

```
 1                      Shah
 2        Q.     Did you also speak to Mr.
 3   Horovitz about Lumka?
 4        A.     I'm sure I did --
 5   (gesturing).
 6        Q.     And what did you tell him
 7   about Lumka?
 8        A.     Probably something along the
 9   lines of, you know, her, she is receptive
10   to changes, she is learning new skill
11   sets, she's eager, and she wants to
12   learn.
13        Q.     Did you ever tell Mr.
14   Horovitz that Lumka did not have the
15   necessary skills to succeed in the
16   finance department?
17        A.     I don't recall.
18        Q.     What was Lumka's role at the
19   finance department at the time that Mr.
20   Cruz was employed there?
21        A.     She handled American Express,
22   payments, uploaded invoices, and worked
23   with our settlement group.
24        Q.     And what work did she do with
25   the settlement group?
```

Page 48

                              Shah
1

2          A.      She did reconciliation of
3     accounts.
4          Q.      Didn't Mr. Cruz, also, have a
5      role with the settlement group, as well?
6          A.      Yeah, but it was different.
7          Q.      What was his role?
8          A.      His role was just sending a
9     list of expenses that were paid on cases
10    to them.
11         Q.      Wouldn't he, also, aggregate
12     the expenses for a particular case once
13     it had been settled?
14         A.      That's what I just said,
15    yeah, expenses.
16                 You know, he ran a report,
17    basically, a one-line report, that said
18    all expenses for a case, and the system
19    just prints out a report.
20         Q.      But, to do that, he would
21      have to enter all the expenses, as well;
22      right?
23         A.      Enter them -- I wouldn't say
24     all, but some, most, yes.
25         Q.      Did Mr. Cruz receive a review

```
                                              Page 49
 1                      Shah
 2    at the end of 2018?
 3         A.    Yes.
 4         Q.    Was that a verbal review or a
 5    written review?
 6         A.    Written and verbal, I guess
 7   it was both.
 8         Q.    Who provided the review to
 9    Mr. Cruz?
10               Was it you?
11         A.    Yes.
12         Q.    And what do you recall that
13    you told him?
14         A.    I recall saying he needed to
15   learn Excel, to expand his horizons, to
16   become -- to learn more, to come to me
17   when he had idle time, and just improve
18   his work product.
19         Q.    And what did Mr. Cruz say?
20         A.    He didn't say anything.
21         Q.    All right.  Do you see on the
22    screen --
23               MR. SOLOTAROFF:  And, by the
24         way, we'll mark these as exhibits,
25         you know, the documents that I've
```

```
                                        Page 50
 1                    Shah
 2          shown Mr. Shah.
 3                 So I believe this is the
 4          third one.  Am I correct about
 5          that?
 6                 (Discussion off the record.)
 7                 (Whereupon, Deposition
 8          Plaintiffs' Exhibit 3, Document,
 9          dated May 20th, 2019, which is
10          Bates stamped BLBG 0406, was marked
11          for purposes of identification, as
12          of this date.)
13   BY MR. SOLOTAROFF:
14          Q.    So, this document, which is
15     Bates stamped BLBG 0406, have you seen
16     this document before?
17          A.    Yes.
18          Q.    Did you write it?
19          A.    No.
20          Q.    Who did?
21          A.    I believe Natalia O'Donnell
22     wrote this.
23          Q.    And it's dated May 20th,
24     2019.
25                 Was it written around the
```

```
                                    Page 51
 1                     Shah
 2    time that it's dated?
 3         A.    Yes.
 4         Q.    And why was this document
 5    written?
 6         A.    Just her -- have something in
 7    writing, as far as what Charlie's -- his
 8    performance, basically.
 9         Q.    Was this document shown to
10    Mr. Cruz?
11         A.    I don't know.  I don't think
12    so.
13         Q.    Mr. Cruz was terminated about
14    a week after this; is that right?
15         A.    I don't know.
16               I thought he was let go in
17    June, I thought it was.
18         Q.    (Pause) -- oh, yeah, you're
19    right, end of June, June 27th.
20         A.    Okay.
21         Q.    So, at the time that this
22    document had -- let me just share it
23    again -- (pause) -- sorry -- sorry, I'm
24    having some technical difficulties.  Let
25    me start over.
```

```
 1                    Shah
 2            At the time that this
 3   document was -- wait --
 4            MR. KEIL:  This is a
 5        different document.
 6            MR. SOLOTAROFF:  Yeah, I
 7        know, I'm sorry, you're right, I'm
 8        sorry, my bad.  Hold on.
 9            Okay, this document, that's 3
10        I believe; right?
11            MR. KEIL:  Right.
12   BY MR. SOLOTAROFF:
13        Q.    At the time this document was
14   written, had it already been decided that
15   Mr. Cruz was going to be terminated?
16        A.    No.
17        Q.    When was that decision made?
18        A.    I don't remember.
19        Q.    Well, if Mr. Cruz was
20   terminated on June 27th of 2019, can you
21   tell me how long before that the decision
22   was made to terminate him?
23        A.    I can't recall.
24        Q.    How about when did you decide
25   that Mr. Cruz was going to be terminated?
```

Page 53

```
 1                    Shah
 2        A.    I can't recall the date.
 3        Q.    Was there anything that
 4   instigated Mr. Cruz's termination?
 5        A.    Well, the firm made an
 6   assessment of all of its support staff,
 7   and we identified people who either their
 8   skill set was below our standards or
 9   their work -- there wasn't as much work
10   for them to do, and he was one of those
11   where we -- his responsibilities were
12   reduced by 75 to 80 percent in the early
13   part of the year.
14             So that was the impetus for
15   letting him go.
16        Q.    Were you told, at some point
17   in 2019, that the firm was going to be
18   laying off a number of people, and then
19   you had to provide -- that you were being
20   asked to let someone go, as well?
21        A.    I wasn't told to let someone
22   go.
23             It was just an assessment of
24   our support staff.
25        Q.    Okay.  Do you know if, at the
```

1                      Shah

2      time Mr. Cruz was let go, other firm

3      employees were, also, let go?

4           A.     Yes.

5           Q.     And, so, what was the

6      relationship between the decision to

7      let -- to your knowledge, what was the

8      relationship between the decision to let

9      Mr. Cruz go and the decision to let other

10     firm employees go?

11          A.     It was all part of the same

12     package, I believe.

13          Q.     So, that's what I'm trying to

14     get at.

15                 What was the package?  Like

16     was there a round of layoffs that were

17     being made?

18          A.     I believe so, yes.

19          Q.     And were you responsible for

20     determining that Mr. Cruz was going to be

21     laid off?

22          A.     Somewhat.

23          Q.     Who else was responsible for

24     that?

25          A.     It was a decision, it was a

Page 55

```
1                     Shah
2    firm decision.
3               So it was me, Reid, and, you
4    know, H.R. group, we all decided.
5         Q.    So was there a meeting at
6     which it was decided that Mr. Cruz was
7     going to be terminated?
8         A.    I don't believe so.  I can't
9    recall.
10        Q.    So, how was this group
11    decision made, then?
12        A.    Well, when we were doing the
13   firm assessment, I identified his role as
14   one that was definitely, you know,
15   someone who I could -- that wasn't adding
16   any value to the firm.  He was resistant
17   to change, and he was unwilling to
18   improve his skill set.
19               So he was part of the -- you
20   know, I discussed that with Reid, and he
21   was selected.
22        Q.    And you mentioned a firm
23    assessment.
24               Was that a document or a
25    project that was worked on at the firm?
```

                         Shah

1          A.    I don't know.

2          Q.    Well, what did you mean, when

3     you said "firm assessment"?

4          A.    Well, we discussed -- I

5     wouldn't say it was a firm -- it wasn't

6     like a memo that went out, but we made a

7     decision to let him go based on his skill

8     set.

9          Q.    And you don't know when that

10    decision was made.

11         A.    I cannot recall, no.

12         Q.    And I may have asked this,

13    let me ask it in a different way.

14              The document that's on the

15    screen, how was this document -- what, if

16    any, connection did this document have to

17    Mr. Cruz's termination?

18         A.    I don't recall.

19         Q.    Did you ask Ms. O'Donnell to

20    prepare it?

21         A.    I don't recall if I did.

22              MR. SOLOTAROFF:  We've been

23         going about an hour, why don't we

24         take a short break.

```
                                        Page 57
 1                      Shah
 2            THE WITNESS:  Okay.
 3            MR. KEIL:  Sure.
 4            (Recess taken:  11:06 a.m. -
 5        11:18 a.m.)
 6            MR. SOLOTAROFF:
 7            MR. SOLOTAROFF:  So, I think
 8        the last few questions related to
 9        Mr. Cruz's review -- or, if not,
10        that's what I want to go back to.
11            (Whereupon, Deposition
12        Plaintiffs' Exhibit 4, Document, at
13        the top of the page it says:
14        Charlie Cruz (archived) Management
15        Copy.  Do Not Share, was marked for
16        purposes of identification, as of
17        this date.)
18  BY MR. SOLOTAROFF:
19        Q.    Let me show you a document,
20    see if -- this, I'm just going to page
21    down a little bit.
22            All right.  Do you recognize
23    what's on your screen?
24        A.    Yes.
25        Q.    Okay, what is that?
```

```
 1                      Shah
 2        A.    It looks like a printout of
 3   our old performance evaluation.
 4        Q.    Did you say this is the "old"
 5    review?
 6        A.    We have new software now, so
 7   the review is done differently.
 8        Q.    Okay.  And was this -- at the
 9    top of this page, it says:  Charlie Cruz
10    (archived) Management Copy.  Do Not
11    Share.  Right?
12              Do you see that?
13        A.    Yes.
14        Q.    Do you know whether Mr. Cruz
15    was given a copy of this?
16        A.    I believe he was -- or -- he
17   has access to it on the system.
18        Q.    Okay.
19        A.    I'm not sure how it worked,
20   though.
21        Q.    And do you know how the --
22    the numbers -- okay, those are, I think,
23    Table of Con -- I don't know if that's
24    the Table of Contents, but let me just
25    get to the second page.
```

```
                                      Page 59
 1                      Shah
 2                 Overall Scores, do you know
 3     what the scoring -- what the parameters
 4     were?
 5           A.    Like I said, we have a
 6     different system now.
 7                 So I don't recall what these
 8     parameters were.
 9           Q.    Okay.  And did you rate Mr.
10     Cruz a 4, about how engaged he was at
11     work?
12           A.    If that's what it says, then
13     I probably did that, yes.
14           Q.    Okay.  I'm just paging down.
15                 You know, if you look at
16     Number 2 here, is that something that you
17     would agree with?
18           A.    Yes.
19           Q.    Okay.  And, in Number 3, when
20     you talk about how Mr. Cruz could
21     improve, you talk about him learning
22     Excel, and that you would like to see him
23     come to you for additional work; is that
24     right?
25           A.    Yes.
```

```
 1                      Shah
 2        Q.    And you told Mr. Cruz that?
 3        A.    Absolutely.
 4        Q.    And did he come to you when
 5   he -- for additional work?
 6        A.    No.
 7        Q.    Did you, after this was
 8   given, at the end of '18, did you ever
 9   speak to him again about reminding him
10   that he needs to come to you for
11   additional work?
12        A.    I can't recall but, at that
13  point, Natalia was overseeing him on a
14  day-to-day basis.
15        Q.    So, for Number 6, when you
16   say:  I am not sure what is inferred by
17   BLBG values, did you ever ask anyone what
18   "BLBG values" are?
19        A.    I did not.
20        Q.    Are BLBG's values part of the
21   current review system?
22        A.    No.
23        Q.    For Number 7, it says:  What
24   is one thing this employee should stop
25   doing, and there's nothing there.
```

```
                                          Page 61
 1                      Shah
 2                So, did that indicate that
 3     Mr. Cruz -- that there was no behavior of
 4     his that needed to stop?
 5          A.    I don't believe so.
 6          Q.    So, there wasn't anything
 7     that he needed to stop doing; is that
 8     correct?
 9          A.    No.
10          Q.    What did he need to stop
11     doing?
12          A.    Uh -- I believe it's not
13     mentioned here, but taking long cigarette
14     breaks, falling asleep at his desk,
15     things of that nature, which are not
16     really work-related so much, so I'm
17     presuming, at that point, I didn't put
18     them in for that reason, because it
19     wasn't like part of review of his
20     performance work-wise -- work product, I
21     should say.
22          Q.    So did you ever tell -- by
23     the end of 2018, you thought that Mr.
24     Cruz was taking too many cigarette
25     breaks?
```

```
                                      Page 62
 1                      Shah
 2          A.    I believe so, yes.
 3          Q.    And did you tell him that?
 4          A.    I may have, on one occasion.
 5          Q.    Okay, and when would that
 6    have been?
 7          A.    I cannot recall.
 8          Q.    Did you ever document it to
 9    Mr. Cruz, that you felt that he was
10    taking too many breaks?
11          A.    I didn't.
12          Q.    Did anyone else?
13          A.    I can't say.
14          Q.    Did you ask anyone to do it,
15    to document that?
16          A.    I did not.
17          Q.    And in terms of falling
18    asleep at his desk, did you ever tell Mr.
19    Cruz that that was something that should
20    not happen?
21          A.    I may have.
22          Q.    Why do you say that?
23                Do you recall telling him
24    that?
25          A.    I do recall knocking on his
```

```
                                           Page 63
 1                      Shah
 2   cubicle (indicating) and saying:
 3   Charlie, wake up, you shouldn't be
 4   sleeping at your desk.
 5        Q.    Okay, when was that?
 6        A.    I can't say what day that
 7   was.
 8        Q.    Did you ever document that
 9    concern of yours with Mr. Cruz?
10        A.    I have in written form.
11        Q.    Do you know if anyone else
12    did?
13        A.    I don't know.
14        Q.    Number 9, you say here that
15    Mr. Cruz should communicate with you
16    more; is that right?
17        A.    If that's what it says.
18        Q.    Did you feel that way?
19        A.    Yes.
20        Q.    Did you tell Mr. Cruz, other
21    than in this document, that he needed to
22    communicate with you more?
23        A.    I'm sure I did.
24        Q.    And were you open to Mr.
25    Cruz's communications with you?
```

```
                                      Page 64
 1                    Shah
 2        A.    Absolutely.
 3        Q.    Now, Number 11, it addresses
 4   whether Mr. Cruz was a team player.
 5              Did you believe Mr. Cruz to
 6   be a team player?
 7        A.    As best as I could tell at
 8   that time.
 9        Q.    Did there come a time that
10   you thought that Mr. Cruz was not a team
11   player?
12        A.    Yes.
13        Q.    When was that?
14        A.    Probably towards end of --
15   beginning of the following year.
16        Q.    So you're talking January of
17   2019 or February?
18        A.    Yeah.
19        Q.    And what happened that made
20   you think that Mr. Cruz was not a team
21   player?
22        A.    I recall us -- um --
23   department, working on some 1099s, and we
24   kind of needed all hands on deck
25   situation.  And, from what I understand,
```

```
                                         Page 65
 1                      Shah
 2   he wasn't being very helpful with Natalia
 3   and assisting them --
 4           Q.    All right.
 5           A.    -- with that.
 6           Q.    And was that ever documented,
 7    that Mr. Cruz not being a team player,
 8    allegedly, on that occasion?
 9           A.    It may have.
10           Q.    Why do you say that?
11           A.    Because I'm not a hundred-
12   percent sure if it was or it was not, but
13   it's possible it was by the time.
14           Q.    Have you ever seen it
15    documented anywhere?
16           A.    I'm thinking that Natalia saw
17   a performance evaluation of him.  I think
18   it may have been mentioned there, but I'm
19   not a hundred percent sure.
20           Q.    But that was a document that
21    was not shown to Mr. Cruz; right?
22           A.    I can't answer.  I don't
23   know.
24           Q.    All right.  Now, I think we
25    just have one more document for you.
```

```
                                           Page 66

 1                         Shah
 2                  Well, before I do that.
 3     Other than what you've testified about up
 4     to now, did you have any other issues
 5     with Mr. Cruz's performance?
 6          A.    No.
 7          Q.    Okay.  And I think one of Mr.
 8     Cruz's responsibilities was handling
 9     petty cash; correct?
10          A.    Correct.
11          Q.    And he performed that in a
12     satisfactory manner?
13          A.    Correct.
14          Q.    And then another one was
15     paying invoices; correct?
16          A.    It's a very general statement,
17     but --
18          Q.    Okay, yeah, I'm sorry.
19                  What was Mr. Cruz's role in
20     connection with the payment of invoices?
21          A.    Just entering information in
22     by -- into cases.
23          Q.    All right.  Well, didn't
24     vendors, also, contact Mr. Cruz if they
25     hadn't been paid?
```

```
 1                    Shah
 2        A.    I don't know if they did.
 3        Q.    Okay.  To your knowledge, who
 4   was the finance department's contact with
 5   vendors?
 6        A.    Eleanor Derrick, at that
 7   point.
 8        Q.    Who?
 9        A.    Eleanor.
10        Q.    Okay.  Wasn't she the one who
11   was let go?
12        A.    Yes, but she -- right.  So
13   she was the contact person, and she cut
14   the checks.
15        Q.    And after she was let go, who
16   took over that role?
17        A.    Natalia did.
18        Q.    So, in terms of the
19   responsibilities of Mr. Cruz connected to
20   the payment of invoices, did he perform
21   those responsibilities acceptably?
22        A.    Most of the time.
23        Q.    Were there times that he
24   didn't?
25        A.    Yes.
```

```
                                        Page 68
 1                      Shah
 2         Q.     And what were those?  What
 3    were those situations?
 4         A.     Uh -- generally speaking, not
 5    putting in information on time, putting
 6    it into the wrong matters, or forgetting
 7    to do things, you know, piling up on his
 8    desk, and things of that nature.
 9         Q.     Were those issues -- alleged
10    issues, ever addressed with Mr. Cruz?
11         A.     It's possible, yes.
12         Q.     Do you have a recollection of
13    addressing them with him?
14         A.     I do not.
15                Please keep in mind that a
16    lot of this information is over three
17    years ago, and I'm trying my best to
18    remember them, but I don't have a
19    recollection.
20                I think Natalia spoke to him
21    about it.  Like I mentioned, she was
22    hired shortly thereafter she.  Was
23    responsible for him on a day-to-day
24    basis.  She dealt with him more.
25                But I will answer whatever I
```

Page 69

```
 1                    Shah
 2  can.
 3        Q.    Fine.  You know, it's okay.
 4              Now, throughout your career,
 5   you've managed people; correct?
 6        A.    Yes.
 7        Q.    And have you ever been told
 8   that it's important to keep a record of
 9   contemporaneous documentation of an
10   employee's performance?
11        A.    If it's warranted.
12        Q.    And have you ever been told
13   that one of the reasons to keep
14   contemporaneous records of performance,
15   and of communications about performance,
16   is so that, then, three years later, you
17   know, we're not relying on your memory?
18        A.    Honestly, I've never been
19  sued for anything before, and I
20  personally don't hold onto documents
21  thinking, five years from now, somebody's
22  going to sue me based on this.
23              So that's a difficult thing
24  for me to answer.
25        Q.    Have you ever been the
```

```
                                          Page 70
 1                      Shah
 2    subject of any kind of complaint of
 3    discrimination?
 4          A.    Never.
 5          Q.    Other than this situation?
 6          A.    Allegedly, this time.
 7          Q.    All right.
 8                (Whereupon, Deposition
 9          Plaintiffs' Exhibit 5, Document,
10          the first page says:  CC Follow up,
11          was marked for purposes of
12          identification, as of this date.)
13                MR. SOLOTAROFF:  This
14          document was on the screen before.
15          So this is Exhibit 5?
16                MR. KEIL:  I believe so.
17                MR. SOLOTAROFF:  Okay.
18          Q.    Mr. Shah, do you recognize
19    this document?
20          A.    (Pause.)
21          Q.    Let me know if you want me to
22    page down.
23          A.    (Pause.)
24          Q.    Do you want me to page down,
25    or?
```

```
                                      Page 71
 1                    Shah
 2        A.    Yeah -- I mean, I've seen it,
 3   but I didn't really focus on it, let's
 4   put it that way.
 5        Q.    Who wrote this document, to
 6    your knowledge?
 7        A.    His direct supervisor,
 8   Natalia O'Donnell.
 9        Q.    Okay.  By the way, is
10    there -- was there an org. chart for the
11    finance department during the 2018/2019
12    period?
13        A.    I don't know.
14        Q.    Did you ever see one?
15        A.    No.
16        Q.    Did you direct Ms. O'Donnell
17    to go through Mr. Cruz's desk after his
18    departure?
19        A.    No.
20        Q.    Do you know whose idea it was
21    to go through his desk?
22        A.    I don't know.
23        Q.    Okay.  And did you -- so, I
24    guess you didn't -- you never
25    familiarized yourself with the matters
```

```
                                          Page 72

 1                    Shah
 2    that are discussed in this document; did
 3    you?
 4          A.    No.
 5          Q.    Okay.
 6                MR. KEIL:  Just to clarify,
 7          Mr. Solotaroff, that question was
 8          pretty ambiguous, are you asking
 9          about the subject matter described
10          in the document or are you asking
11          if he studied the document itself
12          or --
13                MR. SOLOTAROFF:  Well --
14                MR. KEIL:  -- something else?
15                MR. SOLOTAROFF:  Fair enough.
16                Let me ask a different
17          question.
18                MR. KEIL:  Okay.
19    BY MR. SOLOTAROFF:
20          Q.    Well, first of all, did you
21    read this document at around the time it
22    was created?
23          A.    I don't recall if I did.
24          Q.    Did you do any investigation
25    to see whether the things that are
```

```
                                      Page 73
 1                    Shah
 2     described in this document are --
 3     actually occurred?
 4          A.    There's a lot of information
 5     in there.  You're just showing me the
 6     first three -- the first few sentences,
 7     and I don't think I did anything, because
 8     it's just -- once the person was let go,
 9     it didn't make sense for me to go and see
10     what he did or what he didn't do.
11               He was already let go at that
12     point.
13          Q.    Fair enough.  Let's just
14     start with these first four bullet
15     points.
16               Do you know whether there was
17     a reason that these invoices were on Mr.
18     Cruz's desk at the time of his
19     termination?
20          A.    I don't know.
21          Q.    What's that?
22          A.    I don't know.
23          Q.    Okay.  One of the things that
24     occurred, at Bernstein Litowitz, was
25     that, at the time the case was settled,
```

```
                                      Page 74
1                         Shah
2     there would have to be some sort of
3     reconciliation of the expenses that had
4     been incurred during the pendency of that
5     case; right?
6          A.    Yes.
7          Q.    And some of these cases have
8     gone on for many, many years; is that
9     correct?
10         A.    Yes.
11         Q.    Now, I'm addressing these --
12    the bullet points that are on the screen
13    now; right?
14         A.    Okay.
15         Q.    Did you address any of these
16    matters -- some of them we've discussed,
17    but -- the first two, but did you ever
18    address with Mr. Cruz the bottom -- the
19    last four bullet points here?
20         A.    (Pause) -- I did not.
21         Q.    So, then, the last two bullet
22    points, here did you ever address these
23    with Mr. Cruz?
24         A.    No.
25         Q.    All right.
```

Page 75

                        Shah
 1
 2              MR. SOLOTAROFF:  Let's just
 3         take another break.  I may not have
 4         much more, if anything.  Let me
 5         just consult with my colleagues,
 6         and we'll be back to you in about
 7         ten minutes.
 8              MR. KEIL:  Okay, so about 10
 9         of 12?
10              MR. SOLOTAROFF:  Yes.
11              MR. KEIL:  Okay, see you
12         then.
13              THE WITNESS:  Thank you.
14              (Recess taken:  11:40 a.m. -
15         11:50 a.m.)
16              (Whereupon, Deposition
17         Plaintiffs' Exhibit 6, Document,
18         the top e-mail is one that the
19         witness sent to Mr. Cruz in June of
20         2018, was marked for purposes of
21         identification, as of this date.)
22   BY MR. SOLOTAROFF:
23         Q.   Mr. Shah, do you see the
24    e-mail that's up on the screen?
25         A.   Yes.

```
                                    Page 76
 1                  Shah
 2        Q.    And is that an e-mail that --
 3    the top e-mail, is that one that you sent
 4    to Mr. Cruz in June of 2018?
 5        A.    Yes.
 6        Q.    Okay.  And did you ask Mr.
 7    Cruz to assemble certain information in
 8    Excel?
 9        A.    Correct.
10        Q.    Did Mr. Cruz do this --
11    perform this task for you?
12        A.    I don't believe he did.
13        Q.    Why do you not believe that?
14        A.    Because I found out, shortly
15    after, that he did not use Excel.
16        Q.    So it's your testimony that
17    prior to this time you assumed that Mr.
18    Cruz knew how to use Excel?
19        A.    I would say yes.
20        Q.    And, tell me again, how long
21    had you been at Bernstein Litowitz by
22    June of 2018?
23        A.    Probably a month, maybe less.
24        Q.    All right.
25              MR. SOLOTAROFF:  The next
```

Page 77

```
1                      Shah
2        document up.
3                 (Whereupon, Deposition
4        Plaintiffs' Exhibit 7, E-mail, was
5        marked for purposes of
6        identification, as of this date.)
7        Q.    Mr. Shah, I'm just going to
8    page down -- well, let me just -- from
9    what's on the screen, do you recognize
10   this e-mail?
11       A.    Yes.
12       Q.    Do you remember this
13   situation?
14       A.    I guess, yes.
15       Q.    Do you want me to page down a
16   little bit more?
17             I think I might --
18       A.    Yeah, can you provide me some
19   more context, instead of just showing me
20   one e-mail --
21       Q.    Well --
22       A.    -- sort of a piece of the
23   pie?
24       Q.    I mean, look, you know,
25   unfortunately, the way we're doing it is
```

```
                                               Page 78
 1                    Shah
 2     I'm controlling the cursor, but I'm at
 3     your -- whatever you want me to do, I'll
 4     do.
 5                Just tell me --
 6          A.    Go to, I guess, the first --
 7          Q.    The bottom?
 8          A.    Yes.
 9          Q.    Okay, that's the bottom --
10     okay.
11          A.    Okay.
12          Q.    All right.  Now, do you see
13     those, (scrolling)?
14          A.    Yes.
15          Q.    (Scrolling.)
16          A.    (Pause) -- okay.
17          Q.    (Scrolling.)
18          A.    (Pause) -- okay -- okay --
19     okay.
20          Q.    All set?
21          A.    Yes.
22          Q.    So, first of all, who is Raul
23     Romero?
24          A.    He was the director of IT.
25          Q.    And did he do training of
```

Page 79

1                         Shah
2     people on how to use certain of the
3     firm's software?
4           A.    It's possible.
5           Q.    Well, do you see him
6     referencing here a 20-minute class on
7     showing secretaries how to run Loadstar
8     and other reports in ProLaw?
9               Do you see that?
10          A.    Yes.
11          Q.    Do you know if Mr. Romero,
12    also, could provide training in other
13    software applications?
14          A.    I can't speak to his
15   knowledge of other software applications.
16          Q.    Did you ever look into
17    whether Mr. Romero was someone who could
18    train Mr. Cruz on Excel?
19          A.    No.
20          Q.    Did you ever speak to Mr.
21    Romero about --
22          A.    Mr. Romero was the director
23   of IT.  I didn't expect him to teach
24   somebody Excel.
25          Q.    Okay.  Well, did you ever

Page 80

```
 1                    Shah
 2   speak to Mr. Romero about whether it
 3   would be possible to obtain outside
 4   training in Excel for Mr. Cruz, or anyone
 5   else?
 6        A.    I don't recall.
 7        Q.    Did the firm have someone
 8   whose job it was to train staff in
 9   various things?
10        A.    It's a broad question.
11        Q.    Well, is there someone whose
12   title was director of training, or
13   anything like that?
14        A.    No.
15        Q.    All right.  Now, if we look
16   at this e-mail chain, Mr. Cruz states
17   that he didn't want anyone else running
18   expense reports; correct?
19        A.    Yes.
20        Q.    And that was something that
21   you agreed with him about; right?
22        A.    Yes.
23        Q.    All right.
24              Hold on, I think we just are
25   down to one last document.
```

```
                                            Page 81
 1                      Shah
 2              (Whereupon, Deposition
 3         Plaintiffs' Exhibit 8, Document,
 4         entitled Accounting Team Processes,
 5         was marked for purposes of
 6         identification, as of this date.)
 7         Q.    Do you see this document,
 8    entitled Accounting Team Processes?
 9         A.    Yes.
10         Q.    Do you recognize it?
11         A.    No.
12         Q.    Okay.  And I'm happy to show
13    you the whole document, but does this
14    document relate to the tenure prior to
15    your arrival at the firm, as far as you
16    know?
17         A.    Yes, possibly.
18         Q.    I'm just going to go down
19    slowly, just to see if there's anything
20    in here which confirms that for you.
21    (Scrolling.)
22              Do you want me to keep going,
23    or?
24         A.    Are you going to ask me about
25    Lumpa or are you going to ask me about --
```

Page 82

                            Shah

1

2      Q.     No.   Based on what I showed

3   you about Charlie --

4      A.     I haven't seen this document.

5      Q.     What's that?

6      A.     I haven't seen this document.

7             It's not something that I've

8   written.

9      Q.     Okay, but the description of

10   Mr. Cruz's duties, did those appear to be

11   his duties, when you were supervising

12   him?

13      A.     More or less, yes.

14      Q.     All right.

15             MR. SOLOTAROFF:  So I don't

16        think I have any additional

17        questions.

18             Thank you, Mr. Shah, for your

19        time.

20             THE WITNESS:  Okay.  Thank

21        you.

22             MR. SOLOTAROFF:  Mr. Keil, do

23        you have anything?

24             MR. KEIL:  I have no questions

25        for the witness.

```
                                          Page 83
 1                        Shah
 2              Mr. Solotaroff, will you be
 3         sending us a transcript?
 4              MR. SOLOTAROFF:  Yes.
 5              MR. KEIL:  All right.  So, I
 6         have nothing to add.
 7              Thank you very much for an
 8         efficient deposition.
 9              (Time noted:  11:59 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 84

```
 1
 2          A C K N O W L E D G M E N T
 3
 4   STATE OF NEW YORK )
                         : ss.
 5   COUNTY OF NEW YORK)
 6
 7              I, ROBERT SHAH, certify that
 8   the foregoing is a true and accurate
 9   transcript of testimony given by me on
10   the __ day of _____ 2021.
11              I have made all corrections
12   to the testimony which I believe
13   necessary on the sheet attached hereto.
14
15
16                  _____
17                  ROBERT SHAH
18
19   Subscribed and sworn to
20   before me this _____
21   day of _____, 2021.
22
23   _____
24   (Notary Public)
25   My Commission Expires _____
```

Page 85

1
2                C E R T I F I C A T E
3

   STATE OF NEW YORK )
4                        : ss.
   COUNTY OF NEW YORK)

5
6           I, Wendy D. Boskind, an RPR
7    and Notary Public within and for the State
8    of New York, do hereby certify:
9           That ROBERT SHAH, the witness
10   whose testimony is hereinbefore set
11   forth, was duly sworn by me and that such
12   transcript is a true and accurate record
13   of the testimony given by the witness.
14       I further certify that I am not
15   related to any of the parties to this
16   action by blood or marriage, and that I
17   am in no way interested in the outcome of
18   this matter.
19           IN WITNESS WHEREOF, I have
20   hereunto set my hand this 24th day of
21   November, 2021.
22
23
                    _Wendy D. Boskind_
24           WENDY D. BOSKIND, RPR
25

Page 86

```
 1
 2              (Whereupon, counsel was
 3          requested to give instruction
 4          regarding the witness's review of
 5          the transcript pursuant to the
 6          Rules.)
 7
 8              SIGNATURE:
 9
10   It was agreed by and between counsel and
11   the parties that the Deponent will read
12   and sign the transcript of said deposition.
13
14
15
16              TRANSCRIPT DELIVERY:
17
18   Counsel was requested to give instruction
19   regarding delivery of transcript.
20
21      Original + 2 Copies:  Mr. Solotaroff
22
23
24
25
```

Page 87

1
2    November 10, 2021
3
                      INDEX
4                                        Page
5
     WITNESS:
6
     ROBERT SHAH
7
8
     EXAMINATION
9
     BY MR. SOLOTAROFF:                   5
10
11
12
                      EXHIBITS
13   Plaintiffs'
14   Exhibit 1   Document, with a        20
                 list of names
15
     Exhibit 2   Document, the first     44
16               bullet point
                 mentions The Breakers
17
     Exhibit 3   Document, dated May     50
18               20th, 2019, which is
                 Bates stamped BLBG
19               0406
20   Exhibit 4   Document, at the top    57
                 of the page it says:
21               Charlie Cruz
                 (archived)
22               Management Copy.  Do
                 Not Share
23
     Exhibit 5   Document, the first     70
24               page says:  CC
                 Follow up
25

```
                                          Page 88
 1
 2              EXHIBITS (Cont'd)
    Plaintiffs'
 3
    Exhibit 6   Document, the top       75
 4              e-mail is one that
                the witness sent to
 5              Mr. Cruz in June of
                2018
 6
    Exhibit 7   E-mail                  77
 7
    Exhibit 8   Document, entitled      81
 8              Accounting Team
                Processes
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 89**

1
2                    ERRATA SHEET
                      VERITEXT
3                   1-800-727-6396
4    NAME OF CASE:        Cruz -v- Bernstein
     DATE OF DEPOSITION:  November 10, 2021
5    NAME OF DEPONENT:    Robert Shah
6        I wish to make the following changes,
     for the following reasons:
7
     PAGE LINE
8    ____ ____      CHANGE: _____
                    REASON: _____
9    ____ ____      CHANGE: _____
                    REASON: _____
10   ____ ____      CHANGE: _____
                    REASON: _____
11   ____ ____      CHANGE: _____
                    REASON: _____
12   ____ ____      CHANGE: _____
                    REASON: _____
13   ____ ____      CHANGE: _____
                    REASON: _____
14   ____ ____      CHANGE: _____
                    REASON: _____
15   ____ ____      CHANGE: _____
                    REASON: _____
16   ____ ____      CHANGE: _____
                    REASON: _____
17   ____ ____      CHANGE: _____
                    REASON: _____
18
                            _____
19
                            ROBERT  SHAH
20
21   Subscribed and sworn to
     before me this ____ day
22   of _____, 2021.
23   _____
     (Notary Public)
24   _____
     My Commission Expires:
25

**[& - archived]**                                                                Page 1

**&**

**&**   1:9 2:4,16 3:7
10:22 11:18,24
12:3 13:7,11

**0**

**0406**   50:10,15
87:19
**08596**   1:3

**1**

**1**   20:24 87:14
**1-800-727-6396**
89:3
**10**   1:13 75:8 87:2
89:4
**10004**   2:8
**10017**   2:20
**1099s**   23:23 64:23
**10:01**   1:14
**10th**   2:7
**11**   64:3
**11:06**   57:4
**11:18**   57:5
**11:40**   75:14
**11:50**   75:15
**11:59**   83:9
**12**   75:9
**14-1/2**   11:8
**18**   60:8
**1991**   11:5
**1:20**   1:3

**2**

**2**   44:8 59:16 86:21
87:15
**20**   34:25 79:6
87:14
**2005**   11:10
**2006**   11:12,14
**2018**   14:22 19:11
26:24 30:22 31:16
32:3,13 36:21

37:4,7,13,18 49:2
61:23 75:20 76:4
76:22 88:5
**2018/2019**   71:11
**2019**   36:19 46:20
46:21 50:9,24
52:20 53:17 64:17
87:18
**2020**   36:20
**2021**   1:13 84:10,21
85:21 87:2 89:4
89:22
**20th**   50:9,23 87:18
**212**   2:22
**22**   23:5
**2209**   85:23
**24th**   85:20
**25**   2:19 34:25
**27th**   51:19 52:20

**3**

**3**   50:8 52:9 59:19
87:17
**36**   22:10

**4**

**4**   57:12 59:10
87:20
**40**   20:19
**44**   87:15

**5**

**5**   70:9,15 87:9,23
**50**   87:17
**52**   20:4
**57**   87:20

**6**

**6**   60:15 75:17 88:3
**646**   2:12

**7**

**7**   60:23 77:4 88:6
**70**   87:23
**747**   2:18
**75**   53:12 88:3
**758-7862**   2:22
**77**   88:6

**8**

**8**   81:3 88:7
**80**   53:12
**81**   88:7

**9**

**9**   63:14
**90**   2:6
**964-9609**   2:12

**a**

**a.m.**   1:14 57:4,5
75:14,15 83:9
**absolutely**   60:3
64:2
**acceptably**   67:21
**access**   58:17
**account**   23:24
**accountant**   10:21
24:2
**accounting**   10:5
10:18 18:11 24:7
33:24 81:4,8 88:8
**accounts**   18:8 22:7
32:17 37:22 48:3
**accurate**   84:8
85:12
**action**   85:16
**add**   83:6
**adding**   55:15
**additional**   18:5
25:13 59:23 60:5
60:11 82:16
**address**   38:25
74:15,18,22

**addressed**   68:10
**addresses**   64:3
**addressing**   68:13
74:11
**administer**   4:19
**administration**
41:12
**age**   20:8,19
**ageing**   35:3
**aggregate**   48:11
**ago**   68:17
**agree**   59:17
**agreed**   4:3,9,13
80:21 86:10
**agreement**   1:19
**alleged**   68:9
**allegedly**   65:8
70:6
**ambiguous**   72:8
**american**   47:21
**amy**   2:11
**analysis**   23:24
**anderson**   2:4 3:7
**answer**   5:24 6:7
18:16 20:20 41:24
46:7 65:22 68:25
69:24
**answering**   5:20
6:16,18
**appear**   20:5,18
82:10
**appearances**
35:18
**applications**   79:13
79:15
**applied**   15:9
**appropriate**   36:11
**approximately**
19:24
**archived**   57:14
58:10 87:21

**area**  10:18
**arobinson**  2:14
**arrange**  40:14
**arrival**  16:24 41:6
  41:18 81:15
**asked**  25:11 44:3
  53:20 56:13
**asking**  5:19 6:15
  72:8,10
**asleep**  61:14 62:18
**assemble**  76:7
**assessment**  53:6
  53:23 55:13,23
  56:4
**assist**  23:23
**assisting**  65:3
**associated**  28:21
  42:24 43:11
**assume**  29:7 39:14
**assumed**  76:17
**attached**  84:13
**attend**  40:15
**attorney**  8:17
**attorneys**  2:5,17
  4:18
**available**  40:8
**avenue**  2:18
**aware**  40:4

**b**

**b**  5:2
**bachelor's**  24:7
**back**  42:19 43:18
  57:10 75:6
**background**  9:25
  24:5
**bad**  52:8
**bartlett**  10:22
**based**  43:7 56:8
  69:22 82:2
**basically**  18:13
  25:17 32:17 48:17

51:8
**basis**  60:14 68:24
**bates**  50:10,15
  87:18
**began**  17:24
**beginning**  9:25
  44:20 64:15
**behavior**  61:3
**believe**  11:4 14:21
  17:9,13 24:6
  29:11 32:2 35:12
  36:25 38:10 39:16
  40:17 41:9 50:3
  50:21 52:10 54:12
  54:18 55:8 58:16
  61:5,12 62:2 64:5
  70:16 76:12,13
  84:12
**believed**  37:8
**belongings**  28:14
**benefit**  6:12
**benson**  14:5
**berger**  1:9
**bernstein**  1:9 9:10
  9:15 14:24 15:4
  15:18 16:10,21
  19:4 29:23 36:12
  36:23 73:24 76:21
  89:4
**best**  64:7 68:17
**better**  13:4
**billing**  18:11
**bills**  32:23
**bit**  45:20 57:21
  77:16
**blb&g**  14:19
**blbg**  50:10,15
  60:17,18 87:18
**blbg's**  60:20
**blessing**  9:22

**blood**  85:16
**boskind**  1:20 5:5
  85:6,24
**bottom**  74:18 78:7
  78:9
**break**  6:22,23,25
  56:25 75:3
**breakers**  44:10
  45:9 87:16
**breaks**  61:14,25
  62:10
**broad**  2:6 80:10
**brophy**  3:5
**brought**  43:4
**budgeting**  18:12
**buffalo**  10:4,17
**bullet**  44:9 45:8
  73:14 74:12,19,21
  87:16

**c**

**c**  2:2 3:2 84:2 85:2
  85:2
**capacity**  22:18
**capital**  18:8
**career**  69:4
**case**  1:3 7:21 8:4
  8:13 9:15 48:12
  48:18 73:25 74:5
  89:4
**cases**  48:9 66:22
  74:7
**cash**  66:9
**catherine**  9:16,21
  9:21
**cc**  70:10 87:24
**certain**  76:7 79:2
**certification**  4:5
**certified**  10:12,14
**certify**  84:7 85:8
  85:14

**cfo**  12:22
**chain**  80:16
**change**  30:9 55:17
  89:8,9,10,11,12,13
  89:14,15,16,17
**changed**  46:13
**changes**  18:9
  47:10 89:6
**charlie**  1:4 18:25
  43:5 57:14 58:9
  63:3 82:3 87:21
**charlie's**  51:7
**chart**  71:10
**checks**  67:14
**chief**  15:23
**cigarette**  61:13,24
**circumstances**
  17:18
**city**  10:23 12:19
  13:14
**clarify**  72:6
**class**  79:6
**classes**  40:5,8
**clerical**  25:14
**clerks**  26:6
**codes**  23:22
**collazo**  2:16
**collazokeil.com**
  2:23
**colleague**  15:5,7
**colleagues**  75:5
**colleges**  39:17
**color**  42:21
**colored**  43:21,23
**colors**  42:24 43:10
**combination**
  28:20 30:18 31:13
**come**  36:8 49:16
  59:23 60:4,10
  64:9

command   32:18
comment   14:15
commission   84:25
  89:24
communicate
  63:15,22
communications
  24:19 63:25 69:15
community   28:22
complained   35:21
  36:4
complaint   7:25
  70:2
computer   28:19
  29:2,10,13,18
  43:20
con   58:23
concentration
  10:5
concern   63:9
conclusions   37:14
confirms   81:20
connected   67:19
connection   56:17
  66:20
consult   75:5
cont'd   3:2 88:2
contact   66:24 67:4
  67:13
contemporaneous
  69:9,14
contents   58:24
context   46:4 77:19
continue   36:11,23
controller   11:25
  17:10,22
controlling   78:2
conver   38:15
conversation   26:8
  27:13 46:19

conversations
  38:5,10 46:10
copies   86:21
copy   57:15 58:10
  58:15 87:22
correct   9:20,23
  10:24 15:11 16:22
  22:5,8,13,14 23:12
  27:4 32:15 37:15
  38:3 50:4 61:8
  66:9,10,13,15 69:5
  74:9 76:9 80:18
corrections   84:11
counsel   4:3 86:2
  86:10,18
county   84:5 85:4
course   44:21
court   1:2 4:16,18
  6:12
cpa   10:10
created   72:22
credit   12:9
criminal   7:14
crisis   12:10
cruz   1:4 18:25
  22:12,16 23:11
  24:19,23 26:17
  27:7,25 28:10,12
  29:21 30:16,24
  31:15 32:9 34:8
  34:12 35:21,25
  36:4,10,22 38:16
  38:19,25 40:15
  41:7 44:3 45:22
  46:2,11,24 47:20
  48:4,25 49:9,19
  51:10,13 52:15,19
  52:25 54:2,9,20
  55:6 57:14 58:9
  58:14 59:10,20
  60:2 61:3,24 62:9

  62:19 63:9,15,20
  64:4,5,10,20 65:7
  65:21 66:24 67:19
  68:10 74:18,23
  75:19 76:4,7,10,18
  79:18 80:4,16
  87:21 88:5 89:4
cruz's   24:8 28:13
  28:19 29:2,17
  32:20 34:11,19
  37:7 38:7 41:17
  42:20 43:20 44:2
  53:4 56:18 57:9
  63:25 66:5,8,19
  71:17 73:18 82:10
cubicle   33:10
  34:11,12,14,19
  63:2
current   60:21
cursor   21:22 23:2
  78:2
cut   67:13
cv   1:3

## d

d   1:19 5:5 84:2
  85:6,24
date   19:13 21:3
  26:16 36:18 44:12
  50:12 53:2 57:17
  70:12 75:21 77:6
  81:6 89:4
dated   50:9,23 51:2
  87:17
day   60:14,14 63:6
  68:23,23 84:10,21
  85:20 89:21
dealt   68:24
decide   36:9,15
  52:24
decided   52:14
  55:4,6

decision   19:19
  52:17,21 54:6,8,9
  54:25 55:2,11
  56:8,11
deck   64:24
defendant   1:10
  2:17 7:11,14
definitely   55:14
degree   10:4 24:3,7
delivery   86:16,19
department   16:11
  18:9,13 25:3 26:5
  26:10 30:10 33:4
  33:21,24 34:16
  36:13 42:6 47:16
  47:19 64:23 71:11
department's   67:4
departure   17:18
  24:9 71:18
depends   46:3
deponent   86:11
  89:5
deposed   5:13 7:5
deposition   1:17
  4:6,13 7:20 8:17
  9:17 20:23 44:7
  50:7 57:11 70:8
  75:16 77:3 81:2
  83:8 86:12 89:4
derrick   18:25 67:6
described   72:9
  73:2
description   82:9
desk   61:14 62:18
  63:4 68:8 71:17
  71:21 73:18
detail   9:12 21:13
determining   54:20
different   23:10,13
  23:15,25 48:6
  52:5 56:14 59:6

72:16
**differently** 58:7
**difficult** 69:23
**difficulties** 51:24
**direct** 71:7,16
**direction** 34:21
**directly** 34:8
**director** 13:17
14:6 15:2 16:13
16:17,20 18:6
78:24 79:22 80:12
**discovery** 8:3,13
**discriminating**
36:5
**discrimination**
43:7 70:3
**discussed** 31:23
45:16 55:20 56:5
72:2 74:16
**discussion** 38:21
50:6
**district** 1:2,2
**divided** 24:13
**document** 8:11
20:24 21:10,15,16
21:19 44:8,13
45:3 50:8,14,16
51:4,9,22 52:3,5,9
52:13 55:24 56:15
56:16,17 57:12,19
62:8,15 63:8,21
65:20,25 70:9,14
70:19 71:5 72:2
72:10,11,21 73:2
75:17 77:2 80:25
81:3,7,13,14 82:4
82:6 87:14,15,17
87:20,23 88:3,7
**documentation**
69:9

**documented** 65:6
65:15
**documents** 7:22
7:23 8:3 49:25
69:20
**doing** 6:13 25:14
26:14 46:17 55:12
60:25 61:7,11
77:25
**draws** 43:16
**due** 12:9
**duly** 5:3 85:11
**duties** 82:10,11

**e**

**e** 2:2,2,11 3:2,2 5:2
75:18,24 76:2,3
77:4,10,20 80:16
84:2,2 85:2,2 88:4
88:6
**eager** 47:11
**earlier** 31:12
**early** 26:22 36:19
53:12
**economic** 12:9
**education** 10:8
**educational** 9:25
24:5
**effect** 4:15
**efficient** 83:8
**either** 41:14 53:7
**eleanor** 18:25 19:9
67:6,9
**ellsworth** 13:8,11
**employed** 17:11
19:4 24:11 36:12
47:20
**employee** 60:24
**employee's** 69:10
**employees** 18:19
25:2,8 26:12 54:3
54:10

**employment** 36:23
**engaged** 59:10
**english** 11:19,24
12:3
**enter** 23:21 48:21
48:23
**entering** 32:24
66:21
**entitled** 81:4,8
88:7
**errata** 89:2
**especially** 6:13
**esq** 2:9,11,21
**essentially** 17:24
**evaluate** 39:6
**evaluation** 37:2,6
58:3 65:17
**evaluations** 41:17
**everybody** 25:11
**exact** 19:13
**exactly** 23:9 38:23
**exam** 10:11
**examination** 5:9
87:8
**examined** 5:6
**excel** 39:3,7,8,14
39:20 40:2,4,9,16
41:2,8,23 42:2,8
42:11 49:15 59:22
76:8,15,18 79:18
79:24 80:4
**exercise** 17:25
**exercised** 18:2,6
24:9,10
**exhibit** 20:24 44:8
50:8 57:12 70:9
70:15 75:17 77:4
81:3 87:14,15,17
87:20,23 88:3,6,7
**exhibits** 49:24
87:12 88:2

**existing** 16:10
25:2
**expand** 30:21
37:24 39:4 49:15
**expect** 79:23
**expense** 80:18
**expenses** 48:9,12
48:15,18,21 74:3
**experience** 41:21
**expires** 84:25
89:24
**express** 47:21

**f**

**f** 85:2
**fair** 72:15 73:13
**falling** 61:14 62:17
**familiarize** 25:8
26:9
**familiarized** 71:25
**far** 34:23 51:7
81:15
**february** 64:17
**feel** 63:18
**feet** 34:24,25
**felt** 62:9
**filing** 4:5 43:7
**finance** 10:6 13:17
14:6 15:2 16:11
16:14,18,20,24
18:6 25:3 30:17
33:3,21 34:15
36:12 47:16,19
67:4 71:11
**fine** 34:22 69:3
**finish** 6:15,17
**firm** 8:12 9:10
12:16,24 13:10,16
13:24 17:12,19
19:10 24:23 25:4
25:7 27:9 28:14
33:16,19 40:23

41:18 43:6 45:17
53:5,17 54:2,10
55:2,13,16,22,25
56:4,6 80:7 81:15
**firm's** 18:10 79:3
**first** 5:3,23 10:20
16:20 25:7,10
29:22 34:12 43:9
44:9 45:8 70:10
72:20 73:6,6,14
74:17 78:6,22
87:15,23
**fit** 14:11
**five** 13:20 14:8
31:4 69:21
**flag** 28:20,24 29:2
29:17 42:20 43:20
43:22
**floor** 2:7,19
**florida** 45:12
**focus** 71:3
**follow** 70:10 87:24
**following** 64:15
89:6,6
**follows** 5:7
**force** 4:15
**foregoing** 84:8
**forgetting** 68:6
**form** 4:10 63:10
**former** 15:17
**forth** 85:11
**found** 43:6 76:14
**four** 73:14 74:19
**further** 4:8,12,17
85:14

**g**

**g** 84:2
**gay** 27:25 28:4,7
28:10,15,16 36:6
42:24 43:11,15

**general** 39:2 46:6
66:16
**generally** 68:4
**genie** 15:16
**gesture** 25:20
**gesturing** 35:7
45:23 47:5
**getting** 35:14
**giskan** 2:4 3:7
**give** 5:16 7:16 9:24
38:12 39:4 86:3
86:18
**given** 7:6 40:18,22
41:6 58:15 60:8
84:9 85:13
**go** 12:10 26:12
44:19 45:19 51:16
53:15,20,22 54:2,3
54:9,10 56:8
57:10 67:11,15
71:17,21 73:8,9,11
78:6 81:18
**going** 5:17 23:17
23:20,21,23 25:20
30:9 42:19 52:15
52:25 53:17 54:20
55:7 56:24 57:20
69:22 77:7 81:18
81:22,24,25
**good** 5:11,12 34:5
34:7,10
**graduated** 10:4
**graduating** 10:16
**graduation** 10:2
**graham** 1:4
**grais** 13:7,11
**gray** 35:6,10
**grayer** 35:15
**greeting** 34:4
**grossman** 1:9

**ground** 5:17
**group** 15:8 30:2
47:23,25 48:5
55:4,10
**gslawny.com** 2:13
2:14
**guess** 49:6 71:24
77:14 78:6
**guys** 17:5

**h**

**h** 5:2,2 41:15
**h.r.** 55:4
**habit** 34:3
**hair** 35:6,10,14
**half** 12:4
**hand** 25:19 85:20
**handled** 47:21
**handling** 66:8
**hands** 64:24
**happen** 62:20
**happened** 27:19
64:19
**happy** 81:12
**hard** 35:13
**head** 6:8 15:18
**headed** 16:23
**heard** 41:9
**held** 1:17 23:11
**helpern** 12:15
**helpful** 44:18 65:2
**hereinbefore**
85:10
**hereto** 4:4 84:13
**hereunto** 85:20
**hierarchical** 26:4
**high** 10:2
**hire** 16:13
**hired** 14:24 22:15
22:17 23:9 31:25
32:5 37:21 39:19
68:22

**hold** 27:23 52:8
69:20 80:24
**honestly** 69:18
**horizons** 39:4
49:15
**horovitz** 9:19 16:3
45:16,22 46:10,19
47:3,14
**horovitz's** 15:22
**hotel** 45:11
**hour** 56:24
**hours** 9:8
**human** 15:18
**hundred** 65:11,19

**i**

**idea** 20:2,14 26:14
71:20
**identification** 21:2
44:11 50:11 57:16
70:12 75:21 77:6
81:6
**identified** 53:7
55:13
**idle** 49:17
**impetus** 53:14
**important** 69:8
**improve** 38:7,22
46:16 49:17 55:18
59:21
**improvements**
30:12
**incomplete** 37:3
**incurred** 74:4
**index** 87:3
**indicate** 61:2
**indicating** 25:18
35:14 63:2
**individual** 31:8,8
**inferred** 60:16
**information** 30:8
32:24 66:21 68:5

68:16 73:4 76:7
**instance** 43:13,14
**instigated** 53:4
**institute** 23:20
**instruction** 86:3
   86:18
**interaction** 33:3
**interactions** 33:14
   33:20
**interested** 46:17
   85:17
**intervals** 38:17
**interview** 24:20
**interviewed** 15:12
   15:14
**interviewing** 16:2
**interviews** 16:9
**investigation**
   72:24
**invoices** 23:22
   47:22 66:15,20
   67:20 73:17
**involved** 18:7
**issues** 37:19 66:4
   68:9,10

**j**

**january** 64:16
**jason** 2:9
**jersey** 11:21,22
**jkeil** 2:23
**job** 10:20 11:2,16
   12:13 17:2 80:8
**jobs** 32:22
**john** 2:21
**joined** 17:12 25:7
**joining** 24:23 25:4
**jsolotaroff** 2:13
**june** 17:14,16
   26:23 51:17,19,19
   52:20 75:19 76:4
   76:22 88:5

**k**

**k** 84:2
**kasowitz** 14:5,14
**keep** 5:21 68:15
   69:8,13 81:22
**keil** 2:16 8:8 9:2
   44:25 52:4,11
   57:3 70:16 72:6
   72:14,18 75:8,11
   82:22,24 83:5
**kept** 28:14
**kiel** 2:21
**kind** 7:7 64:24
   70:2
**knew** 9:18 27:22
   39:19 43:10 76:18
**knocking** 62:25
**know** 15:7 16:2,23
   17:18 21:14,18
   23:9,25 25:12
   26:20 27:24 30:19
   33:11 39:5,17,21
   39:21 41:3,5,7,15
   41:25 42:9,15,16
   42:23 43:2,3,5,15
   46:5,6,12 47:9
   48:16 49:25 51:11
   51:15 52:7 53:25
   55:4,14,20 56:2,10
   58:14,21,23 59:2
   59:15 63:11,13
   65:23 67:2 68:7
   69:3,17 70:21
   71:13,20,22 73:16
   73:20,22 77:24
   79:11 81:16
**knowledge** 54:7
   67:3 71:6 79:15
**krasniqi** 18:24
   19:8

**l**

**l** 2:9 22:23,23 84:2
**laid** 54:21
**late** 14:21 26:22
**laura** 22:20,21
**law** 12:16
**lawsuit** 7:11
**lawyer** 7:22 21:12
**lawyers** 8:5
**laying** 53:18
**layoffs** 54:16
**learn** 15:3 35:20
   39:17 40:18,23
   47:12 49:15,16
**learned** 39:21
**learning** 47:10
   59:21
**leave** 12:6 13:3,22
   14:9 17:17 19:9
   19:15
**left** 13:24 43:5
**letting** 53:15
**lgbtq** 28:15,22
**linda** 1:4
**line** 48:17 89:7
**lines** 47:9
**list** 20:25 21:4
   48:9 87:14
**litowitz** 1:9 9:10
   9:15 14:25 15:4
   15:19 16:11,21
   19:5 29:23 36:24
   73:24 76:21
**litowitz's** 36:12
**little** 45:19 57:21
   77:16
**llp** 1:9 2:4,16 3:7
   13:8
**loadstar** 79:7
**located** 12:18
   13:13

**long** 8:25 9:6 11:6
   12:2,23 13:18
   14:7 16:2,5 17:11
   19:14,21 52:21
   61:13 76:20
**look** 8:2 21:13
   40:7 59:15 77:24
   79:16 80:15
**looked** 7:21 35:18
**looking** 35:17
   43:18,25
**looks** 58:2
**lot** 46:13 68:16
   73:4
**lumka** 18:24 19:8
   24:14 42:5,8,10
   47:3,7,14
**lumka's** 47:18
**lumpa** 81:25

**m**

**m** 84:2
**mail** 75:18,24 76:2
   76:3 77:4,10,20
   80:16 88:4,6
**making** 18:9 25:19
**managed** 69:5
**management**
   57:14 58:10 87:22
**manager** 22:4
   32:16 37:21
**manner** 66:12
**mark** 49:24
**marked** 20:25
   44:10 50:10 57:15
   70:11 75:20 77:5
   81:5
**marriage** 85:16
**math** 11:11,13
**matter** 72:9 85:18
**matters** 68:6
   71:25 74:16

mccarter   11:18,24
  12:3
mean   30:14 33:5
  43:17 44:17 46:5
  56:3 71:2 77:24
meant   25:22,25
meet   8:16 32:7
  38:15
meeting   9:7 27:6,6
  31:15 33:24 55:5
meetings   29:21,25
  30:4,13,15,15,16
  30:20,23 31:4,9,9
  31:10 32:5 38:21
meghan   3:5
members   33:3,20
  34:15
memo   56:7
memory   69:17
mentioned   55:22
  61:13 65:18 68:21
mentions   44:9
  87:16
mentor   37:23
messages   28:16
met   16:25 26:11
  26:17 32:8,9,13,18
  38:18
middle   19:11
  33:10
mind   5:22 68:15
mine   15:6
minute   79:6
minutes   75:7
month   16:6 26:20
  76:23
monthly   38:16
months   14:8 19:23
  29:22
morning   5:11,12
  34:3,6,8,10

move   44:23
movement   42:25
  43:11
multiple   40:24

**n**

n   2:2 3:2 84:2,2
name   13:9 17:3
  19:2 22:22 89:4,5
names   20:25 21:5
  21:15,15,18 87:14
natalia   20:12
  24:14 40:19,24
  42:18 50:21 60:13
  65:2,16 67:17
  68:20 71:8
nature   61:15 68:8
near   34:15
necessary   47:15
  84:13
need   6:6,23 12:12
  61:10
needed   30:8 39:24
  49:14 61:4,7
  63:21 64:24
needs   18:10 60:10
neither   38:17
network   15:8
never   7:5 18:17
  35:19 36:3,7
  39:12 45:6 69:18
  70:4 71:24
new   1:2,18,18,22
  2:8,8,20,20 5:5
  10:23 11:20,20,22
  12:19 13:14 23:18
  47:10 58:6 84:4,5
  85:3,4,8
nods   6:8
normal   35:15
notary   1:21 4:14
  5:4 84:24 85:7

89:23
noted   83:9
notes   27:12,17
notice   42:21
november   1:13
  11:4 85:21 87:2
  89:4
number   6:6 30:25
  38:13 53:18 59:16
  59:19 60:15,23
  63:14 64:3
numbers   58:22

**o**

o   5:2 22:23,23
  84:2
o'donnell   20:12,13
  20:15 21:21,24
  22:10 31:25 32:4
  32:8,14 33:14
  37:25 38:6,24
  41:3,20 42:2,7
  43:25 50:21 56:20
  71:8,16
oath   4:19
objections   4:9
obtain   80:3
occasion   29:6 33:9
  62:4 65:8
occasions   40:25
occurred   73:3,24
offered   41:7
office   33:6,8 34:18
  35:3
officer   15:24
oh   11:14 41:11
  51:18
okay   6:4,5,9,10,19
  6:20 7:2,3,16,23
  8:7,14 10:13
  13:12 14:16 18:4
  18:18,22 19:14

21:14 22:3 24:15
  24:25 26:24 27:11
  28:18 29:15,15
  31:3,7 32:11
  34:14 36:8 41:4
  45:14 51:20 52:9
  53:25 57:2,25
  58:8,18,22 59:9,14
  59:19 62:5 63:5
  66:7,18 67:3,10
  69:3 70:17 71:9
  71:23 72:5,18
  73:23 74:14 75:8
  75:11 76:6 78:9
  78:10,11,16,18,18
  78:19 79:25 81:12
  82:9,20
old   19:24 20:3,13
  22:10 23:6 35:18
  58:3,4
older   20:5,15
once   27:22 48:12
  73:8
ones   8:5
open   63:24
operating   15:23
  26:10
operations   16:10
  45:17
opportunity   13:5
  15:4 40:18,22
org   71:10
orientation   43:8
original   86:21
outcome   85:17
outside   33:5,18
  80:3
overall   59:2
overlap   17:5
overseeing   18:8,10
  60:13

| **p** |
|---|
| **p** 2:2,2,21 3:2,2 22:3 |
| **package** 21:12 54:12,15 |
| **page** 27:3 44:17 57:13,20 58:9,25 70:10,22,24 77:8 77:15 87:4,20,24 89:7 |
| **paging** 59:14 |
| **paid** 48:9 66:25 |
| **paper** 29:9 |
| **paralegal** 3:6 |
| **parameters** 59:3,8 |
| **part** 8:12 21:11 53:13 54:11 55:19 60:20 61:19 |
| **particular** 43:12 43:14 48:12 |
| **parties** 4:4 85:15 86:11 |
| **partner** 18:7 |
| **partners** 15:15 |
| **passed** 10:11 |
| **pause** 44:24 51:18 51:23 70:20,23 74:20 78:16,18 |
| **payable** 22:7 32:17 37:22 |
| **paying** 32:23 66:15 |
| **payment** 23:19 66:20 67:20 |
| **payments** 47:22 |
| **pendency** 74:4 |
| **pending** 7:2 |
| **people** 18:23 19:4 39:8,21 40:9 53:7 53:18 69:5 79:2 |

**people's** 35:17
**percent** 53:12 65:12,19
**perform** 67:20 76:11
**performance** 38:7 51:8 58:3 61:20 65:17 66:5 69:10 69:14,15
**performed** 66:11
**period** 37:5 41:17 71:12
**person** 8:19 15:7 22:19 42:5 67:13 73:8
**personal** 28:13
**personally** 40:10 69:20
**persons** 41:22
**petty** 66:9
**phone** 8:20
**pie** 77:23
**piece** 29:9 77:22
**piling** 68:7
**place** 39:18
**plaintiff** 7:11
**plaintiffs** 1:6 2:5 20:24 44:8 50:8 57:12 70:9 75:17 77:4 81:3 87:13 88:2
**player** 64:4,6,11 64:21 65:7
**please** 6:14 68:15
**point** 22:12 27:25 36:9 37:3 44:9 45:8 53:16 60:13 61:17 67:7 73:12 87:16
**points** 73:15 74:12 74:19,22

**policies** 30:11
**position** 11:23 12:7,9,12,14,20 13:7,15 15:10,22 37:9 39:24 46:13
**possible** 31:6 39:25 65:13 68:11 79:4 80:3
**possibly** 81:17
**pravin** 17:4 25:11 26:8 41:13,14
**predecessor's** 18:15
**prepare** 7:19 8:17 56:21
**present** 3:4 9:4
**presentation** 45:15
**presuming** 61:17
**pretty** 72:8
**previous** 41:11
**previously** 16:16 40:19
**pride** 42:24 43:11
**primarily** 23:18
**principe** 15:16,17 35:22,24
**printout** 58:2
**prints** 48:19
**prior** 16:24 24:23 25:3 41:6,18 76:17 81:14
**probably** 20:7 26:22 27:21 47:8 59:13 64:14 76:23
**procedures** 30:12
**proceed** 5:18
**proceeding** 7:8,14
**process** 13:25 24:20 35:3

**processes** 81:4,8 88:8
**produced** 8:3,11
**product** 49:18 61:20
**professional** 1:20
**proficient** 39:13 42:10,14,17
**program** 39:8 40:2,16
**programs** 40:5
**project** 55:25
**prolaw** 79:8
**pronounce** 22:21
**provide** 53:19 77:18 79:12
**provided** 49:8
**public** 1:21 4:14 5:4 84:24 85:7 89:23
**puerto** 28:20,23 29:2,17 42:19
**purchase** 39:25
**purpose** 26:18
**purposes** 21:2 44:10 50:11 57:16 70:11 75:20 77:5 81:5
**pursuant** 1:19 86:5
**put** 23:10,22 30:25 61:17 71:4
**putting** 68:5,5

| **q** |
|---|
| **qualified** 25:12 |
| **question** 4:10 5:24 6:15,18,19,25 44:25 46:6 72:7 72:17 80:10 |
| **questions** 5:20,21 57:8 82:17,24 |

**r**

**r**  2:2 3:2 5:2,2 22:23 41:15 85:2
**rainbow**  42:21,23 43:10,16,20,23
**rainbows**  43:17
**ran**  48:16
**rate**  59:9
**raul**  78:22
**ravel**  17:4
**reacting**  44:2,4
**reaction**  29:16
**read**  72:21 86:11
**really**  39:20 46:6 61:16 71:3
**reason**  61:18 73:17 89:8,9,10,11 89:12,13,14,15,16 89:17
**reasons**  69:13 89:6
**recall**  27:5 28:23 31:14 34:7,9 35:9 40:13 43:22,24 45:25 46:9 47:17 49:12,14 52:23 53:2 55:9 56:12 56:19,22 59:7 60:12 62:7,23,25 64:22 72:23 80:6
**receive**  39:8 40:15 48:25
**receptive**  47:9
**recess**  57:4 75:14
**recognize**  44:16 57:22 70:18 77:9 81:10
**recognizes**  45:2
**recollection**  43:19 44:5 68:12,19
**reconciliation**  48:2 74:3

**record**  15:21 50:6 69:8 85:12
**records**  69:14
**reduced**  53:12
**reference**  35:10
**referencing**  79:6
**referring**  8:10
**refresh**  43:19
**regarding**  24:19 86:4,19
**registered**  1:20
**regular**  33:12,23
**reid**  9:16,19,19 15:15 55:3,20
**relate**  81:14
**related**  28:15 30:7 57:8 61:16 85:15
**relation**  34:19
**relationship**  54:6 54:8
**relevant**  27:23
**relying**  69:17
**remedy**  37:19
**remember**  25:19 26:16 27:12 30:3 38:23 52:18 68:18 77:12
**reminding**  60:9
**rephrase**  6:3
**replace**  22:15
**replaced**  17:21 20:9,11
**report**  48:16,17,19
**reporter**  1:21 4:18 6:12
**reports**  79:8 80:18
**represent**  8:9 21:16
**requested**  86:3,18
**reserved**  4:11

**resistant**  55:16
**resources**  15:18
**respect**  39:7
**respective**  4:4
**responsibilities**  17:25 18:5 23:14 23:25 24:10,12 26:13 27:10,15 53:11 66:8 67:19 67:21
**responsibility**  18:15
**responsible**  54:19 54:23 68:23
**rest**  29:25
**retiring**  17:20
**review**  41:16 48:25 49:4,5,8 57:9 58:5,7 60:21 61:19 86:4
**rican**  28:20,24 29:2,17 42:20
**right**  7:4 8:24 9:9 9:24 10:16 12:11 13:2 14:11,23 16:19 17:7 18:2 19:18 22:25 23:6 26:25 27:3 32:23 37:16 38:2,9 39:14,23 46:8 48:22 49:21 51:14 51:19 52:7,10,11 57:22 58:11 59:24 63:16 65:4,21,24 66:23 67:12 70:7 74:5,13,25 76:24 78:12 80:15,21,23 82:14 83:5
**robert**  1:17 84:7 84:17 85:9 87:6 89:5,19

**robinson**  2:11
**role**  13:23 14:3,10 14:17,23 16:3,16 17:8 23:10 25:15 47:18 48:5,7,8 55:13 66:19 67:16
**roles**  23:13
**romero**  78:23 79:11,17,21,22 80:2
**round**  54:16
**rpr**  5:5 85:6,24
**rules**  5:17 86:6
**run**  79:7
**running**  80:17

**s**

**s**  2:2 3:2 5:2
**satisfactory**  66:12
**saver**  29:8 42:20 44:2
**saw**  65:16
**saying**  25:20 34:7 34:10 35:10 49:14 63:2
**says**  22:3 23:5 57:13 58:9 59:12 60:23 63:17 70:10 87:20,24
**school**  10:2
**scores**  59:2
**scoring**  59:3
**screen**  20:21 21:7 29:8,13,14 42:20 44:2,14 49:22 56:16 57:23 70:14 74:12 75:24 77:9
**scroll**  44:19
**scrolling**  78:13,15 78:17 81:21
**sea**  29:5

**sealing**  4:5
**second**  20:22
  22:24 32:18 58:25
**secretaries**  79:7
**see**  21:4,21,22,24
  22:9 23:2,4 28:18
  28:25 40:7 43:16
  44:13 49:21 57:20
  58:12 59:22 71:14
  72:25 73:9 75:11
  75:23 78:12 79:5
  79:9 81:7,19
**seen**  21:9 45:6
  50:15 65:14 71:2
  82:4,6
**selected**  21:19
  55:21
**sending**  48:8 83:3
**sense**  26:13 31:19
  31:22 73:9
**sent**  7:22 8:6 21:12
  75:19 76:3 88:4
**sentences**  73:6
**september**  32:2
**series**  5:19
**set**  9:17 25:11
  26:15 37:24 38:22
  46:16 53:8 55:18
  56:9 78:20 85:10
  85:20
**sets**  47:11
**settled**  48:13
  73:25
**settlement**  47:23
  47:25 48:5
**sexual**  43:8
**shah**  1:17 5:11 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1

20:1 21:1,4 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1,14 45:1 46:1
47:1 48:1 49:1
50:1,2 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1,18
71:1 72:1 73:1
74:1 75:1,23 76:1
77:1,7 78:1 79:1
80:1 81:1 82:1,18
83:1 84:7,17 85:9
87:6 89:5,19
**shakes**  6:8
**share**  20:21 24:17
  51:22 57:15 58:11
  87:22
**sheet**  84:13 89:2
**short**  37:2 56:25
**shortly**  46:23
  68:22 76:14
**show**  37:23 39:3
  40:25 57:19 81:12
**showed**  82:2
**showing**  73:5
  77:19 79:7
**shown**  50:2 51:9
  65:21
**shrugs**  6:8
**sign**  86:12

**signature**  85:23
  86:8
**signed**  4:14,16
**similarly**  6:17
**simpson**  10:22
  11:7
**situation**  43:24
  46:3 64:25 70:5
  77:13
**situations**  68:3
**skill**  25:11 26:15
  37:24 38:22 46:16
  47:10 53:8 55:18
  56:8
**skills**  36:11,22
  37:7 47:15
**sleeping**  63:4
**slowly**  81:19
**social**  33:2,13,19
**software**  18:10,12
  23:19 58:6 79:3
  79:13,15
**solotaroff**  2:4,9
  3:7 5:10 8:9,14,15
  24:16 45:4 49:23
  50:13 52:6,12
  56:23 57:6,7,18
  70:13,17 72:7,13
  72:15,19 75:2,10
  75:22 76:25 82:15
  82:22 83:2,4
  86:21 87:9
**somebody**  22:17
  24:2 37:22 79:24
**somebody's**  69:21
**somewhat**  54:22
**son**  43:16
**sorry**  13:9 40:20
  44:21 51:23,23
  52:7,8 66:18

**sort**  74:2 77:22
**southern**  1:2
**speak**  47:2 60:9
  79:14,20 80:2
**speaking**  68:4
**specific**  16:12 27:8
  38:5 39:3
**specifically**  30:6
  38:19
**specificity**  29:3
  39:11
**spoke**  68:20
**spoken**  9:9
**ss**  84:4 85:4
**staff**  10:21 30:17
  33:23 53:6,24
  80:8
**stamped**  50:10,15
  87:18
**stand**  22:6 33:10
**standards**  53:8
**start**  6:16 10:17
  33:8 51:25 73:14
**started**  14:18 16:7
  16:25 18:18
**state**  1:21 5:4 84:4
  85:3,7
**statement**  66:16
**states**  1:2 80:16
**stay**  11:6 12:2,23
  13:18 17:11
**stayed**  17:13
**stipulated**  4:2,8,12
  4:17
**stood**  28:17
**stop**  24:16 33:9
  60:24 61:4,7,10
**strategy**  18:8
**street**  2:6
**stressed**  35:13

structure 26:4
studied 72:11
stuff 39:2
subject 70:2 72:9
subscribed 84:19
  89:21
substandard 37:9
substantive 37:10
succeed 47:15
sue 69:22
sued 69:19
suit 43:7
supervising 18:20
  82:11
supervisor 32:20
  71:7
support 53:6,24
sure 5:23 6:14
  29:24 30:14 31:18
  38:20 44:21 45:23
  47:4 57:3 58:19
  60:16 63:23 65:12
  65:19
sworn 4:16 5:3
  84:19 85:11 89:21
symbol 28:19
symbols 28:15,21
system 32:25
  48:18 58:17 59:6
  60:21

t

t 5:2 22:23 84:2
  85:2,2
t&e 18:11
table 58:23,24
take 6:21,25 9:7
  37:4 56:25 75:3
taken 57:4 75:14
talk 35:2,24 38:19
  45:21 59:20,21

talked 9:14
talking 35:8 64:16
tannenbaum
  12:14
task 76:11
taught 42:2
teach 39:3 40:9
  42:8 79:23
team 64:4,6,10,20
  65:7 81:4,8 88:8
technical 25:13
  51:24
tell 5:25 6:22
  25:16 28:6,9 38:4
  38:14 44:22 46:8
  47:6,13 52:21
  61:22 62:3,18
  63:20 64:7 76:20
  78:5
telling 45:25 62:23
ten 75:7
tenure 29:23
  81:14
terminate 52:22
terminated 19:15
  19:17,22 22:13
  46:24 51:13 52:15
  52:20,25 55:7
termination 53:4
  56:18 73:19
terms 34:24 62:17
  67:18
testified 5:6 31:17
  37:20 66:3
testimony 7:7 9:11
  76:16 84:9,12
  85:10,13
thacher 10:22
  11:7
thank 75:13 82:18
  82:20 83:7

thing 25:10 40:21
  60:24 69:23
things 5:17,22
  30:9 38:24 61:15
  68:7,8 72:25
  73:23 80:9
think 19:2,12 28:3
  30:24 31:3 45:11
  51:11 57:7 58:22
  64:20 65:17,24
  66:7 68:20 73:7
  77:17 80:24 82:16
thinking 65:16
  69:21
third 2:18 6:11
  50:4
thought 36:22
  51:16,17 61:23
  64:10
three 12:4,25
  18:21 19:3,23
  26:5 29:22 68:16
  69:16 73:6
throw 27:21
time 4:11 6:24
  15:25 36:9,16
  37:2,5 41:17 43:9
  46:5 47:19 49:17
  51:2,21 52:2,13
  54:2 64:8,9 65:13
  67:22 68:5 70:6
  72:21 73:18,25
  76:17 82:19 83:9
timeframe 32:12
times 67:23
title 17:9 80:12
today 5:18 7:20
  8:18 9:11
told 15:6,8 16:9
  17:20 24:22,25
  36:3 38:24 49:13

53:16,21 60:2
  69:7,12
top 22:25 57:13
  58:9 75:18 76:3
  87:20 88:3
touro 22:20
train 79:18 80:8
training 39:9,12
  40:2,5,15 41:8,22
  78:25 79:12 80:4
  80:12
transcript 83:3
  84:9 85:12 86:5
  86:12,16,19
travel 18:11
trial 4:11 23:18
tried 40:25 46:15
true 84:8 85:12
try 6:2 37:19
trying 54:13 68:17
tutor 37:23
two 6:6 9:8 74:17
  74:21

u

uh 41:14 61:12
  68:4
um 15:5 20:7 37:8
  64:22
understand 5:24
  5:25 6:2,4 26:2,3
  64:25
understood 25:24
unfortunately
  77:25
united 1:2
university 10:3
unwilling 55:17
upgrading 18:13
uploaded 47:22
use 39:17 40:9,25
  41:22 42:2,8

76:15,18 79:2

**v**

**v** 22:23 89:4
**value** 55:16
**values** 60:17,18,20
**various** 80:9
**vendors** 66:24
  67:5
**verbal** 49:4,6
**verbally** 6:7
**veritext** 89:2
**villatoro** 23:5
**villatoro's** 24:4
**virtual** 1:18
**voluntarily** 19:16
**vs** 1:7

**w**

**w** 84:2
**wait** 6:14,17 52:3
**waived** 4:7
**wake** 63:3
**walk** 34:5
**wallpaper** 29:11
  29:13,14
**want** 6:22 34:20
  34:21 36:16 44:22
  57:10 70:21,24
  77:15 78:3 80:17
  81:22
**wanted** 16:13
**wants** 47:11
**warranted** 69:11
**way** 6:3 18:17
  26:9 30:9 49:24
  56:14 63:18 71:4
  71:9 77:25 85:17
**we've** 56:23 74:16
**week** 51:14
**weekly** 38:16

**wendy** 1:19 5:5
  85:6,24
**went** 10:3 27:9
  46:14 56:7
**whereof** 85:19
**winding** 12:8
  13:25,25
**wise** 61:20
**wish** 89:6
**withdrawn** 21:17
  40:3
**witness** 4:20 45:2
  57:2 75:13,19
  82:20,25 85:9,13
  85:19 87:5 88:4
**witness's** 86:4
**words** 6:7 33:11
**work** 23:17 25:13
  30:7 33:5 34:2
  37:12,22 39:4,5,6
  39:18 46:14 47:24
  49:18 53:9,9
  59:11,23 60:5,11
  61:16,20,20
**worked** 11:18 14:5
  39:19 47:22 55:25
  58:19
**working** 10:17
  14:18 35:13 64:23
**write** 27:14 50:18
**writing** 51:7
**written** 49:5,6
  50:25 51:5 52:14
  63:10 82:8
**wrong** 11:11,13
  68:6
**wrote** 50:22 71:5

**x**

**x** 1:3,11

**y**

**yeah** 36:17 46:22
  48:6,15 51:18
  52:6 64:18 66:18
  71:2 77:18
**year** 11:3 19:12
  23:23 53:13 64:15
**years** 11:8 12:4,25
  13:21 22:10 23:5
  68:17 69:16,21
  74:8
**yesterday** 8:23
**york** 1:2,18,18,22
  2:8,8,20,20 5:5
  10:23 11:20 12:19
  13:14 84:4,5 85:3
  85:4,8
**younger** 20:6,16
  20:17

**z**

**zoom** 1:18 4:20
  6:14 8:20,21,25
  9:7

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.