# EXHIBIT C

Page 1

1

2   UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

3   CASE NO: 1:20-cv-08596

----------------------------------------X

4

CHARLIE CRUZ and LINDA GRAHAM,

5

6                        Plaintiffs,

7

vs.

8

9   BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP,

10                       Defendant.

11  ----------------------------------------X

12

13                       November 16, 2021

14                       9:58 a.m.

15

16

17        Deposition of NATALIA O'DONNELL,

18  held via Virtual Zoom, New York,

19  New York, pursuant to Agreement,

20  before Wendy D. Boskind, a Registered

21  Professional Reporter and Notary Public

22  of the State of New York.

23

24

25

Page 2

```
1
2    A P P E A R A N C E S:
3
4    GISKAN, SOLOTAROFF & ANDERSON LLP
5    Attorneys for Plaintiffs
6         90 Broad Street
7         10th Floor
8         New York, New York 10004
9    BY:   JASON L. SOLOTAROFF, ESQ.
10              -and-
11        AMY E. ROBINSON, ESQ.
12        (646) 964-9609
13        jsolotaroff@gslawny.com
14        arobinson@gslawny.com
15
16
17   COLLAZO & KEIL LLP
18   Attorneys for Defendant
19        747 Third Avenue
20        Floor 25
21        New York, New York 10017
22   BY:   JOHN P. KIEL, ESQ.
23        (212) 758-7862
24        jkeil@collazokeil.com
25
```

Page 3

1

2   A P P E A R A N C E S:   (Cont'd)

3

4   ALSO  PRESENT:

5         MEGHAN  BROPHY,

6         Paralegal

7         Giskan,  Solotaroff  &  Anderson  LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2                IT IS HEREBY STIPULATED AND

3        AGREED by and between counsel for the

4        respective parties hereto, that the

5        filing, sealing and certification of

6        the within deposition shall be and

7        the same are hereby waived;

8                IT IS FURTHER STIPULATED AND

9        AGREED that all objections, except as

10       to the form of the question, shall be

11       reserved to the time of trial;

12               IT IS FURTHER STIPULATED AND

13       AGREED that the within deposition may

14       be signed before any Notary Public

15       with the same force and effect as if

16       signed and sworn to before the Court.

17               IT IS FURTHER STIPULATED by

18       the attorneys that the court reporter

19       may administer the oath to the

20       witness via Zoom.

21

22

23

24

25

Page 5

1

2    N A T A L I A   O ' D O N N E L L ,

3         having been first duly sworn by

4         a notary public of the State of

5         New York, (Wendy D. Boskind, RPR),

6         was examined and testified as

7         follows:

8

9    EXAMINATION

10   BY MR. SOLOTAROFF:

11        Q.    Good morning, Ms. O'Donnell.

12        A.    Good morning.

13        Q.    Have you ever been deposed

14   before?

15        A.    No.

16        Q.    Okay, let me give you some

17   ground rules for the deposition.

18             I'll be asking you a series

19   of questions and, in answering my

20   questions, try to keep a few things in

21   mind.

22             The first is, make sure you

23   understand my question, before you answer

24   it.  If you don't understand it, tell me

25   you don't understand it, and I'll try to

Page 6

                              O'Donnell

1          rephrase it in a way that you will

2          understand.  Okay?

3              A.    Okay.

4              Q.    Second thing, something that

5          you've already shown that you know how to

6          do, is make sure you answer my questions

7          with words, and not with gestures, shakes

8          of the head, nods, and so on, because our

9          court reporter can't really take those

10         down.  Okay?

11             A.    Understood.

12             Q.    Great.  The third thing,

13         again, this is also for the benefit of

14         our court reporter, is try to make sure

15         you let me finish asking my question,

16         before you start answering it, and I'll

17         do my best to let you finish your answer

18         before I ask you another question.  And

19         that way only one of us is speaking at a

20         time and, again, easier for our court

21         reporter.  Okay?

22             A.    Understood.

23             Q.    Great.  The last thing is

24         that we can take a break whenever you

Page 7

```
 1                    O'Donnell
 2    want, I don't expect we'll be very long
 3    this morning, but if you need a break,
 4    just tell me you need a break, and we'll
 5    take a break.
 6              The only time we cannot take
 7    a break is when a question is pending.
 8    Okay?
 9         A.    That sounds good.
10         Q.    Excellent.
11              So, how did you prepare for
12    your deposition today?
13         A.    I met with John, and over
14    Zoom, and then we just talked about it.
15         Q.    And when was that?
16         A.    Last week.
17         Q.    All right.  And how long did
18    you spend on Zoom with Mr. Keil?
19         A.    About an hour.
20         Q.    Have you spoken to anyone
21    else about this case in the last month,
22    say?
23         A.    No, I haven't.
24         Q.    Have you spoken to Mr. Shah
25    about the case?
```

```
                                              Page 8
 1                      O'Donnell
 2           A.     No, I haven't.
 3           Q.     Have you spoken to Mr. Shah
 4      about Mr. Cruz?
 5           A.     I haven't.
 6           Q.     And did you talk to Mr. Shah
 7      about his deposition?
 8           A.     No, I did not.
 9           Q.     Did you know that he's been
10      deposed?
11           A.     I knew.
12           Q.     Okay, how did you know that?
13           A.     Because John mentioned it.
14           Q.     Okay, I don't want you to --
15      make sure you don't tell me anything that
16      Mr. Keil has told you, as to substance.
17                  And you haven't talked to
18      anyone else at the Bernstein Litowitz
19      firm about this case in the last month or
20      so; have you?
21           A.     No, I haven't.
22           Q.     When did you first find out
23      that this lawsuit was a thing, that it
24      existed?
25           A.     Well, I think it was when
```

```
                                              Page 9

 1                      O'Donnell
 2   there was a public -- um -- a public --
 3   like something on Thomson Reuters that
 4   was just going around the line.
 5          Q.    What was your initial reaction
 6   when you saw that?
 7          A.    Shocking.
 8          Q.    Why were you shocked?
 9          A.    Because that was not true,
10   what they were saying --
11          Q.    What wasn't --
12          A.    -- in the article.
13          Q.    What wasn't true?
14          A.    Because what Charlie was
15   saying, about being let go.
16          Q.    All right.  And what was not
17    true about it?
18          A.    That he was let go due to
19   sexual discrimination and age
20   discrimination.
21          Q.    All right.  Do you know that
22    Linda Graham is, also, a Plaintiff in
23    this case?
24          A.    I saw it when I was logging
25   into your -- into the Veritext.
```

```
 1                    O'Donnell
 2        Q.    Okay, did you not know it
 3   before?
 4        A.    I don't recall.
 5        Q.    All right.  Do you know Ms.
 6   Graham?
 7        A.    I do know her.
 8        Q.    You know that she was, also,
 9   terminated from Bernstein Litowitz;
10   right?
11        A.    Yes.
12        Q.    Do you know anything about
13   Ms. Graham's termination?
14        A.    No, I do not.
15        Q.    Okay.  So you don't know
16   whether or not Ms. Graham was terminated
17   in all or in part because of her age; do
18   you?
19        A.    I don't.
20        Q.    All right.  Could you -- I'm
21   just curious, first, where were you born?
22        A.    Colombia, South America.
23        Q.    That was my question.
24              And could you give me your
25   education background, beginning with your
```

```
                                              Page 11
 1                    O'Donnell
 2    graduation from high school?
 3          A.    Sure.  I was graduated from
 4    my high school in 1999.  Then I came to
 5    the United States to study, and I
 6    graduated from LaGuardia Community
 7    College in 2011.  Then I graduated from
 8    my Bachelor's degree, in Accounting, in
 9    2017.  And I graduated from my M.B.A.
10    last year, in 2020.
11          Q.    Congratulations.
12          A.    Thank you.
13          Q.    And where did you get your
14    B.A., in Accounting?
15          A.    My B.A. from New Jersey City
16    University, here in New Jersey.
17          Q.    All right.  And what about
18    the M.B.A.?
19          A.    Capella University.
20          Q.    I'm sorry, where?
21          A.    Capella University.
22          Q.    Okay, Capella, sure.
23                And you're in New Jersey now?
24          A.    Correct.
25          Q.    Where?  I'm just curious.
```

```
                                        Page 12
 1                    O'Donnell
 2         A.      North Bergen.
 3         Q.      Okay, I'm in Montclair, just
 4    a few miles away.
 5         A.      That's right.
 6         Q.      So, can you give me your
 7    work hi-- so when did you come to the
 8    United States, to live, when did you
 9    emigrate here?
10         A.      Well, it was around 16 years
11    ago.
12         Q.      And, so, that was after
13    you -- before you went to college but
14    after you finished high school; right?
15         A.      That's correct.
16         Q.      And could you, just very
17    quickly, tell us something about your job
18    history?
19         A.      Sure.  I have worked in
20    different industries, but my previous
21    industry --
22                 (Discussion off the record.)
23         A.      So, I worked in different
24    industries.
25                 Before joining Bernstein, I
```

```
                                      Page 13
 1                    O'Donnell
 2    worked in a retail company, as an
 3    accountant, on the accounts payable
 4    management in the accounts payable
 5    department, and --
 6          Q.    Yeah, that's fine.
 7                And how long did you work --
 8     yeah, that's fine -- how long did you
 9     work at -- what was the name of the
10     retail company?
11          A.    Paul Stewart.
12          Q.    And how long did you work
13     there?
14          A.    Two years-and-a-half.
15          Q.    You joined Bernstein Litowitz
16     in 2018?
17          A.    Correct.
18          Q.    So, that takes us back to
19     2016.
20                Prior to the retail company,
21     where did you work?
22          A.    Previous to that, I worked
23    with another company, in the maritime
24    industry, in a company that was handling
25    the logistics with the hard cargo between
```

Page 14

```
 1              O'Donnell
 2  the Canada and the U.S., and --
 3        Q.    All right.  And were you --
 4   sorry.
 5        A.    I was two years there.
 6        Q.    Okay, and let's try to move
 7   this along.
 8              How long have you worked in
 9   an accounting role prior to coming to
10   Bernstein Litowitz?
11        A.    Around 11 years, 12 years
12  almost.
13        Q.    And, so, I think I've lost
14   track of the time a little bit, were you
15   doing that prior to receiving your
16   Associate's degree?
17        A.    I was doing some clerical
18  work, but when I came to the U.S., and
19  while I was going to school, of course, I
20  was helping myself by working in a
21  restaurant as a waitress.
22        Q.    All right.  Now, why did
23   you -- how did it happen that you came to
24   work at Bernstein Litowitz?
25        A.    Well, my previous job, at
```

Page 15

1                    O'Donnell
2    Paul Stewart, the company wasn't
3    financially strong, so our CFO
4    recommended that the team just start
5    looking for another job before
6    something -- you know, we didn't want to
7    get unemployed, stay unemployed, so we
8    started applying.
9                And I started applying, and
10   this opportunity came across, and I found
11   it very interesting because, in all my
12   years working as an accountant, I never
13   worked in the law industry before, so I
14   found it very interesting.
15        Q.    And, so, you applied for the
16    position?
17        A.    Yes, a recruiter reached out
18   to me with this opportunity.
19        Q.    Right, and did you have an
20    interview?
21        A.    Yes, I did.
22        Q.    And who was your interview
23    with?
24        A.    It was with Mr. Robert Shah
25   and Genie Principe, the director of H.R.

Page 16

1                    O'Donnell

2   at that time.

3         Q.    Was it just one interview or

4   separate interviews?

5         A.    That was one interview, with

6   both of them in the room.

7         Q.    All right.  And what do you

8   remember them telling you, in the

9   interview?

10        A.    Well, that was almost three

11  years ago, it's hard to remember the

12  details, but they were very interested to

13  know about my background as an

14  accountant, and how I dealt with people.

15        Q.    Now, are you a CPA?

16        A.    No.

17        Q.    Do you recall if they told

18  you anything about the employees at the

19  time in the Bernstein Litowitz accounting

20  department?

21        A.    I don't -- to the best of my

22  recollection, I don't remember, but, in a

23  typical interview, they -- you always ask

24  about how many people are in the

25  department.

```
                                           Page 17
 1                    O'Donnell
 2                 So, probably we talk about
 3    that.
 4        Q.    Do you know if Mr. Cruz came
 5    up in the interview?
 6        A.    He did not.
 7        Q.    All right.  And what position
 8    did they tell you they were interviewing
 9    for?
10        A.    Accounts payable manager.
11        Q.    Did they say that you would
12    be supervising anyone?
13        A.    To the best of my
14    recollection, I don't recall that
15    exactly.
16        Q.    Okay.  Prior to coming to
17    Bernstein Litowitz, had you supervised
18    anyone?
19        A.    Yes.
20        Q.    At how many jobs had you been
21    a supervisor?
22        A.    In two other jobs.
23        Q.    All right.  At the retail
24    place?
25        A.    Correct.
```

```
                                          Page 18
 1                    O'Donnell
 2        Q.     At the shipping place?
 3        A.     That's correct.
 4        Q.     And how many people did you
 5    manage at those places?
 6        A.     In the logistics place, two
 7    people.  And in Paul Stewart, three
 8    people.
 9        Q.     Did you ever have any -- get
10    any training in how to manage people?
11        A.     No.
12        Q.     I should have asked you this
13    before, but have you ever -- I know you
14    haven't been deposed before, but have you
15    ever testified in any other kind of
16    proceeding?
17        A.     No.
18        Q.     All right.  Have you ever
19    been a plaintiff or a defendant in a
20    lawsuit?
21        A.     No, I haven't.
22        Q.     Have you ever made or been
23    involved in any other way in a complaint
24    of discrimination?
25        A.     No, I haven't.
```

```
                                          Page 19
 1                      O'Donnell
 2        Q.      So no one's made a complaint
 3    against you, for example.
 4        A.      That's correct.
 5        Q.      So, after that interview,
 6    were you offered the position at Bernstein
 7    Litowitz?
 8        A.      After the interview -- I
 9    don't remember exactly, but maybe a
10    couple of days after the interview.
11        Q.      And you accepted it, I guess;
12    right?
13        A.      That's correct.
14        Q.      When did you start working at
15    Bernstein Litowitz?
16        A.      In September 2018.
17        Q.      And who was working --
18    withdrawn.
19               Prior to your starting to
20    work, did you speak to -- do you recall
21    speaking to Mr. Shah, or anyone else,
22    about what your duties would be?
23        A.      Can you repeat that
24    question --
25        Q.      Sure.
```

```
                                    Page 20
 1                   O'Donnell
 2        A.     -- please.
 3        Q.     Prior to starting, did you
 4   have a discussion with Mr. Shah, or
 5   anyone else, about what your job duties
 6   would be?
 7        A.     No.
 8        Q.     How did you know what to do
 9   on your first day?
10        A.     When you start on the first
11   day, on the job, as an accounts payable
12   manager with experience, I know what to
13   start looking for.
14               And then, on the first day is
15   when you start receiving all the guidance
16   of what is expected of you.
17        Q.     Okay.  Who gave you that
18   guidance?
19        A.     Mr. Shah.
20        Q.     Do you remember what he told
21   you?
22        A.     To the best of my
23   recollection, I don't remember the
24   details, but probably we went through the
25   accounting software, what were the
```

```
                                    Page 21
 1                    O'Donnell
 2    vendors at the time.
 3                 We talked about, you know,
 4    typical accounting processes that I
 5    needed to get familiar with.
 6         Q.    Do you remember Mr. Shah
 7    telling you anything about Mr. Cruz on
 8    your first day?
 9         A.    No, I don't.
10         Q.    All right.  And who else
11    worked in the department, when you
12    started there?
13         A.    It was Mr. Shah, Charlie
14    Cruz, and Lumka Krasniqi.
15         Q.    Lumka; right?
16         A.    Correct.
17         Q.    Am I saying that right?
18    Okay.
19                 And when did you -- and did
20    you meet Mr. Cruz and Lumka on your first
21    day?
22         A.    That is correct.
23         Q.    And what did you understand
24    your job duties with respect to Mr. Cruz
25    and Lumka?
```

Page 22

```
 1                    O'Donnell
 2        A.    I was hired as an accounts
 3   payable manager, and it was instructed,
 4   on the first day, I was going to help to
 5   get the team up and running, I needed to
 6   get familiar with all the processes of
 7   the department, and working with Charlie
 8   and Lumka.
 9        Q.    Were you told that you were
10    going to be supervising either of them?
11        A.    It was understood that, as an
12   accounts payable manager, I will be
13   managing the team, yes, supervising the
14   team.
15        Q.    Do you recall what your
16    initial impression of Mr. Cruz was?
17        A.    Actually, Charlie, on my
18   first day, I was at the reception, and he
19   came to welcome me and greet me, and he
20   showed me where to hang my coat, that
21   day, and he showed me the kitchen, where
22   the water and the coffee was, and he was
23   a very nice gentleman.
24        Q.    What about Lumka, what was
25    your first impression of her?
```

```
                                        Page 23
 1                    O'Donnell
 2        A.    When Lumka arrived, she was
 3   very warm and welcoming, and I got to --
 4   I received a very nice welcome from both
 5   of them that day.
 6        Q.    Now, did you know that Mr.
 7    Cruz was Puerto Rican?
 8        A.    Down the road, when she start
 9   to get to know each other, he mentioned
10   it.
11        Q.    Did you know that Mr. Cruz
12    was gay?
13        A.    He mentioned that once, in
14   one of our conversations.
15        Q.    How long after you started
16    working there did Mr. Cruz mention that
17    he was gay?
18        A.    To the best of my recollection,
19   I don't remember.
20        Q.    Do you think it was in the
21    first month of your employment?
22        A.    Mmm -- it could be in the
23   beginning.
24              Um -- I don't recall the
25   exact date.
```

```
1                    O'Donnell
2        Q.    Were you surprised when you
3    found -- when he told you that he was
4    gay?
5        A.    I was not.
6        Q.    Did you think he was gay
7    before he told you that?
8        A.    I never thought about it.
9        Q.    Okay.  And did you ever talk
10   about your family's situation with Mr.
11   Cruz?
12       A.    What do you mean, about my
13   "family's situation"?
14       Q.    Okay -- well, yeah, that's an
15   unfair question.
16             Are you married?
17       A.    I am.
18       Q.    Okay.  Did you ever tell -- I
19   mean, to a man?  I'm sorry, but --
20       A.    Yes.
21       Q.    -- to a man or -- okay.
22             Did you tell him that you
23   were -- did you ever talk to Mr. Cruz
24   about your husband?
25       A.    I always talk about my
```

Page 25

```
 1                   O'Donnell
 2   husband.
 3        Q.    Did Mr. Cruz ever discuss --
 4    talk to you about any significant other
 5    that he had?
 6        A.    I don't -- to the best of my
 7   recollection, I don't remember.
 8        Q.    Do you know whether it was
 9    common knowledge, at the Bernstein
10    Litowitz firm, that Mr. Cruz was gay?
11        A.    Well, I don't know those
12   details, but Charlie worked there for a
13   long time, so probably the people knew
14   about it.
15        Q.    All right.  And did there
16    come a time that you assessed Mr. Cruz's
17    skills?
18        A.    Yes.
19        Q.    When did you do that?
20        A.    In the beginning of --
21   probably in the first few months of when
22   I started on the job, I started assessing
23   the whole process of the accounting
24   department, to look for improvement
25   opportunities.
```

```
                                        Page 26
 1                    O'Donnell
 2        Q.    And what was your assessment
 3    of Mr. Cruz's skills?
 4        A.    Well, as -- what I typically
 5    do in my jobs -- in all my jobs, I
 6    document the current processes that the
 7    department can have.
 8              So I remember sitting down
 9    with Charlie, and look how the both of
10    them, and we were documenting all -- step
11    by step, all the things that they were
12    doing, and even my predecessor.
13        Q.    And did you -- hold on, I'm
14    sorry.  (Pause.)  Okay.
15              And did you create a document
16    as a result of that conversation?
17        A.    Yes.
18        Q.    All right.  Let me see if I
19    have that.
20              (Whereupon, Deposition
21          Plaintiffs' Exhibit 8, Document,
22          that the witness created, was
23          previously marked for purposes of
24          identification.)
25        Q.    Have you looked -- have you
```

```
                                        Page 27
 1                     O'Donnell
 2    seen that document recently?
 3         A.    Yes.
 4         Q.    Okay.  Did Mr. Keil show it
 5    to you?
 6         A.    Yes, John show it to me.
 7         Q.    Let's see if we can find it.
 8    Hold on just one sec, sorry --
 9    (pause) -- okay?
10              MR. SOLOTAROFF:  I'm going to
11         share my screen now.
12         Q.    All right.  Do you see a
13    document up on the screen?
14         A.    I do see it.
15         Q.    Is that the document that you
16    created?
17         A.    That's correct.
18         Q.    Okay.  Did you write this
19    document?
20         A.    Yes, I did.
21         Q.    All right.  And who did
22    you -- did you share this document with
23    anyone?
24         A.    I don't re-- to the best of
25    my knowledge and my recollection, I don't
```

Page 28

```
 1                    O'Donnell
 2    remember, but probably I talked about it
 3    with Mr. Shah.
 4         Q.    Okay.
 5               MR. SOLOTAROFF:  So, to avoid
 6         the problems that we had the last
 7         time, this was marked as Exhibit 8
 8         in the last deposition, so we'll
 9         just keep that number.
10         Q.    Now, I want to just go
11    through this briefly.
12               So, Ms. O'Donnell, do you
13    want me to go through it slowly, so that
14    you can read it again, or are you
15    familiar with it?
16         A.    You can go down slowly.
17         Q.    Okay, just tell me if I'm
18    going too fast or too slow --
19    (scrolling).  All right.  We can stop
20    there for now, since we are most
21    interested in Mr. Cruz.
22               Now, did you note, in this
23    document, any deficiencies that you
24    thought existed with respect to Mr.
25    Cruz's skills?
```

1                    O'Donnell

2         A.    This document, I sat down

3    with Charlie, with this specific one, and

4    we were documenting the current process

5    that he was doing with of his daily

6    tasks.

7         Q.    So the answer is no; right?

8     You didn't --

9         A.    Correct.

10        Q.    Okay.  At the time that you

11    created this document, were you aware of

12    any deficiencies in Mr. Cruz's skills?

13        A.    To the best of my

14    recollection, I don't remember exact date

15    that we created this document but, as

16    time goes by, you started to analyze the

17    process and the team players and what the

18    deficiencies -- or -- I don't call them,

19    actually, "deficiencies", but where

20    there's room for improvement.

21        Q.    And, so, at some point, did

22     you identify some areas of improvement

23     for Mr. Cruz?

24        A.    Yes.

25        Q.    How long after you got there

```
                                          Page 30
 1                      O'Donnell
 2    do you think you identified those?
 3           A.    Within the first few months.
 4           Q.    And what were those areas
 5     that you believed were areas of
 6     improvement for Mr. Cruz?
 7           A.    One of the main things was
 8    Excel training.
 9           Q.    And could you be more specific
10    about that?
11           A.    He didn't know how to use
12    Excel -- the Excel application.
13           Q.    All right.
14           A.    So I suggested that he learn
15    more about it.
16           Q.    And, obviously, you know
17     Excel; right?
18           A.    Yes.
19           Q.    Did you receive training in
20     Excel at some point?
21           A.    College.
22           Q.    Okay.  And are you aware of
23     certain training programs that are
24     available to teach people how to use
25     Excel?
```

```
                                      Page 31
 1                  O'Donnell
 2        A.    Well, there's -- can you
 3   please be more specific?  Because Excel
 4   training is offered in many different
 5   ways, even for free from You Tube.
 6              So can you please be more
 7   specific.
 8        Q.    Okay -- well, that was
 9    helpful.
10              So you can -- well, tell us,
11    what are the various ways that Excel
12    training is offered?
13        A.    Where?
14        Q.    What Excel training programs
15    are you aware of?
16              You mentioned --
17        A.    Well, you can pay for
18   training.
19              You can help yourself in
20   YouTube, which there's millions of videos
21   on how to use Excel, and the different
22   areas of the Excel --
23        Q.    Okay.
24        A.    -- or you can have someone to
25   help you and show you things.
```

```
                                            Page 32
 1                    O'Donnell
 2         Q.     All right.  But you can,
 3     also, pay for Excel training; correct?
 4         A.     That's correct.
 5         Q.     Okay.  And did you ever --
 6     did Mr. Cruz ever -- was he ever offered
 7     the opportunity to attend an Excel
 8     training course that would be paid for?
 9         A.     To my knowledge, I don't know
10     about that, but I offered him to help him
11     and show him Excel.
12         Q.     All right, but you don't --
13     there was -- Mr. Cruz was not offered
14     a -- other than you offering to help him,
15     he was not offered an Excel training
16     course; is that right?
17         A.     I don't know.
18         Q.     Well, you didn't offer him
19     one; right?
20         A.     I did offer him, to show him
21     Excel application.
22         Q.     Right.  But, besides that,
23     you didn't arrange for him to attend an
24     Excel training course.
25         A.     No.
```

```
 1                    O'Donnell
 2        Q.     Were there any other areas of
 3    improvement that you identified with Mr.
 4    Cruz?
 5            A.     Yes.
 6                    There was something that he
 7    has spent a lot of time, going on breaks
 8    throughout the day.  So when you looked
 9    for him, to do some of the tasks or to
10    show him or talk about something work-
11    related, he wasn't around.
12            Q.     And did you discuss that with
13     him?
14            A.     When I start-- when you --
15    not that specifically, but you start
16    to -- you just have normal conversations,
17    because you have to understand, when you
18    start in a new job, you start -- my main
19    concern was starting to -- getting to
20    know Charlie and Lumka as a person, as
21    people, and, also, help them to develop
22    their skills.
23            Q.     Right.  So -- I'm sorry, so
24     did you -- well, let me ask you this.
25                    Did you ever tell Charlie
```

```
                                          Page 34
 1                    O'Donnell
 2      that you were -- or -- Mr. Cruz, that you
 3      were his manager?
 4           A.    I never said that to Charlie.
 5           Q.    Did you ever tell Lumka that
 6      you were her manager?
 7           A.    I did not.
 8           Q.    All right.  Now, you started
 9      in the fall of 2018; am I right about
10      that?
11           A.    September 2018.
12           Q.    And Mr. Cruz was terminated
13      in June of 2019; correct?
14           A.    It was a couple of years ago,
15      I don't remember the exact date, but
16      probably.
17           Q.    I mean, does it -- like
18      looking back, does it seem right to you
19      that you worked with Mr. Cruz for about
20      nine months?
21           A.    Yes.
22           Q.    At any point in that nine-
23      month period, did you ever tell Mr. Cruz
24      that you were his manager?
25           A.    I did not.
```

```
                                          Page 35
 1                    O'Donnell
 2        Q.      Okay.
 3        A.      I think you asked me that
 4   question already, and --
 5        Q.      Right.
 6        A.      -- by you asking me the
 7   question twice is not going to change my
 8   answer.
 9        Q.      No, no, but -- look, I'm not
10    trying to be clever.  I think my earlier
11    question was about a more specific period
12    of time.  But -- I could be wrong, but
13    I'm not trying to fool you, I'm just
14    saying that I thought that my earlier
15    question was about the beginning of your
16    period there, not the whole time, so,
17    just so that's clear.
18              Now, do you know who Mr. Cruz
19    believed his manager to be?
20        A.      Well, Mr. Robert Shah, he's
21   the director of finance, which is the top
22   boss of the whole department.
23              I was hired as the accounts
24   payable manager, and the team worked
25   together, but I was hired as the manager
```

```
                                    Page 36
 1                   O'Donnell
 2    of the department, of the accounts
 3    payable department --
 4         Q.    Okay.
 5         A.    -- so I needed to bring my
 6    team together so we can work together.
 7         Q.    Got it.  Understood.
 8               So, Mr. Shah was your
 9     manager; right?
10         A.    That's correct.
11         Q.    And Mr. Shah was, also, Mr.
12     Cruz's manager; correct?
13         A.    That's correct.
14         Q.    And Lumka's manager.
15         A.    That's correct.
16         Q.    Okay.  What about Lumka --
17     and, I'm sorry, I don't mean to be
18     disrespectful to her, I just think I'm
19     going to have a hard time pronouncing her
20     last name.
21               Did you identify any areas of
22     improvement for her?
23         A.    Yes.  Lumka needed, also --
24    Lumka knew Excel basic stuff, which she
25    was handling pretty well, but I also --
```

```
1                    O'Donnell
2    and I, also, offered Lumka, to help her
3    with Excel, which she gladly took my
4    word, and I was able to show her and get
5    her really strong in Excel.
6              I offered the same to
7    Charlie, but he never showed interest in
8    that.
9         Q.    Did you ever tell Mr. Cruz
10    that he needed to learn Excel in order to
11    keep his job?
12         A.    I did not say that to
13   Charlie.
14              What I did tell him is:  Let
15   me show you Excel, it will make your job
16   a lot easier.
17         Q.    Did you give Mr. Cruz any
18    year-end reviews?
19         A.    I gave my peer review.
20         Q.    Okay, was that at the end of
21    2018?
22         A.    That's correct, that was
23   year-end.
24         Q.    All right, hold on.
25              MR. SOLOTAROFF:  I'm just
```

Page 38

```
 1                    O'Donnell
 2         going to find another document,
 3         hold on. (Pause.)
 4              (Whereupon, Deposition
 5         Plaintiffs' Exhibit 4, Document,
 6         which shows the person who's being
 7         reviewed, the manager, and the peer
 8         reviews, and the self-evaluation,
 9         was previously marked for purposes
10         of identification.)
11         Q.    All right.  So this document
12   is marked as Exhibit 4, and I'm just --
13   have you seen this document before, Ms.
14   O'Donnell?
15         A.    Yes.
16         Q.    And did Mr. Keil show it to
17   you?
18         A.    Correct.
19         Q.    And did you get -- I mean,
20   are you familiar with the format of this
21   document?  Because -- well, let me just
22   ask that.
23              Are you familiar with the
24   format of this document?
25         A.    Well, from what I saw, it
```

```
 1                    O'Donnell
 2   shows the person who's being reviewed,
 3   the manager, and the peer reviews --
 4        Q.    Right.
 5        A.    -- and the self-evaluation.
 6        Q.    Did you get one of these
 7    yourself, like your own review, like
 8    this?
 9        A.    That was 2018.  To the best
10   of my recollection, I don't remember.
11   Probably I did.
12        Q.    Have you gotten annual
13    reviews since then?
14        A.    Yes.
15        Q.    And do they look like this or
16    is it a different system now?
17        A.    Well, our company -- our firm
18   is always improving the software that
19   they use, but the result is the same.
20        Q.    All right.  And do you know
21    when -- so, here, there's a reference to
22    a peer review by you, right, Natalia
23    O'Donnell; correct?
24        A.    Correct, my name is there.
25        Q.    And what's your understanding
```

Page 40

```
 1                    O'Donnell
 2    of what it means to be a "peer" of
 3    someone?
 4         A.    A "peer review" is when you
 5   work with someone and then you give your
 6   honest and more truthful opinion, and
 7   show the facts of how you worked with the
 8   person and how is the person work and
 9   think and style.
10         Q.    And the fact that it's a peer
11    review, in your mind, does that
12    distinguish it from a manager review?
13         A.    Can you be more specific
14   about your question, please?
15         Q.    Sure.  Let me rephrase it.
16               What's the difference between
17    a "manager review" and a "peer review"?
18         A.    Well, the manager will make
19   decisions based on the performance.
20               A "peer review" is how you
21   simply deal with your other peers.
22         Q.    Got it.
23               All right.  Now, I'm just
24    going to page down to the peer review,
25    okay, so that's why I'm moving fast, but
```

```
                                           Page 41
 1                    O'Donnell
 2      if you want to look at this part of the
 3      document, tell me, and I'll go much more
 4      slowly.
 5              Do you want me to just --
 6         A.    You can continue.
 7         Q.    Okay.
 8         A.    Thank you.
 9         Q.    Sure.  The reason why, just
10      so you understand, Ms. O'Donnell, it's a
11      little awkward because, the way we
12      usually used to do these depositions,
13      you'd have the whole document in front of
14      you, you could look at it the way you
15      wanted to but --
16         A.    I understand.
17         Q.    -- we don't really do that
18      anymore.
19              So, do you remember how you
20      filled this document out when you did
21      that?
22         A.    It was through the software.
23         Q.    And I may have asked you this
24      before, but when was that, that you
25      filled it out?
```

```
                                        Page 42
 1                    O'Donnell
 2         A.     Well, typically, peer
 3    reviews, they are done towards the end of
 4    November, the beginning of December.
 5                 So sometime during those
 6    months.
 7         Q.     And did your opinion of Mr.
 8     Cruz -- you said before that -- the areas
 9     of improvement you identified for Mr.
10     Cruz were learning Excel and not taking
11     so many breaks; is that fair to say?
12         A.     That was a few of them that I
13    mentioned, correct.
14         Q.     Were there any others?
15         A.     Well, he's left a lot
16    throughout the day, every day, so --
17         Q.     Did you say --
18         A.     -- I've had to constantly
19    wake him up.
20                 And when he didn't wake up,
21    because when I was calling him:  Charlie,
22    Charlie, and then they had to throw paper
23    clips (indicating) on him just to draw
24    his attention, so he will wake up.
25         Q.     And when did you -- I think
```

```
                                          Page 43
 1                    O'Donnell
 2    you said that you noticed -- well, I'll
 3    ask you.
 4              How soon after your -- you
 5    started there, did you notice these areas
 6    of improvement for Mr. Cruz?
 7         A.    Immediately.
 8         Q.    And did those -- did your
 9    opinion on those remain the same
10    throughout Mr. Cruz's tenure at the firm?
11         A.    That's correct.
12         Q.    All right.  Now we're going
13    to go slowly.  (Pause.)  Okay.
14              So your analysis that
15    you -- of Mr. Cruz's performance, that
16    you state here, is that accurate, as you
17    sit here today?
18         A.    Yes, what I'm reading on the
19    screen is exactly what I think today.
20         Q.    Okay.
21              MR. KEIL:  And, for the
22         record, the witness is referring to
23         both Number 5 and to Number 6?
24              MR. SOLOTAROFF:  Well, how
25         about all of it.
```

```
                                            Page 44
 1                      O'Donnell
 2              MR. KEIL:  Okay.
 3     BY MR. SOLOTAROFF:
 4         Q.     I'm referring to items 1
 5      through 6.  Those are -- that's your --
 6      those are your feelings on Mr. Cruz
 7      during the time he worked at the firm; is
 8      that right?
 9         A.     Those are not my feelings,
10     those are facts.
11         Q.     Okay, but that's your analysis;
12      correct?
13         A.     That's my analysis, correct.
14         Q.     Okay.  And did talk -- did
15      you speak to Mr. Shah about Mr. Cruz's
16      areas of improvement?
17         A.     Probably I did, because we
18     talk about the department, the overall of
19     the department, on the -- how the tasks
20     have been split up, the three of us.
21                So when we talk about all
22     these different areas, we have to tackle
23     their skill set, so they can push through
24      for the department and perform their
25      best.
```

Page 45

1                        O'Donnell

2        Q.      Did Mr. Shah give you any

3    opinion on Mr. Cruz's -- either his

4    deficiencies or areas for him to improve?

5        A.      To the best of my

6    recollection, we always spoke about -- we

7    talk about the Excel part of it, but

8    I -- he knew that I was offering Charlie

9    to help him improve his Excel skills.

10       Q.      Do you know if you ever

11   documented anywhere that you had offered

12   to help Mr. Cruz with Excel?

13       A.      To the best of my

14   recollection, I don't remember, because

15   it was offered to him -- I was sitting

16   right next to him so, constantly,

17   throughout the day, I said:  Charlie, let

18   me show you how we can do this in Excel.

19   He will sit down, but there was no

20   followup on his part, he never was

21   interested.

22       Q.      All right.  Hold on one

23   sec -- (pause) -- okay, I'm going to

24   share the screen with you.

25                   (Whereupon, Deposition

Page 46

```
 1              O'Donnell
 2       Plaintiffs' Exhibit 3, Document,
 3       written by the witness, was
 4       previously marked for purposes of
 5       identification.)
 6       Q.    I'm showing you what's
 7  previously been marked as Exhibit 3.  Let
 8  me page down.
 9              Have you seen this document
10  before?
11       A.    Yes, I wrote the document.
12       Q.    Did anyone ask you to write
13  this document?
14       A.    Repeat that question, please?
15       Q.    Did anyone ask you to write
16  this?
17       A.    No.
18       Q.    You just decided to do it one
19  day?
20       A.    Yes.
21              I tend to document
22  everything, in the accounting department,
23  as part of the business processes and
24  best practices.
25       Q.    Was there anything specific
```

Page 47

```
              O'Donnell
 1
 2    about May 20th, 2019, that caused you to
 3    draft this document?
 4         A.    No.  That's just a simple
 5    day.
 6              Sometimes you put the date,
 7    even the letters that you write to your
 8    loved ones.  So there's no specific
 9    reason.
10         Q.    Okay.  Did you create a
11    document like this for Lumka in May of
12    2019?
13         A.    To the best of my
14    recollection, I don't remember.
15              But, in my line of work, we
16    are so busy, and probably didn't have
17    time to do it.
18         Q.    Because -- you didn't have
19    time to do a document like this for
20    Lumka, but you had time to do a document
21    like this for Mr. Cruz, in May of 2019;
22    correct?
23         A.    Well, sometimes we just pick
24    and choose, but you need to do it
25    throughout the day.
```

```
                                        Page 48
 1                      O'Donnell
 2          Q.     Did you know, in May of 2019,
 3     that the firm was contemplating letting
 4     people go?
 5          A.     I did not.
 6          Q.     This is a fairly negative
 7     assessment of Mr. Cruz; isn't it?
 8          A.     It is a truthful assessment.
 9          Q.     Okay, but it sounds like, in
10     May of 2019, you had a very negative
11     opinion of Mr. Cruz's work.
12          A.     No, I did not have a negative
13     opinion about Mr. Cruz.
14          Q.     What about his work?
15          A.     I have time already, and
16     months have passed by for me to -- just
17     to be firm on what I think he needed to
18     improve upon and how, you know, he
19     refused to take help from me, in helping
20     him to develop the best that he could
21     offer to the firm.
22          Q.     Did you give this document to
23     Mr. Cruz?
24          A.     To the best of my
25     recollection, I don't think I did.
```

```
                                      Page 49
 1                     O'Donnell
 2        Q.    Did you give it to anyone?
 3        A.      Probably to H.R.
 4        Q.    But H.R. -- is it your
 5   testimony that H.R. didn't ask you for
 6   this document?
 7        A.    No, I don't -- to be honest,
 8   this was so long time ago that I don't
 9   remember the exact details around this
10   document, but probably I gave it to H.R.
11        Q.    And do you know what H.R.'s
12   reaction was?
13              Well, who at H.R. did you
14   give it to?
15        A.    Probably our H.R. director.
16        Q.    And who was that, at that
17   point?
18        A.    Catherine Blessing.
19        Q.    And do you remember what Ms.
20   Blessing's reaction was, when you gave it
21   to her?
22        A.    I do not.
23              In my other jobs, it's been
24   very standard to do things like this.
25        Q.    So it's your testimony that,
```

```
                                        Page 50
 1                    O'Donnell
 2     in your other jobs, it's been very
 3     standard for you to create a document
 4     about an employee who is your peer, and
 5     to provide that document to H.R. and not
 6     to the employee him or herself; is that
 7     your testimony?
 8          A.    Well, I'm not saying that's
 9     typical to do this, but sometimes you are
10     asked for opinions about the people you
11     work with.
12          Q.    Right.  Well, who asked you
13      for this opinion?
14                That's my question.
15          A.    No, I'm talking about my
16     previous jobs.
17          Q.    All right.
18          A.    Not this job.
19          Q.    Right.  So, in your previous
20      jobs, someone would ask you for your
21      opinion about an employee and you would
22      provide that opinion; right?
23          A.    That's correct, in my previous
24      jobs.
25          Q.    Okay.  And, here, no one
```

```
 1                    O'Donnell
 2   asked you for your opinion about Mr.
 3   Cruz, and you just provided this -- you
 4   just drafted this document on your own;
 5   is that your testimony?
 6        A.    I just drafted this on my
 7   own, that's correct.
 8        Q.    All right.  About a month
 9   after this document, Mr. Cruz is
10   terminated; correct?
11        A.    Well, you mentioned in the
12   beginning that it was around June-
13   something, so probably, yeah.
14        Q.    And -- well, let me ask.
15              You know, look, I wasn't
16   there, so I don't know, what's your
17   recollection of about how long after you
18   drafted this document that Mr. Cruz was
19   terminated?
20        A.    Well, you mentioned, in the
21   beginning of our conversation, that it
22   was around June, but I do not recall the
23   exact date.
24        Q.    Prior to Mr. Cruz being
25   terminated, did you know he was going to
```

Page 52

```
 1                    O'Donnell
 2   be terminated?
 3        A.    No, I did not.
 4        Q.    Had anyone asked you for your
 5   opinion about whether Mr. Cruz should
 6   keep his job?
 7        A.    No, nobody asked me for my
 8   opinion.
 9        Q.    Were you surprised when Mr.
10   Cruz was terminated?
11        A.    Can you be more specific
12   about that question?
13        Q.    Sure.  Well, when you heard
14   that Mr. Cruz was terminated, what was
15   your reaction?
16        A.    Well, I learned that Charlie
17   was terminated because, that day, we were
18   working, I was at my desk, and he came to
19   his desk, very upset, and screaming and
20   yelling.  He picked up his belongings.
21   He turned around on me, he said:  Fuck
22   you, bitch.
23              So I do remember that part.
24        Q.    He said that to you.
25        A.    Yes, because it's not quite
```

```
                                        Page 53
 1                    O'Donnell
 2   often that someone refers to me those
 3   words.
 4        Q.    And I assume that was
 5    upsetting to you.
 6        A.    (Pause.)
 7        Q.    Well, that's a question.
 8              Were you upset by that?
 9        A.    I was surprised how -- about
10   the words.
11        Q.    And I assume you were
12    surprised by the whole thing, because you
13    didn't even know he was going to be
14    terminated; correct?
15        A.    I didn't know.
16        Q.    Okay.  And you had nothing to
17    do with it, right, according to your
18    testimony.
19        A.    I'm not a decisionmaker.
20        Q.    Right.  So, I just want to
21    show you another document.  Okay.
22              (Whereupon, Deposition
23        Plaintiffs' Exhibit 5, Document,
24        which was written by the witness
25        after Mr. Cruz's was terminated,
```

Page 54

                    O'Donnell
1
2         was previously marked for purposes
3         of identification.)
4         Q.     Do you see Exhibit 5 on your
5    screen?
6         A.     Yes, I do.
7         Q.     Just starting at the
8    beginning of the document, do you recognize
9    this document?
10        A.     Yes.
11        Q.     Did you write this document?
12        A.     Yes, I did.
13        Q.     Did anyone ask you to write
14    this document?
15        A.     No.
16        Q.     And this document was written
17    after Mr. Cruz's was terminated; correct?
18        A.     That is correct.
19        Q.     And there's a reference in
20    the first -- second line, to:  Manager
21    approval; right?
22        A.     Yes, it says it there.
23        Q.     Was the manager who approved
24    it Mr. Shah?
25        A.     Yes.

Page 55

1                    O'Donnell

2          Q.    All right.  And whose idea

3     was it to go through the documents on Mr.

4     Cruz's desk?

5          A.    To the best of my

6     recollection, I don't remember.

7          Q.    You don't remember anyone

8     asking you to do that?

9          A.    I don't -- to the best of my

10    recollection, I don't remember.

11         Q.    And --

12         A.    Oh, we needed to go through

13    the desk, because there was business

14    documents.

15         Q.    Right.  And -- all right.

16              So, and then this section of

17    the document, beginning with:  On the

18    other hand, did you -- did anyone ask you

19    to draft this section of the document?

20         A.    No.

21         Q.    Did anyone ask you for your

22    opinion of Mr. Cruz's work performance

23    after his termination?

24         A.    To the best of my

25    recollection, no.

```
                                          Page 56
 1                      O'Donnell
 2         Q.     Okay, that's it.
 3                And did -- what did you do
 4    with this document?
 5         A.     To the best of my
 6    recollection, I don't remember.
 7         Q.     Did you give it to anyone?
 8         A.     Perhaps I did, but I don't
 9    remember, too.
10         Q.     Do you have a copy of this
11    document -- let's just start a paper
12    document of this document -- in any file
13    that you maintain?
14         A.     Um -- quite honestly, to the
15    best of my recollection, I will have to
16    go through all my files, I don't know.
17         Q.     All right.  When -- did you
18    ever -- after Mr. Cruz filed this
19    lawsuit, did you provide this document to
20    anyone?
21         A.     To the best of my
22    recollection, I did not.
23         Q.     Did Mr. Keil show you this
24    document in preparation for today?
25         A.     It was part of the package of
```

Page 57

```
 1                    O'Donnell
 2    documents, yes.
 3         Q.    When you saw it, had --
 4    withdrawn -- had you seen this
 5    document -- in the time period after you
 6    drafted, and before Mr. Keil showed it to
 7    you last week?
 8         A.    Repeat that question, please?
 9         Q.    Sure.  Let's -- I'm talking
10    about the time period that begins with
11    when you drafted this document and ends
12    when you -- when Mr. Keil sent you a
13    packet of documents.  Okay?  That's my
14    time period.
15              During that time period, did
16    you ever see this document?
17         A.    Well, I wrote the document,
18    so probably I saw it.
19         Q.    I know.  I'm talking after
20    you wrote it up until the time that Mr.
21    Keil sent you the packet, had you seen
22    this document.
23         A.    No, I did not.
24         Q.    All right.  Do you remember
25    that Mr. Cruz had a screen saver that
```

```
 1                    O'Donnell
 2    featured the Puerto Rican flag?
 3         A.    I remember Charlie had a
 4   screen saver when he went on lunch and
 5   probably was the Puerto Rican flag.
 6               He was very proud of his
 7   heritage.
 8         Q.    And did it, also, have the
 9    rainbow colors that are associated with
10    the LGBT movement?
11         A.    To the best of my
12   recollection, I don't remember that.
13         Q.    Okay.  Do you ever remember
14    Mr. Shah noticing Mr. Cruz's screen
15    saver?
16         A.    To the best of my
17   recollection, I don't remember.
18         Q.    Okay.  Did you and Mr. Shah
19    ever together look at Mr. Cruz's screen
20    saver?
21         A.    To the best of my
22   recollection, that didn't happen.
23         Q.    All right.
24               MR. SOLOTAROFF:  Let's just
25         take a quick break.  We may not
```

```
                                        Page 59
 1                   O'Donnell
 2         have much more.
 3               So, we'll take like ten
 4         minutes, and we'll be back at
 5         around 11:10; is that fair?
 6               MR. KEIL:  That's fine.
 7               (Recess taken:  10:59 a.m. -
 8         11:10 a.m.)
 9               MR. SOLOTAROFF:  Just a few
10         more questions, Ms. O'Donnell.
11  BY MR. SOLOTAROFF:
12         Q.    Prior to Mr. Cruz's
13    termination, were you ever told that
14    someone from the accounting department
15    was going to be terminated?
16         A.    No.
17         Q.    Had you ever suggested to
18    anyone that someone from the accounting
19    department should be terminated?
20         A.    No.
21         Q.    Okay.  Were you ever told --
22    withdrawn.
23               I'm only asking because it's
24    an age discrimination case, I'm not
25    trying to pry, but how old are you?
```

```
                                          Page 60

 1                    O'Donnell

 2         A.    39 years old.

 3         Q.    How old did you think Mr.

 4    Cruz was?

 5         A.    To the best of my

 6    recollection, Charlie mentioned he was in

 7    his 50's.

 8         Q.    Okay.  When Mr. Cruz was

 9    fired, did you know anyone else who was

10    terminated?

11         A.    No, I did not.

12         Q.    Were you aware that other

13    people were terminated at the same time

14    that Mr. Cruz was?

15         A.    Well at the end of day, when

16    that happened, there was a lot of

17    commotion in the firm, so that's when I

18    heard other people.

19         Q.    Did you ever hear Mr. Shah

20    tell Mr. Cruz that you were Mr. Cruz's

21    manager?

22         A.    To the best of my

23    recollection, I did not hear Mr. Shah

24    saying that.

25         Q.    Did you ever hear anyone tell
```

Page 61

```
 1                      O'Donnell
 2    Mr. Cruz that you were his manager?
 3         A.    I did not hear anybody saying
 4    that, to the best of my recollection.
 5         Q.    Okay.  Who -- did you replace
 6     someone at Bernstein Litowitz?
 7               When you were hired --
 8         A.    I --
 9         Q.    -- did you replace someone?
10         A.    I don't know -- to the best
11    of my knowledge, I don't know if I
12    replaced someone, but I was hired as an
13    accounts payable manager.
14         Q.    Was there someone in that
15     role prior to you?
16         A.    To the best of my
17    recollection, I don't know.
18         Q.    All right.
19               MR. SOLOTAROFF:  I don't have
20          anything further.
21               Thanks, Ms. O'Donnell, for
22          your time.
23               THE WITNESS:  You're very
24          welcome.
25               MR. SOLOTAROFF:  Okay.
```

```
                                          Page 62

 1                    O'Donnell

 2            MR. KEIL:  I have no

 3       questions for the witness at this

 4       time.

 5            Thank you very much, Ms.

 6       O'Donnell.

 7            MR. SOLOTAROFF:  All right.

 8            (Time noted:  11:13 a.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 63

1

2           A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK )

                         : ss.

5    COUNTY OF NEW YORK)

6

7              I, NATALIA O'DONNELL, certify

8    that the foregoing is a true and accurate

9    transcript of testimony given by me on

10   the __ day of _____ 2021.

11             I have made all corrections

12   to the testimony which I believe

13   necessary on the sheet attached hereto.

14

15

16                  _____

17                  NATALIA O'DONNELL

18

19   Subscribed and sworn to

20   before me this _____

21   day of _____, 2021.

22

23   _____

24   (Notary Public)

25   My Commission Expires _____

Page 64

1

2                    C E R T I F I C A T E

3

     STATE OF NEW YORK )

4                              : ss.

     COUNTY OF NEW YORK)

5

6              I, Wendy D. Boskind, an RPR

7     and Notary Public within and for the State

8     of New York, do hereby certify:

9              That NATALIA O'DONNELL, the

10    witness whose testimony is hereinbefore set

11    forth, was duly sworn by me and that such

12    transcript is a true and accurate record

13    of the testimony given by the witness.

14         I further certify that I am not

15    related to any of the parties to this

16    action by blood or marriage, and that I

17    am in no way interested in the outcome of

18    this matter.

19              IN WITNESS WHEREOF, I have

20    hereunto set my hand this 1st day of

21    December, 2021.

22

23

24              WENDY D. BOSKIND, RPR

25

Page 65

                    (Whereupon, counsel was

              requested to give instruction

              regarding the witness's review of

              the transcript pursuant to the

              Rules.)


                 SIGNATURE:


It was agreed by and between counsel and

the parties that the Deponent will read

and sign the transcript of said deposition.




                 TRANSCRIPT DELIVERY:


Counsel was requested to give instruction

regarding delivery of transcript.


Original + 2 Copies:  Mr. Solotaroff

Page 66

1
2    November 16, 2021
                         INDEX
3                                                  PAGE
4
5    WITNESS:
6    NATALIA O'DONNELL
7
8
     EXAMINATION
9
     BY MR. SOLOTAROFF:                            5
10
11
12
                     EXHIBITS
13   Plaintiffs'
14   Exhibit 8   Document, that the      26
                 witness created, was
15               previously marked
                 for purposes of
16               identification
17   Exhibit 4   Document, which         38
                 shows the person
18               who's being
                 reviewed, the
19               manager, and the
                 peer reviews, and
20               the self-evaluation,
                 was previously
21               marked for purposes
                 of identification
22
     Exhibit 3   Document, written by    46
23               the witness, was
                 previously marked
24               for purposes of
                 identification
25

Page 67

1

2               EXHIBITS (Cont'd)
   Plaintiffs'

3

   Exhibit 5, Document, which was      53
4  written by the witness after
   Mr. Cruz's was terminated, was
5  previously marked for purposes
   of identification

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 68

1
2                        ERRATA SHEET
                          VERITEXT
3                      1-800-727-6396
4    NAME OF CASE:          Cruz -v- Bernstein
     DATE OF DEPOSITION:  November 16, 2021
5    NAME OF DEPONENT:    Natalia O'Donnell
6        I wish to make the following changes,
     for the following reasons:
7
     PAGE LINE
8    ____ ____        CHANGE: _____
                      REASON: _____
9    ____ ____        CHANGE: _____
                      REASON: _____
10   ____ ____        CHANGE: _____
                      REASON: _____
11   ____ ____        CHANGE: _____
                      REASON: _____
12   ____ ____        CHANGE: _____
                      REASON: _____
13   ____ ____        CHANGE: _____
                      REASON: _____
14   ____ ____        CHANGE: _____
                      REASON: _____
15   ____ ____        CHANGE: _____
                      REASON: _____
16   ____ ____        CHANGE: _____
                      REASON: _____
17   ____ ____        CHANGE: _____
                      REASON: _____
18
                              _____
19
                          NATALIA O'DONNELL
20
21   Subscribed and sworn to
     before me this ____ day
22   of _____, 2021.
23   _____
     (Notary Public)
24   _____
     My Commission Expires:
25

| & | | | |
| --- | --- | --- | --- |

**&**   1:9 2:4,17 3:7

**0**

**08596**   1:3

**1**

**1**   44:4
**1-800-727-6396**
   68:3
**10004**   2:8
**10017**   2:21
**10:59**   59:7
**10th**   2:7
**11**   14:11
**11:10**   59:5,8
**11:13**   62:8
**12**   14:11
**16**   1:13 12:10 66:2
   68:4
**1999**   11:4
**1:20**   1:3
**1st**   64:20

**2**

**2**   65:21
**2011**   11:7
**2016**   13:19
**2017**   11:9
**2018**   13:16 19:16
   34:9,11 37:21
   39:9
**2019**   34:13 47:2,12
   47:21 48:2,10
**2020**   11:10
**2021**   1:13 63:10,21
   64:21 66:2 68:4
   68:22
**20th**   47:2
**212**   2:23
**2209**   64:23
**25**   2:20

**26**   66:14

**3**

**3**   46:2,7 66:22
**38**   66:17
**39**   60:2

**4**

**4**   38:5,12 66:17
**46**   66:22

**5**

**5**   43:23 53:23 54:4
   66:9 67:3
**50's**   60:7
**53**   67:3

**6**

**6**   43:23 44:5
**646**   2:12

**7**

**747**   2:19
**758-7862**   2:23

**8**

**8**   26:21 28:7 66:14

**9**

**90**   2:6
**964-9609**   2:12
**9:58**   1:14

**a**

**a.m.**   1:14 59:7,8
   62:8
**able**   37:4
**accepted**   19:11
**accountant**   13:3
   15:12 16:14
**accounting**   11:8
   11:14 14:9 16:19
   20:25 21:4 25:23
   46:22 59:14,18
**accounts**   13:3,4
   17:10 20:11 22:2

**22:12 35:23 36:2**
   61:13
**accurate**   43:16
   63:8 64:12
**action**   64:16
**administer**   4:19
**age**   9:19 10:17
   59:24
**ago**   12:11 16:11
   34:14 49:8
**agreed**   4:3,9,13
   65:10
**agreement**   1:19
**america**   10:22
**amy**   2:11
**analysis**   43:14
   44:11,13
**analyze**   29:16
**anderson**   2:4 3:7
**annual**   39:12
**answer**   5:23 6:7
   6:18 29:7 35:8
**answering**   5:19
   6:17
**anybody**   61:3
**anymore**   41:18
**application**   30:12
   32:21
**applied**   15:15
**applying**   15:8,9
**approval**   54:21
**approved**   54:23
**areas**   29:22 30:4,5
   31:22 33:2 36:21
   42:8 43:5 44:16
   44:22 45:4
**arobinson**   2:14
**arrange**   32:23
**arrived**   23:2
**article**   9:12

**asked**   18:12 35:3
   41:23 50:10,12
   51:2 52:4,7
**asking**   5:18 6:16
   35:6 55:8 59:23
**assessed**   25:16
**assessing**   25:22
**assessment**   26:2
   48:7,8
**associate's**   14:16
**associated**   58:9
**assume**   53:4,11
**attached**   63:13
**attend**   32:7,23
**attention**   42:24
**attorneys**   2:5,18
   4:18
**available**   30:24
**avenue**   2:19
**avoid**   28:5
**aware**   29:11 30:22
   31:15 60:12
**awkward**   41:11

**b**

**b.a.**   11:14,15
**bachelor's**   11:8
**back**   13:18 34:18
   59:4
**background**   10:25
   16:13
**based**   40:19
**basic**   36:24
**beginning**   10:25
   23:23 25:20 35:15
   42:4 51:12,21
   54:8 55:17
**begins**   57:10
**believe**   63:12
**believed**   30:5
   35:19

belongings  52:20
benefit  6:14
bergen  12:2
berger  1:9
bernstein  1:9 8:18
  10:9 12:25 13:15
  14:10,24 16:19
  17:17 19:6,15
  25:9 61:6 68:4
best  6:18 16:21
  17:13 20:22 23:18
  25:6 27:24 29:13
  39:9 44:25 45:5
  45:13 46:24 47:13
  48:20,24 55:5,9,24
  56:5,15,21 58:11
  58:16,21 60:5,22
  61:4,10,16
bit  14:14
bitch  52:22
blessing  49:18
blessing's  49:20
blood  64:16
born  10:21
boskind  1:20 5:5
  64:6,24
boss  35:22
break  6:25 7:3,4,5
  7:7 58:25
breaks  33:7 42:11
briefly  28:11
bring  36:5
broad  2:6
brophy  3:5
business  46:23
  55:13
busy  47:16

**c**

c  2:2 3:2 63:2 64:2
  64:2

call  29:18
calling  42:21
canada  14:2
capella  11:19,21
  11:22
cargo  13:25
case  1:3 7:21,25
  8:19 9:23 59:24
  68:4
catherine  49:18
caused  47:2
certain  30:23
certification  4:5
certify  63:7 64:8
  64:14
cfo  15:3
change  35:7 68:8,9
  68:10,11,12,13,14
  68:15,16,17
changes  68:6
charlie  1:4 9:14
  21:13 22:7,17
  25:12 26:9 29:3
  33:20,25 34:4
  37:7,13 42:21,22
  45:8,17 52:16
  58:3 60:6
choose  47:24
city  11:15
clear  35:17
clerical  14:17
clever  35:10
clips  42:23
coat  22:20
coffee  22:22
collazo  2:17
collazokeil.com
  2:24
college  11:7 12:13
  30:21

colombia  10:22
colors  58:9
come  12:7 25:16
coming  14:9 17:16
commission  63:25
  68:24
common  25:9
commotion  60:17
community  11:6
company  13:2,10
  13:20,23,24 15:2
  39:17
complaint  18:23
  19:2
concern  33:19
congratulations
  11:11
constantly  42:18
  45:16
cont'd  3:2 67:2
contemplating
  48:3
continue  41:6
conversation
  26:16 51:21
conversations
  23:14 33:16
copies  65:21
copy  56:10
correct  11:24
  12:15 13:17 17:25
  18:3 19:4,13
  21:16,22 27:17
  29:9 32:3,4 34:13
  36:10,12,13,15
  37:22 38:18 39:23
  39:24 42:13 43:11
  44:12,13 47:22
  50:23 51:7,10
  53:14 54:17,18

corrections  63:11
counsel  4:3 65:2
  65:10,18
county  63:5 64:4
couple  19:10
  34:14
course  14:19 32:8
  32:16,24
court  1:2 4:16,18
  6:10,15,21
cpa  16:15
create  26:15 47:10
  50:3
created  26:22
  27:16 29:11,15
  66:14
cruz  1:4 8:4 17:4
  21:7,14,20,24
  22:16 23:7,11,16
  24:11,23 25:3,10
  28:21 29:23 30:6
  32:6,13 33:4 34:2
  34:12,19,23 35:18
  37:9,17 42:8,10
  43:6 44:6 45:12
  47:21 48:7,13,23
  51:3,9,18,24 52:5
  52:10,14 56:18
  57:25 60:4,8,14,20
  61:2 68:4
cruz's  25:16 26:3
  28:25 29:12 36:12
  43:10,15 44:15
  45:3 48:11 53:25
  54:17 55:4,22
  58:14,19 59:12
  60:20 67:4
curious  10:21
  11:25
current  26:6 29:4

**cv**  1:3

**d**

**d**  1:20 5:2,5 63:2
  64:6,24
**daily**  29:5
**date**  23:25 29:14
  34:15 47:6 51:23
  68:4
**day**  20:9,11,14
  21:8,21 22:4,18,21
  23:5 33:8 42:16
  42:16 45:17 46:19
  47:5,25 52:17
  60:15 63:10,21
  64:20 68:21
**days**  19:10
**deal**  40:21
**dealt**  16:14
**december**  42:4
  64:21
**decided**  46:18
**decisionmaker**
  53:19
**decisions**  40:19
**defendant**  1:10
  2:18 18:19
**deficiencies**  28:23
  29:12,18,19 45:4
**degree**  11:8 14:16
**delivery**  65:16,19
**department**  13:5
  16:20,25 21:11
  22:7 25:24 26:7
  35:22 36:2,3
  44:18,19,24 46:22
  59:14,19
**deponent**  65:11
  68:5
**deposed**  5:13 8:10
  18:14

**deposition**  1:17
  4:6,13 5:17 7:12
  8:7 26:20 28:8
  38:4 45:25 53:22
  65:12 68:4
**depositions**  41:12
**desk**  52:18,19 55:4
  55:13
**details**  16:12
  20:24 25:12 49:9
**develop**  33:21
  48:20
**difference**  40:16
**different**  12:20,23
  31:4,21 39:16
  44:22
**director**  15:25
  35:21 49:15
**discrimination**
  9:19,20 18:24
  59:24
**discuss**  25:3 33:12
**discussion**  12:22
  20:4
**disrespectful**
  36:18
**distinguish**  40:12
**district**  1:2,2
**document**  26:6,15
  26:21 27:2,13,15
  27:19,22 28:23
  29:2,11,15 38:2,5
  38:11,13,21,24
  41:3,13,20 46:2,9
  46:11,13,21 47:3
  47:11,19,20 48:22
  49:6,10 50:3,5
  51:4,9,18 53:21,23
  54:8,9,11,14,16
  55:17,19 56:4,11
  56:12,12,19,24

  57:5,11,16,17,22
  66:14,17,22 67:3
**documented**  45:11
**documenting**
  26:10 29:4
**documents**  55:3
  55:14 57:2,13
**doing**  14:15,17
  26:12 29:5
**draft**  47:3 55:19
**drafted**  51:4,6,18
  57:6,11
**draw**  42:23
**due**  9:18
**duly**  5:3 64:11
**duties**  19:22 20:5
  21:24

**e**

**e**  2:2,2,11 3:2,2 5:2
  63:2,2 64:2,2
**earlier**  35:10,14
**easier**  6:21 37:16
**education**  10:25
**effect**  4:15
**either**  22:10 45:3
**emigrate**  12:9
**employee**  50:4,6
  50:21
**employees**  16:18
**employment**  23:21
**ends**  57:11
**errata**  68:2
**esq**  2:9,11,22
**evaluation**  38:8
  39:5 66:20
**exact**  23:25 29:14
  34:15 49:9 51:23
**exactly**  17:15 19:9
  43:19
**examination**  5:9
  66:8

**examined**  5:6
**example**  19:3
**excel**  30:8,12,12
  30:17,20,25 31:3
  31:11,14,21,22
  32:3,7,11,15,21,24
  36:24 37:3,5,10,15
  42:10 45:7,9,12,18
**excellent**  7:10
**exhibit**  26:21 28:7
  38:5,12 46:2,7
  53:23 54:4 66:14
  66:17,22 67:3
**exhibits**  66:12
  67:2
**existed**  8:24 28:24
**expect**  7:2
**expected**  20:16
**experience**  20:12
**expires**  63:25
  68:24

**f**

**f**  64:2
**fact**  40:10
**facts**  40:7 44:10
**fair**  42:11 59:5
**fairly**  48:6
**fall**  34:9
**familiar**  21:5 22:6
  28:15 38:20,23
**family's**  24:10,13
**fast**  28:18 40:25
**featured**  58:2
**feelings**  44:6,9
**file**  56:12
**filed**  56:18
**files**  56:16
**filing**  4:5
**filled**  41:20,25
**finance**  35:21

**financially** 15:3
**find** 8:22 27:7 38:2
**fine** 13:6,8 59:6
**finish** 6:16,18
**finished** 12:14
**fired** 60:9
**firm** 8:19 25:10
  39:17 43:10 44:7
  48:3,17,21 60:17
**first** 5:3,22 8:22
  10:21 20:9,10,14
  21:8,20 22:4,18,25
  23:21 25:21 30:3
  54:20
**flag** 58:2,5
**floor** 2:7,20
**following** 68:6,6
**follows** 5:7
**followup** 45:20
**fool** 35:13
**force** 4:15
**foregoing** 63:8
**form** 4:10
**format** 38:20,24
**forth** 64:11
**found** 15:10,14
  24:3
**free** 31:5
**front** 41:13
**fuck** 52:21
**further** 4:8,12,17
  61:20 64:14

**g**

**g** 63:2
**gay** 23:12,17 24:4
  24:6 25:10
**genie** 15:25
**gentleman** 22:23
**gestures** 6:8
**getting** 33:19

**giskan** 2:4 3:7
**give** 5:16 10:24
  12:6 37:17 40:5
  45:2 48:22 49:2
  49:14 56:7 65:3
  65:18
**given** 63:9 64:13
**gladly** 37:3
**go** 9:15,18 28:10
  28:13,16 41:3
  43:13 48:4 55:3
  55:12 56:16
**goes** 29:16
**going** 9:4 14:19
  22:4,10 27:10
  28:18 33:7 35:7
  36:19 38:2 40:24
  43:12 45:23 51:25
  53:13 59:15
**good** 5:11,12 7:9
**gotten** 39:12
**graduated** 11:3,6
  11:7,9
**graduation** 11:2
**graham** 1:4 9:22
  10:6,16
**graham's** 10:13
**great** 6:13,24
**greet** 22:19
**grossman** 1:9
**ground** 5:17
**gslawny.com** 2:13
  2:14
**guess** 19:11
**guidance** 20:15,18

**h**

**h.r.** 15:25 49:3,4,5
  49:10,13,15 50:5
**h.r.'s** 49:11
**half** 13:14

**hand** 55:18 64:20
**handling** 13:24
  36:25
**hang** 22:20
**happen** 14:23
  58:22
**happened** 60:16
**hard** 13:25 16:11
  36:19
**head** 6:9
**hear** 60:19,23,25
  61:3
**heard** 52:13 60:18
**held** 1:18
**help** 22:4 31:19,25
  32:10,14 33:21
  37:2 45:9,12
  48:19
**helpful** 31:9
**helping** 14:20
  48:19
**hereinbefore**
  64:10
**hereto** 4:4 63:13
**hereunto** 64:20
**heritage** 58:7
**hi** 12:7
**high** 11:2,4 12:14
**hired** 22:2 35:23
  35:25 61:7,12
**history** 12:18
**hold** 26:13 27:8
  37:24 38:3 45:22
**honest** 40:6 49:7
**honestly** 56:14
**hour** 7:19
**husband** 24:24
  25:2

**i**

**idea** 55:2
**identification**
  26:24 38:10 46:5
  54:3 66:16,21,24
  67:5
**identified** 30:2
  33:3 42:9
**identify** 29:22
  36:21
**immediately** 43:7
**impression** 22:16
  22:25
**improve** 45:4,9
  48:18
**improvement**
  25:24 29:20,22
  30:6 33:3 36:22
  42:9 43:6 44:16
**improving** 39:18
**index** 66:2
**indicating** 42:23
**industries** 12:20
  12:24
**industry** 12:21
  13:24 15:13
**initial** 9:5 22:16
**instructed** 22:3
**instruction** 65:3
  65:18
**interest** 37:7
**interested** 16:12
  28:21 45:21 64:17
**interesting** 15:11
  15:14
**interview** 15:20,22
  16:3,5,9,23 17:5
  19:5,8,10
**interviewing** 17:8
**interviews** 16:4

**involved**  18:23
**items**  44:4

**j**

**jason**  2:9
**jersey**  11:15,16,23
**jkeil**  2:24
**job**  12:17 14:25
  15:5 20:5,11
  21:24 25:22 33:18
  37:11,15 50:18
  52:6
**jobs**  17:20,22 26:5
  26:5 49:23 50:2
  50:16,20,24
**john**  2:22 7:13
  8:13 27:6
**joined**  13:15
**joining**  12:25
**jsolotaroff**  2:13
**june**  34:13 51:12
  51:22

**k**

**k**  63:2
**keep**  5:20 28:9
  37:11 52:6
**keil**  2:17 7:18 8:16
  27:4 38:16 43:21
  44:2 56:23 57:6
  57:12,21 59:6
  62:2
**kiel**  2:22
**kind**  18:15
**kitchen**  22:21
**knew**  8:11 25:13
  36:24 45:8
**know**  6:6 8:9,12
  9:21 10:2,5,7,8,12
  10:15 15:6 16:13
  17:4 18:13 20:8
  20:12 21:3 23:6,9

23:11 25:8,11
30:11,16 32:9,17
33:20 35:18 39:20
45:10 48:2,18
49:11 51:15,16,25
53:13,15 56:16
57:19 60:9 61:10
61:11,17
**knowledge**  25:9
  27:25 32:9 61:11
**krasniqi**  21:14

**l**

**l**  2:9 5:2,2,2 63:2
**laguardia**  11:6
**law**  15:13
**lawsuit**  8:23 18:20
  56:19
**learn**  30:14 37:10
**learned**  52:16
**learning**  42:10
**left**  42:15
**letters**  47:7
**letting**  48:3
**lgbt**  58:10
**linda**  1:4 9:22
**line**  9:4 47:15
  54:20 68:7
**litowitz**  1:9 8:18
  10:9 13:15 14:10
  14:24 16:19 17:17
  19:7,15 25:10
  61:6
**little**  14:14 41:11
**live**  12:8
**llp**  1:9 2:4,17 3:7
**logging**  9:24
**logistics**  13:25
  18:6
**long**  7:2,17 13:7,8
  13:12 14:8 23:15
  25:13 29:25 49:8

51:17
**look**  25:24 26:9
  35:9 39:15 41:2
  41:14 51:15 58:19
**looked**  26:25 33:8
**looking**  15:5 20:13
  34:18
**lost**  14:13
**lot**  33:7 37:16
  42:15 60:16
**loved**  47:8
**lumka**  21:14,15,20
  21:25 22:8,24
  23:2 33:20 34:5
  36:16,23,24 37:2
  47:11,20
**lumka's**  36:14
**lunch**  58:4

**m**

**m**  63:2
**m.b.a.**  11:9,18
**main**  30:7 33:18
**maintain**  56:13
**man**  24:19,21
**manage**  18:5,10
**management**  13:4
**manager**  17:10
  20:12 22:3,12
  34:3,6,24 35:19,24
  35:25 36:9,12,14
  38:7 39:3 40:12
  40:17,18 54:20,23
  60:21 61:2,13
  66:19
**managing**  22:13
**maritime**  13:23
**marked**  26:23
  28:7 38:9,12 46:4
  46:7 54:2 66:15
  66:21,23 67:5

**marriage**  64:16
**married**  24:16
**matter**  64:18
**mean**  24:12,19
  34:17 36:17 38:19
**means**  40:2
**meet**  21:20
**meghan**  3:5
**mention**  23:16
**mentioned**  8:13
  23:9,13 31:16
  42:13 51:11,20
  60:6
**met**  7:13
**miles**  12:4
**millions**  31:20
**mind**  5:21 40:11
**minutes**  59:4
**mmm**  23:22
**montclair**  12:3
**month**  7:21 8:19
  23:21 34:23 51:8
**months**  25:21 30:3
  34:20 42:6 48:16
**morning**  5:11,12
  7:3
**move**  14:6
**movement**  58:10
**moving**  40:25

**n**

**n**  2:2 3:2 5:2,2,2
  63:2,2
**name**  13:9 36:20
  39:24 68:4,5
**natalia**  1:17 39:22
  63:7,17 64:9 66:6
  68:5,19
**necessary**  63:13
**need**  7:3,4 47:24
**needed**  21:5 22:5
  36:5,23 37:10

48:17 55:12
**negative** 48:6,10
  48:12
**never** 15:12 24:8
  34:4 37:7 45:20
**new** 1:2,18,19,22
  2:8,8,21,21 5:5
  11:15,16,23 33:18
  63:4,5 64:3,4,8
**nice** 22:23 23:4
**nine** 34:20,22
**nods** 6:9
**normal** 33:16
**north** 12:2
**notary** 1:21 4:14
  5:4 63:24 64:7
  68:23
**note** 28:22
**noted** 62:8
**notice** 43:5
**noticed** 43:2
**noticing** 58:14
**november** 1:13
  42:4 66:2 68:4
**number** 28:9
  43:23,23

**o**

**o** 5:2,2 63:2
**o'donnell** 1:17
  5:11 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1,12 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1,14 39:1
  39:23 40:1 41:1

41:10 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1,10 60:1 61:1
  61:21 62:1,6 63:7
  63:17 64:9 66:6
  68:5,19
**oath** 4:19
**objections** 4:9
**obviously** 30:16
**offer** 32:18,20
  48:21
**offered** 19:6 31:4
  31:12 32:6,10,13
  32:15 37:2,6
  45:11,15
**offering** 32:14
  45:8
**oh** 55:12
**okay** 5:16 6:3,4,11
  6:22 7:8 8:12,14
  10:2,15 11:22
  12:3 14:6 17:16
  20:17 21:18 24:9
  24:14,18,21 26:14
  27:4,9,18 28:4,17
  29:10 30:22 31:8
  31:23 32:5 35:2
  36:4,16 37:20
  40:25 41:7 43:13
  43:20 44:2,11,14
  45:23 47:10 48:9
  50:25 53:16,21
  56:2 57:13 58:13
  58:18 59:21 60:8
  61:5,25
**old** 59:25 60:2,3

**once** 23:13
**one's** 19:2
**ones** 47:8
**opinion** 40:6 42:7
  43:9 45:3 48:11
  48:13 50:13,21,22
  51:2 52:5,8 55:22
**opinions** 50:10
**opportunities**
  25:25
**opportunity** 15:10
  15:18 32:7
**order** 37:10
**original** 65:21
**outcome** 64:17
**overall** 44:18

**p**

**p** 2:2,2,22 3:2,2
**package** 56:25
**packet** 57:13,21
**page** 40:24 46:8
  66:3 68:7
**paid** 32:8
**paper** 42:22 56:11
**paralegal** 3:6
**part** 10:17 41:2
  45:7,20 46:23
  52:23 56:25
**parties** 4:4 64:15
  65:11
**passed** 48:16
**paul** 13:11 15:2
  18:7
**pause** 26:14 27:9
  38:3 43:13 45:23
  53:6
**pay** 31:17 32:3
**payable** 13:3,4
  17:10 20:11 22:3
  22:12 35:24 36:3
  61:13

**peer** 37:19 38:7
  39:3,22 40:2,4,10
  40:17,20,24 42:2
  50:4 66:19
**peers** 40:21
**pending** 7:7
**people** 16:14,24
  18:4,7,8,10 25:13
  30:24 33:21 48:4
  50:10 60:13,18
**perform** 44:24
**performance**
  40:19 43:15 55:22
**period** 34:23
  35:11,16 57:5,10
  57:14,15
**person** 33:20 38:6
  39:2 40:8,8 66:17
**pick** 47:23
**picked** 52:20
**place** 17:24 18:2,6
**places** 18:5
**plaintiff** 9:22
  18:19
**plaintiffs** 1:6 2:5
  26:21 38:5 46:2
  53:23 66:13 67:2
**players** 29:17
**please** 20:2 31:3,6
  40:14 46:14 57:8
**point** 29:21 30:20
  34:22 49:17
**position** 15:16
  17:7 19:6
**practices** 46:24
**predecessor** 26:12
**preparation** 56:24
**prepare** 7:11
**present** 3:4
**pretty** 36:25

**previous** 12:20 13:22 14:25 50:16 50:19,23
**previously** 26:23 38:9 46:4,7 54:2 66:15,20,23 67:5
**principe** 15:25
**prior** 13:20 14:9 14:15 17:16 19:19 20:3 51:24 59:12 61:15
**probably** 17:2 20:24 25:13,21 28:2 34:16 39:11 44:17 47:16 49:3 49:10,15 51:13 57:18 58:5
**problems** 28:6
**proceeding** 18:16
**process** 25:23 29:4 29:17
**processes** 21:4 22:6 26:6 46:23
**professional** 1:21
**programs** 30:23 31:14
**pronouncing** 36:19
**proud** 58:6
**provide** 50:5,22 56:19
**provided** 51:3
**pry** 59:25
**public** 1:21 4:14 5:4 9:2,2 63:24 64:7 68:23
**puerto** 23:7 58:2,5
**purposes** 26:23 38:9 46:4 54:2 66:15,21,24 67:5

**pursuant** 1:19 65:5
**push** 44:23
**put** 47:6

**q**

**question** 4:10 5:23 6:16,19 7:7 10:23 19:24 24:15 35:4 35:7,11,15 40:14 46:14 50:14 52:12 53:7 57:8
**questions** 5:19,20 6:7 59:10 62:3
**quick** 58:25
**quickly** 12:17
**quite** 52:25 56:14

**r**

**r** 2:2 3:2 64:2
**rainbow** 58:9
**reached** 15:17
**reaction** 9:5 49:12 49:20 52:15
**read** 28:14 65:11
**reading** 43:18
**really** 6:10 37:5 41:17
**reason** 41:9 47:9 68:8,9,10,11,12,13 68:14,15,16,17
**reasons** 68:6
**recall** 10:4 16:17 17:14 19:20 22:15 23:24 51:22
**receive** 30:19
**received** 23:4
**receiving** 14:15 20:15
**reception** 22:18
**recess** 59:7

**recognize** 54:8
**recollection** 16:22 17:14 20:23 23:18 25:7 27:25 29:14 39:10 45:6,14 47:14 48:25 51:17 55:6,10,25 56:6,15 56:22 58:12,17,22 60:6,23 61:4,17
**recommended** 15:4
**record** 12:22 43:22 64:12
**recruiter** 15:17
**reference** 39:21 54:19
**referring** 43:22 44:4
**refers** 53:2
**refused** 48:19
**regarding** 65:4,19
**registered** 1:20
**related** 33:11 64:15
**remain** 43:9
**remember** 16:8,11 16:22 19:9 20:20 20:23 21:6 23:19 25:7 26:8 28:2 29:14 34:15 39:10 41:19 45:14 47:14 49:9,19 52:23 55:6,7,10 56:6,9 57:24 58:3,12,13 58:17
**repeat** 19:23 46:14 57:8
**rephrase** 6:2 40:15
**replace** 61:5,9

**replaced** 61:12
**reporter** 1:21 4:18 6:10,15,22
**requested** 65:3,18
**reserved** 4:11
**respect** 21:24 28:24
**respective** 4:4
**restaurant** 14:21
**result** 26:16 39:19
**retail** 13:2,10,20 17:23
**reuters** 9:3
**review** 37:19 39:7 39:22 40:4,11,12 40:17,17,20,24 65:4
**reviewed** 38:7 39:2 66:18
**reviews** 37:18 38:8 39:3,13 42:3 66:19
**rican** 23:7 58:2,5
**right** 7:17 9:16,21 10:5,10,20 11:17 12:5,14 14:3,22 15:19 16:7 17:7 17:23 18:18 19:12 21:10,15,17 25:15 26:18 27:12,21 28:19 29:7 30:13 30:17 32:2,12,16 32:19,22 33:23 34:8,9,18 35:5 36:9 37:24 38:11 39:4,20,22 40:23 43:12 44:8 45:16 45:22 50:12,17,19 50:22 51:8 53:17 53:20 54:21 55:2 55:15,15 56:17

57:24 58:23 61:18
62:7
**road** 23:8
**robert** 15:24 35:20
**robinson** 2:11
**role** 14:9 61:15
**room** 16:6 29:20
**rpr** 5:5 64:6,24
**rules** 5:17 65:6
**running** 22:5

**s**

**s** 2:2 3:2
**sat** 29:2
**saver** 57:25 58:4
58:15,20
**saw** 9:6,24 38:25
57:3,18
**saying** 9:10,15
21:17 35:14 50:8
60:24 61:3
**says** 54:22
**school** 11:2,4
12:14 14:19
**screaming** 52:19
**screen** 27:11,13
43:19 45:24 54:5
57:25 58:4,14,19
**scrolling** 28:19
**sealing** 4:5
**sec** 27:8 45:23
**second** 6:5 54:20
**section** 55:16,19
**see** 26:18 27:7,12
27:14 54:4 57:16
**seen** 27:2 38:13
46:9 57:4,21
**self** 38:8 39:5
66:20
**sent** 57:12,21
**separate** 16:4

**september** 19:16
34:11
**series** 5:18
**set** 44:23 64:10,20
**sexual** 9:19
**shah** 7:24 8:3,6
15:24 19:21 20:4
20:19 21:6,13
28:3 35:20 36:8
36:11 44:15 45:2
54:24 58:14,18
60:19,23
**shakes** 6:8
**share** 27:11,22
45:24
**sheet** 63:13 68:2
**shipping** 18:2
**shocked** 9:8
**shocking** 9:7
**show** 27:4,6 31:25
32:11,20 33:10
37:4,15 38:16
40:7 45:18 53:21
56:23
**showed** 22:20,21
37:7 57:6
**showing** 46:6
**shown** 6:6
**shows** 38:6 39:2
66:17
**sign** 65:12
**signature** 64:23
65:8
**signed** 4:14,16
**significant** 25:4
**simple** 47:4
**simply** 40:21
**sit** 43:17 45:19
**sitting** 26:8 45:15
**situation** 24:10,13

**skill** 44:23
**skills** 25:17 26:3
28:25 29:12 33:22
45:9
**slow** 28:18
**slowly** 28:13,16
41:4 43:13
**software** 20:25
39:18 41:22
**solotaroff** 2:4,9
3:7 5:10 27:10
28:5 37:25 43:24
44:3 58:24 59:9
59:11 61:19,25
62:7 65:21 66:9
**soon** 43:4
**sorry** 11:20 14:4
24:19 26:14 27:8
33:23 36:17
**sounds** 7:9 48:9
**south** 10:22
**southern** 1:2
**speak** 19:20 44:15
**speaking** 6:20
19:21
**specific** 29:3 30:9
31:3,7 35:11
40:13 46:25 47:8
52:11
**specifically** 33:15
**spend** 7:18
**spent** 33:7
**split** 44:20
**spoke** 45:6
**spoken** 7:20,24 8:3
**ss** 63:4 64:4
**standard** 49:24
50:3
**start** 6:17 15:4
19:14 20:10,13,15
23:8 33:14,15,18

33:18 56:11
**started** 15:8,9
21:12 23:15 25:22
25:22 29:16 34:8
43:5
**starting** 19:19
20:3 33:19 54:7
**state** 1:22 5:4
43:16 63:4 64:3,7
**states** 1:2 11:5
12:8
**stay** 15:7
**step** 26:10,11
**stewart** 13:11 15:2
18:7
**stipulated** 4:2,8,12
4:17
**stop** 28:19
**street** 2:6
**strong** 15:3 37:5
**study** 11:5
**stuff** 36:24
**style** 40:9
**subscribed** 63:19
68:21
**substance** 8:16
**suggested** 30:14
59:17
**supervised** 17:17
**supervising** 17:12
22:10,13
**supervisor** 17:21
**sure** 5:22 6:7,15
8:15 11:3,22
12:19 19:25 40:15
41:9 52:13 57:9
**surprised** 24:2
52:9 53:9,12
**sworn** 4:16 5:3
63:19 64:11 68:21

**system**   39:16

**t**

**t**   5:2 63:2 64:2,2
**tackle**   44:22
**take**   6:10,25 7:5,6
  48:19 58:25 59:3
**taken**   59:7
**takes**   13:18
**talk**   8:6 17:2 24:9
  24:23,25 25:4
  33:10 44:14,18,21
  45:7
**talked**   7:14 8:17
  21:3 28:2
**talking**   50:15 57:9
  57:19
**tasks**   29:6 33:9
  44:19
**teach**   30:24
**team**   15:4 22:5,13
  22:14 29:17 35:24
  36:6
**tell**   5:24 7:4 8:15
  12:17 17:8 24:18
  24:22 28:17 31:10
  33:25 34:5,23
  37:9,14 41:3
  60:20,25
**telling**   16:8 21:7
**ten**   59:3
**tend**   46:21
**tenure**   43:10
**terminated**   10:9
  10:16 34:12 51:10
  51:19,25 52:2,10
  52:14,17 53:14,25
  54:17 59:15,19
  60:10,13 67:4
**termination**   10:13
  55:23 59:13

**testified**   5:6 18:15
**testimony**   49:5,25
  50:7 51:5 53:18
  63:9,12 64:10,13
**thank**   11:12 41:8
  62:5
**thanks**   61:21
**thing**   6:5,13,24
  8:23 53:12
**things**   5:20 26:11
  30:7 31:25 49:24
**think**   8:25 14:13
  23:20 24:6 30:2
  35:3,10 36:18
  40:9 42:25 43:19
  48:17,25 60:3
**third**   2:19 6:13
**thomson**   9:3
**thought**   24:8
  28:24 35:14
**three**   16:10 18:7
  44:20
**throw**   42:22
**time**   4:11 6:21 7:6
  14:14 16:2,19
  21:2 25:13,16
  28:7 29:10,16
  33:7 35:12,16
  36:19 44:7 47:17
  47:19,20 48:15
  49:8 57:5,10,14,15
  57:20 60:13 61:22
  62:4,8
**today**   7:12 43:17
  43:19 56:24
**told**   8:16 16:17
  20:20 22:9 24:3,7
  59:13,21
**top**   35:21
**track**   14:14

**training**   18:10
  30:8,19,23 31:4,12
  31:14,18 32:3,8,15
  32:24
**transcript**   63:9
  64:12 65:5,12,16
  65:19
**trial**   4:11
**true**   9:9,13,17
  63:8 64:12
**truthful**   40:6 48:8
**try**   5:20,25 6:15
  14:6
**trying**   35:10,13
  59:25
**tube**   31:5
**turned**   52:21
**twice**   35:7
**two**   13:14 14:5
  17:22 18:6
**typical**   16:23 21:4
  50:9
**typically**   26:4 42:2

**u**

**u.s.**   14:2,18
**um**   9:2 23:24
  56:14
**understand**   5:23
  5:24,25 6:3 21:23
  33:17 41:10,16
**understanding**
  39:25
**understood**   6:12
  6:23 22:11 36:7
**unemployed**   15:7
  15:7
**unfair**   24:15
**united**   1:2 11:5
  12:8
**university**   11:16
  11:19,21

**upset**   52:19 53:8
**upsetting**   53:5
**use**   30:11,24 31:21
  39:19
**usually**   41:12

**v**

**v**   68:4
**various**   31:11
**vendors**   21:2
**veritext**   9:25 68:2
**videos**   31:20
**virtual**   1:18
**vs**   1:7

**w**

**w**   63:2
**waitress**   14:21
**waived**   4:7
**wake**   42:19,20,24
**want**   7:2 8:14 15:6
  28:10,13 41:2,5
  53:20
**wanted**   41:15
**warm**   23:3
**water**   22:22
**way**   6:2,20 18:23
  41:11,14 64:17
**ways**   31:5,11
**week**   7:16 57:7
**welcome**   22:19
  23:4 61:24
**welcoming**   23:3
**wendy**   1:20 5:5
  64:6,24
**went**   12:13 20:24
  58:4
**whereof**   64:19
**wish**   68:6
**withdrawn**   19:18
  57:4 59:22

**witness**  4:20 26:22
  43:22 46:3 53:24
  61:23 62:3 64:10
  64:13,19 66:5,14
  66:23 67:4
**witness's**  65:4
**word**  37:4
**words**  6:8 53:3,10
**work**  12:7 13:7,9
  13:12,21 14:18,24
  19:20 33:10 36:6
  40:5,8 47:15
  48:11,14 50:11
  55:22
**worked**  12:19,23
  13:2,22 14:8
  15:13 21:11 25:12
  34:19 35:24 40:7
  44:7
**working**  14:20
  15:12 19:14,17
  22:7 23:16 52:18
**write**  27:18 46:12
  46:15 47:7 54:11
  54:13
**written**  46:3 53:24
  54:16 66:22 67:4
**wrong**  35:12
**wrote**  46:11 57:17
  57:20

| x |
|---|

**x**  1:3,11

| y |
|---|

**yeah**  13:6,8 24:14
  51:13
**year**  11:10 37:18
  37:23
**years**  12:10 13:14
  14:5,11,11 15:12
  16:11 34:14 60:2

**yelling**  52:20
**york**  1:2,18,19,22
  2:8,8,21,21 5:5
  63:4,5 64:3,4,8
**youtube**  31:20

| z |
|---|

**zoom**  1:18 4:20
  7:14,18

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.