UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CHARLIE CRUZ,

                          Plaintiff,

         -against-

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

                         Defendant.
------------------------------------------------------------------X

20-CV-8596 (VF)

**ORDER SCHEDULING**
**ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Oral argument on the pending motion for summary judgment (ECF No. 21) is hereby scheduled for **Friday, March 3, 2023** at **10:00 a.m.,** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York. Counsel are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the argument for the most up to date information.

      **SO ORDERED.**

DATED:    New York, New York
               January 19, 2023

                                                               _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge