UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLIE CRUZ,

                            Plaintiff,

        -against-

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

                           Defendant.
------------------------------------------------------------------X

20-CV-8596 (VF)

**ORDER CANCELLING ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The oral argument previously scheduled for Friday, March 3, 2023 is hereby **cancelled**. The Court will decide the pending motion for summary judgment based on the parties' existing submissions.

      **SO ORDERED.**

DATED:    New York, New York
                February 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge