**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLIE CRUZ,

                      Plaintiff,

-against-                                    20 **CIVIL** 8596 (VF)

                                                      **<u>JUDGMENT</u>**

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, Defendant's motion for summary judgment is GRANTED.

**Dated:**  New York, New York

       March 29, 2023

                                                         **RUBY J. KRAJICK**

                                               _____
                                                  **Clerk of Court**

                       **BY:**      *K. Mango*

                                                  _____
                                                  **Deputy Clerk**